**Exhibit A**

**First Place Prepetition Accounts**

| Financial Institution | Account Number |
|---|---|
| First Place Bank<br>185 E. Market St<br>Warren, OH 44481 | **XXXXX869** |
| Key Banc Capital Markets, Inc.<br>127 Public Square<br>Cleveland, Ohio 44114-1306 | **XXX-XXXXX-053** |
| Keefe, Bruyette & Woods<br>787 Seventh Avenue<br>4th Floor<br>New York, NY 10019 | **XXX-XXX754** |
| Stifel Nicolaus<br>18 Columbia Turnpike<br>Florham Park, NJ 07932 | **XXXX XXXX-X018** |
| Federal Home Loan Bank<br>221 East Fourth Street<br>1000 Atirum Two<br>Cincinnati, OH 45202 | **XXX511** |

**Note:** Where indicated by an "x" the applicable digit has been hidden to prevent theft or other unauthorized access to the account. The information will be made available to parties in interest upon reasonable request, and to the Court upon request.