**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FIRST PLACE FINANCIAL CORP.<br><br>Debtor. | Chapter 11<br><br>Case No. 12-12961 (BLS)<br><br>**Re: Docket Nos. 9 and 110** |

**NOTICE OF NO QUALIFIED BIDDERS, CANCELLATION OF AUCTION**
**AND INTENT TO PRESENT PURCHASER'S ASSET PURCHASE**
**AGREEMENT AT THE SALE HEARING**

PLEASE TAKE NOTICE that, pursuant to the *Order Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 365; F. R. Bankr. P. 2002, 6004, 6006 and 9014; and L.B.R. 6004-1 Approving (A) Bidding Procedures, (B) Bidding Protections, and (C) the Form and Manner of Notice of (i) the Sale of Certain Assets and (ii) the Assumption and Assignment of Certain Executory Contracts, and Granting Related Relief* [D.I. 110] (the "Bid Procedures Order"),[1] entered on November 28, 2012, (i) the deadline for submitting a Qualified Bid was December 11, 2012 (the "Bid Deadline"), and (ii) in the event a Qualified Bid was received, an auction would be held on December 13, 2012 at 10:00 a.m. (the "Auction").

PLEASE TAKE FURTHER NOTICE that no Qualified Bids were received prior to the Bid Deadline. As such, the Auction will not be held and is hereby cancelled.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to the in the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bid Procedures Order, the Debtor intends to present for the Court's consideration at the Sale Hearing scheduled for December 14, 2012 at 9:00 a.m. (eastern) the Amended and Restated Asset Purchase Agreement by and between the Debtor and Tamer Bancorp, Inc.

Dated: December 12, 2012
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Neil B. Glassman (No. 2087)
Jamie L. Edmonson (No. 4247)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
      jedmonson@bayardlaw.com
      jalberto@bayardlaw.com

-and-

PATTON BOGGS LLP
Robert W. Jones, Esquire
Brent R. McIlwain, Esquire
Brian Smith, Esquire
2000 McKinney Avenue, Suite 1700
Dallas, Texas 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
Email: rwjones@pattonboggs.com
      bmcilwain@pattonboggs.com
      bsmith@pattonboggs.com

*Proposed Counsel to the Debtor
and Debtor in Possession*