# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **FIRST PLACE FINANCIAL CORP.,** | ) | **Case No. 12-12961 (BLS)** |
| | ) | |
| Debtor. | ) | **Objection Deadline: February 15, 2013 at 4:00 p.m., prevailing Eastern Time** |
| | ) | |
| | ) | **Hearing Date: Only in the Event of an Objection** |

## FIRST INTERIM APPLICATION OF KIRKLAND & ELLIS LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TRUST PREFERRED SECURITIES FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED FROM NOVEMBER 9, 2012 THROUGH JANUARY 1, 2013

| | |
|---|---|
| Name of Applicant: | Kirkland & Ellis LLP |
| Authorized to Provide Professional Services to: | Official Committee of Trust Preferred Securities |
| Date of Retention: | Order Retaining Kirkland & Ellis LLP *nunc pro tunc* to November 9, 2012 entered December 12, 2012 [Docket No. 144] |
| Period for Which Compensation and Reimbursement is Sought: | November 9, 2012 through January 1, 2013 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $1,224,266.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $47,283.95 |

This is a(n) __X__ interim _____ final application.

The total time expended during the Pre-Closing Period for fee application preparation is approximately 9.8 hours and the corresponding compensation requested is approximately $4,688.50.

Summary of Monthly Fee Statements and Pre-Closing Fee Statements for this Interim Period:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 1, 2013 | 11/9/2012 – 1/1/2013 | $1,224,266.50 | $47,283.95 | n/a | n/a |

The Kirkland & Ellis LLP attorneys who rendered professional services in this case during the Pre-Closing Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Diana Chang | Associate | 2012 | Litigation | $370.00 | 22.60 | $8,362.00 |
| Jason Bradley Gott | Associate | 2012 | Restructuring | $430.00 | 66.30 | $28,509.00 |
| Joel Peters-Fransen | Associate | 2010 | Taxation | $565.00 | 4.30 | $2,429.50 |
| Sean M. Powers | Associate | 2009 | Litigation | $575.00 | 114.20 | $65,665.00 |
| Benjamin M. Rhode | Associate | 2012 | Restructuring | $430.00 | 319.60 | $137,428.00 |
| Todd M. Schwartz | Associate | 2007 | Restructuring | $710.00 | 247.50 | $175,725.00 |
| Andrew Wiener | Associate | 2012 | Litigation | $445.00 | 92.40 | $41,118.00 |
| Julie Kunetka | Of Counsel | 1989 | Corporate | $835.00 | 56.10 | $46,843.50 |
| Eliot A. Adelson | Partner | 1999 | Litigation | $745.00 | 162.80 | $121,286.00 |
| Nader R. Boulos, P.C. | Partner | 1994 | Litigation | $815.00 | 0.30 | $244.50 |
| Thad W. Davis | Partner | 2005 | Taxation | $735.00 | 13.40 | $9,849.00 |
| Edwin S. del Hierro, P.C. | Partner | 1986 | Corporate | $995.00 | 106.50 | $105,967.50 |
| Jeffrey W. Gettleman | Partner | 1974 | Restructuring | $795.00 | 347.90 | $276,580.50 |
| Chad J. Husnick | Partner | 2004 | Restructuring | $745.00 | 1.80 | $1,341.00 |
| Christopher W. Keegan | Partner | 2002 | Litigation | $725.00 | 5.00 | $3,625.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | $995.00 | 63.80 | $63,481.00 |
| David R. Seligman, P.C. | Partner | 1996 | Restructuring | $975.00 | 98.00 | $95,550.00 |
| Jessica H. Sicsu | Partner | 2002 | Corporate | $725.00 | 21.50 | $15,587.50 |

– 2 –

| Name of Professional Person | Position with the Applicant and Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Totals for Attorneys** | | | | **1,744.00** | **$1,199,592.00** |

The paraprofessionals of Kirkland & Ellis LLP who rendered professional services in this case during the Pre-Closing Period are:

| Name of Professional Person | Position with the Applicant and Number of Years in the Position | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sheila D. Givens | Case Assistant | 31 Years | Litigation | $170.00 | 2.00 | $340.00 |
| Andrew Brniak | Legal Assistant | 1 Year | Restructuring | $240.00 | 17.90 | $4,296.00 |
| Sarah Farley | Legal Assistant | 10 Years | Litigation | $300.00 | 58.30 | $17,490.00 |
| Carrie Sroka | Legal Assistant | 2 Years | Restructuring | $245.00 | 1.80 | $441.00 |
| Gary M. Vogt | Legal Assistant | 23 Years | Litigation | $300.00 | 3.00 | $900.00 |
| Megan Bruner | Litigation Support Specialist | 1 Year | Litigation | $215.00 | 0.50 | $107.50 |
| Tiffany T. Lee | Project Assistant | 2 Years | Litigation | $175.00 | 2.00 | $350.00 |
| Phil M. Segal | Project Assistant | 2 Years | Litigation | $175.00 | 4.00 | $700.00 |
| Library Factual Research | Research Specialist | N/A | Administrative Services | $250.00 | 0.20 | $50.00 |
| **Totals for Paraprofessionals** | | | | | **89.70** | **$24,674.50** |

### COMPENSATION BY PROJECT CATEGORY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | FPFC Bankruptcy Advice | 283.90 | $187,300.50 |
| 2 | Asset Sale | 1,308.70 | $896,344.00 |
| 4 | Corporate & Securities Issues | 1.60 | $1,278.00 |
| 8 | Fee/Employment Applications | 213.30 | $120,252.00 |
| 13 | Tax Issues | 26.20 | $19,092.00 |
| **Total for Matters** | | **1,833.70** | **$1,224,266.50** |

|  |  |
|---|---|
| **Total Fees Requested:** | **$1,224,266.50** |
| **Blended Rate:** | **$667.65** |

### EXPENSE SUMMARY

| Service Description | Service Providers[1] (if applicable) | Amount |
|---|---|---|
| Third Party Telephone Charges | InterCall | $708.77 |
| Standard Copies or Prints charged at $0.10 per page | Internal (Kirkland & Ellis LLP) | $2,398.80 |
| Tabs/Indexes/Dividers | Internal (Kirkland & Ellis LLP) | $0.39 |
| Scanned Images charged at $0.10 per page | Internal (Kirkland & Ellis LLP) | $138.60 |
| Production Copies charged at $0.10 per page | Internal (Kirkland & Ellis LLP) | $893.60 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | $12.00 |
| Overnight Delivery | | $283.34 |
| Outside Messenger Services | Comet Messenger Service Inc. | $23.31 |
| Local Transportation | | $293.98 |
| Travel Expense | | $7,777.03 |

---

[1]    Kirkland &Ellis LLP may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

| Service Description | Service Providers[1]<br>(if applicable) | Amount |
|---|---|---|
| Airfare | | $15,096.80 |
| Transportation to/from airport | | $3,067.48 |
| Travel Meals | | $951.84 |
| Court Reporter Fee/Deposition | | $9,940.98 |
| Appearance Fees | | $157.00 |
| Outside Copy/Binding Services | | $1,674.49 |
| Working Meals/K&E Only | | $193.08 |
| In-House Catering Expenses in Connection with Depositions | | $1,244.00 |
| Computer-Assisted Legal Research | LexisNexis and Westlaw | $1,638.54 |
| Overtime Transportation | | $405.91 |
| Overtime Meals - Non-Attorney | Seamlessweb Professional Solutions Inc. | $12.00 |
| Overtime Meals - Attorney | Seamlessweb Professional Solutions Inc. | $126.73 |
| Secretarial Overtime | Internal (Kirkland & Ellis LLP) | $179.76 |
| Document Services Overtime | Internal (Kirkland & Ellis LLP) | $65.52 |
| **Total** | | **$47,283.95** |

PLEASE TAKE NOTICE that, pursuant to the *Order Granting Motion to Establish Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Case Professionals*, dated January 10, 2013 [Docket No. 173] the ("Interim Compensation Order"), objections, if any to the Interim Fee Application must be filed with the Court on or before February 15, 2013 at 4:00 p.m. prevailing Eastern Time, and at the same time must be served on the following parties: (i) the Debtor; (ii) counsel for the Debtor, Patton Boggs LLP, 2000 McKinney Ave., Suite 1700, Dallas, TX 75201, Attn: Robert W. Jones; (iii) counsel for the Debtor, Bayard, P.A., 222 Delaware Ave, Suite 900, Wilmington, DE 19899, Attn: Neil B. Glassman; (iv) co-counsel for the Official Committee of Trust Preferred Securities, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, Attn: Jeffrey W. Gettleman; (v) co-counsel for the Official Committee of Trust Preferred Securities, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801, Attn: Domenic E. Pacitti; (vi) the Office of the United States Trustee, District of Delaware, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jane Leamy; and (vii) counsel for the Purchaser, Nelson Mullins Riley & Scarborough LLP, One Post Office Square, Boston, MA 02109, Attn: Peter Haley (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE that if no timely objections are filed to the Interim Fee Application, the Court may enter an order granting the Interim Fee Application without a hearing.

K&E 24658622

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST PLACE FINANCIAL CORP., | ) | Case No. 12-12961 (BLS) |
| | ) | |
| Debtor. | ) | **Objection Deadline: February 15, 2013 at 4:00 p.m., prevailing Eastern Time** |
| | ) | |
| | ) | **Hearing Date: Only in the Event of an Objection** |

**FIRST INTERIM APPLICATION OF KIRKLAND & ELLIS LLP, CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF TRUST PREFERRED SECURITIES FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED FROM NOVEMBER 9, 2012 THROUGH JANUARY 1, 2013**

Kirkland & Ellis LLP ("Kirkland"), co-counsel to the Official Committee of Trust Preferred Securities (the "Committee") of First Place Financial Corp., debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby submits this application (this "Application"), pursuant to (i) sections 328, 330, and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), (ii) rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (iii) rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Rules"), and (iv) the *Order Granting Motion to Establish Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Case Professionals*, dated January 10, 2013 [Docket No. 173] (the "Interim Compensation Order), for allowance of compensation for services rendered in the aggregate amount of $1,224,266.50 and for reimbursement of expenses incurred in the aggregate amount of $47,283.95 for the period of November 9, 2012 through January 1, 2013 (the "Pre-Closing Period"). In accordance with the Interim Compensation Order, Kirkland is seeking an order directing the payment, by Talmer Bancorp. Inc. (the "Purchaser"), of 100% of Kirkland's fees and expenses relating to services rendered to the Committee during the Pre-Closing Period, and respectfully represents as follows:

## JURISDICTION AND VENUE

1.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein are sections 328, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

## BACKGROUND

2.       On October 29, 2012 (the "Petition Date"), the Debtor filed its voluntary petition for relief under the Bankruptcy Code [Docket No. 1].  The Debtor continues in possession of its property and is operating its business pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtor's bankruptcy case.

3.       On November 9, 2012 (the "Appointment Date"), the United States Trustee appointed the Committee of Trust Preferred Securities [Doc. No. 40].  The Committee is comprised of (i) Wilmington Trust Company, as trustee for First Place Capital Trust III, (ii) Alesco Preferred Funding II, Ltd., (iii) U.S. Capital Funding I Ltd., and (iv) U.S. Capital Funding II Ltd.

4.       On the Appointment Date, pursuant to section 1103(a) of the Bankruptcy Code, the Committee selected Kirkland and Klehr Harrison Harvey Branzburg LLP ("Klehr") as its co-counsel.  On November 28, 2012, the Committee filed its application to retain and employ Kirkland as co-counsel to the Committee, which retention was approved *nunc pro tunc* to November 9, 2012, by this Court's order dated December 12, 2012 [Docket No. 144] (the "Retention Order").  The Retention Order authorized the compensation of Kirkland on an hourly basis and reimbursement for actual and necessary non-overhead expenses.

5.     On December 14, 2012, the Court entered the *Order (I) Authorizing and Approving the Sale of Certain Assets Free and Clear of All Encumbrances; (II) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts; (III) Waiving the Fourteen Day Stay and (IV) Granting Related Relief* (the "Sale Order") [Docket No. 157]. Pursuant to the Sale Order, the Court approved a sale of substantially all of the Debtor's assets to the Purchaser in accordance with that certain Amended and Restated Asset Purchase Agreement between the Debtor and the Purchaser, dated December 14, 2012 (the "APA").

6.     Pursuant to and in accordance with the APA, the Purchaser has agreed to pay the fees and expenses incurred by the Committee and its advisors, as allowed by final order of the Bankruptcy Court, for the period from the Petition Date through the date of the closing of the sale (January 1, 2013), which period encompasses the Pre-Closing Period addressed by this Application.[1] *See* APA § 9.1(b).

7.     On January 10, 2013, this Court entered the Interim Compensation Order establishing procedures for the reimbursement of fees and expenses incurred by professionals in this chapter 11 case.  Under the procedures set forth in the Interim Compensation Order, the Purchaser will pay, subject to this Court's approval, 100% of Kirkland's fees and expenses incurred in its representation of the Committee during the Pre-Closing period.    Interim Compensation Order ¶ 2(f), (h).

## RELIEF REQUESTED

8.     By this Application, Kirkland seeks (i) allowance and approval of the payment of $1,224,266.50 as compensation for the actual and necessary services (the "Services") rendered by Kirkland as co-counsel to the Committee during the Pre-Closing Period (representing

---

[1]     The APA provides that the Purchaser will not object to this Application if the Committee's total fees and expenses for the Pre-Closing Period are less than $2.75 million.

1,833.7 hours in professional and paraprofessional services) and (ii) allowance and approval of the payment of $47,283.95 as reimbursement of Kirkland's actual and necessary expenses (the "Expenses") incurred during the Pre-Closing Period in connection with the rendition of the Services.

9.      As required by sections 1103 and 328 of the Bankruptcy Code, Kirkland: (a) does not represent any other entity having an adverse interest in connection with this chapter 11 case; (b) does not represent or hold an interest adverse to the interest of the Debtor's estate; and (c) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

10.      Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent parties in interest in connection with matters unrelated to the Debtor in this chapter 11 cases.  In the Declaration of David R. Seligman in Support of the Committee's Application for an Order Authorizing the Retention of Kirkland & Ellis LLP as their Counsel *Nunc Pro Tunc* to November 9, 2012 [Docket No. 111, Ex. B], filed on November 28, 2012, Kirkland disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.  Kirkland will update the Declarations, as necessary, if Kirkland becomes aware of relevant and material new information.

11.      Kirkland has received no payment and no promises for payment, other than the Purchaser's, from any source, for services rendered in connection with this chapter 11 case. There is no agreement or understanding between Kirkland and any other person (other than partners, counsel, and associates of Kirkland) for the sharing of compensation received for the services rendered in this chapter 11 case.

– 4 –

## SERVICES RENDERED AND  EXPENSES INCURRED

12.     All of the services for which Kirkland seeks compensation were rendered for or on behalf of the Committee solely in connection with this chapter 11 case, in furtherance of the duties and functions of the Committee.  Kirkland maintains written records of the time expended in the rendition of the professional services performed for the Committee.  These records are maintained in the ordinary course of Kirkland's practice.

13.     Attached hereto as Exhibit B is the detailed itemization and description of the services that Kirkland rendered during the Pre-Closing Period.  The rates listed in Exhibit B are Kirkland's hourly rates for services of this type.  Based on these rates and the services performed by each individual during the Pre-Closing Period, the total reasonable value of such services rendered during the Pre-Closing Period is $1,224,266.50.   The Kirkland attorneys and paraprofessionals expended a total of 1,833.7 hours working on this chapter 11 case during the Pre-Closing Period.   Kirkland's blended hourly rate for the services provided during the Pre-Closing Period is $667.65.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given, among other things: (a) the complexity of this chapter 11 case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

14.     Further, Exhibit B: (a) identifies the individuals that rendered services in each Project Category (as defined and described below); (b) describes each activity or service that each individual performed; and (c) states the number of hours (in increments of one tenth of an hour) spent by each individual providing the services.  Each matter number in Exhibit B corresponds to the matter number that Kirkland assigned to the Project Category.  If a Project

– 5 –

Category does not appear, then Kirkland did not bill time or expenses for that Project Category during the Pre-Closing Period but may bill time for that Project Category in the future.

15.    Kirkland also maintains contemporaneous records of all actual and necessary expenses incurred in connection with performing professional services.   These expenses are included in Exhibit B, which contains, at the end of each Project Category, a breakdown of the Expenses incurred, during the Pre-Closing Period, including the date the expense was incurred, a description of the charge, and the individual incurring the expense.   Kirkland has incurred actual and necessary out-of-pocket expenses during the Pre-Closing Period in the amount of $47,283.95.

16.    It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's cases that would not have been incurred except for representation of that particular client.   It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, meals, and lodging.   With respect to airfare expenses, all travel, by all individuals, is billed at the economy class rate.   In accordance with Local Rule 2016-2(d)(viii), all non-working travel is billed at 50% of Kirkland's regular hourly rates.

17.    Pursuant to the engagement letter between Kirkland and the Committee, attached as Exhibit 1 to this Court's order approving the retention of Kirkland as counsel to the Committee [Docket No. 144], Kirkland professionals may charge their overtime meals and overtime transportation to the Committee consistent with Kirkland's customary practices, as well as in-house catering service provided in connection with client matters.

– 6 –

18.    In accordance with Local Rule 2016-2, Kirkland charges $0.10 per page for standard duplication.  Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost-effective than using traditional (non-computer-assisted legal research) techniques.

19.    To provide an orderly summary of the services rendered by Kirkland on behalf of the Committee, and in accordance with the U.S. Trustee Guidelines, Kirkland has established separate project billing categories in connection with this case, including the following project categories (the "Project Categories") that were billed to during the Pre-Closing Period:

| | |
|---|---|
| 0001 | General Committee Advice |
| 0002 | Asset Sale Issues |
| 0004 | Corporate and Securities Issues |
| 0008 | Retention and Fee Applications |
| 0013 | Tax Issues |

20.    The following summary is intended to highlight key services rendered by Kirkland in certain Project Categories[2] where Kirkland has expended a considerable number of hours on behalf of the Committee, and is not meant to be a detailed description of all of the work performed.  Detailed descriptions of the day-to-day services provided by Kirkland and the time expended performing such services in each Project Category are fully set forth in Exhibit B hereto.  Such detailed descriptions demonstrate that Kirkland was heavily involved in the performance of services for the Committee on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of the Committee in this chapter 11 case.  This case required substantial and continuing efforts on the part of the Committee and its

---

[2]    Specifically, the Corporate and Securities Issues and Tax Issues Project Categories are not discussed because the time billed to them was minimal.

professional advisors, including Kirkland, to address the complex and time-sensitive issues that this case presents.

(a)    **General Overview of Services Rendered**

21.    During the Pre-Closing Period, Kirkland rendered a variety of services on behalf of the Committee.  Kirkland provided general services related to the administration of the Committee and performed legal services as required by and deemed to be in the interest of the Committee.  Among other things, Kirkland reviewed and analyzed motions, applications, and objections, apprised the Committee of the status of the course of events in the Debtor's chapter 11 case, and corresponded and conducted numerous meetings and telephone conferences with the Debtor's advisors, the Purchaser's advisors, the Committee's co-counsel, the Committee's investment banker and financial advisor, attorneys for individual members of the Committee, and the Committee members themselves.

22.    As a direct result of the services performed by Kirkland, the recovery received by the Committee increased from approximately $45 million to approximately $60 million.   In addition, at the Committee's insistence and with the advice of Kirkland, the Debtor modified its bidding procedures to widen the pool of potential bidders and engaged in a postpetition marketing process for its assets, which it had not originally contemplated.  This marketing process verified that there were no outstanding parties interested in making an offer that was better than the Purchaser's, and thereby confirmed that the proposed sale maximized the Committee's recovery.

K&E 24658622

(b)      **General Committee Advice**

(Fees: $187,300.50; hours: 283.9)

23.      During the Pre-Closing Period, Kirkland prepared documents necessary for the efficient administration of the Committee's affairs, including drafting bylaws to govern internal Committee decisions and taking and formalizing minutes of each Committee meeting.  Kirkland negotiated confidentiality agreements with the Debtor to enable Committee access to sensitive information pertaining to the Debtor's proposed asset sale.  Kirkland also developed a protocol for the organization and delegation of tasks involved to ensure the Committee was kept aware of all aspects of this chapter 11 case.  This included frequent conferences among internal team members, scheduling, organizing, and guiding Committee meetings, and monitoring matters requiring the Committee's immediate attention.  Kirkland's efforts in developing efficient and comprehensive methods of administering the Committee's needs ensured that the Committee was able to effectively carry out its fiduciary responsibilities to its constituents.

(c)      **Asset Sale Issues**

(Fees: $896,344.00; hours: 1,308.7)

24.      <u>Litigation Regarding the Sale Process.</u>  On the Petition Date, the Debtor filed its *Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365; Fed. R. Bankr. P. 2002, 6004, 6006 and 9014; and L.B.R. 6004-1 (I) Approving (A) Bidding Procedures and (B) the Form and Manner of Notice of (i) the Sale of Certain Assets and (ii) the Assumption and Assignment of Certain Executory Contracts and Granting Related Relief; (II) Authorizing and Approving (A) the Sale of Certain Assets and (B) the Assumption and Assignment of Certain Executory Contracts; and (III) Waiving the 14-day Stay of Fed. R. Bankr. P. 6004(h) and 6006(d)* (the "<u>Sale Motion</u>").  The Sale Motion sought Court approval of the proposed terms

– 9 –

and conditions upon which substantially all of the Debtor's assets would be sold, including First Place Bank.

25.     The sale process, as contemplated by the Sale Motion, was extremely expedited. Originally, the bid procedures hearing was scheduled to take place only 6 days after the Committee's Appointment Date and the sale hearing was scheduled to take place only 28 days after the Appointment Date.   On November 13, 2012, Kirkland attended an emergency scheduling hearing at which this Court continued both the bid procedures and sale hearings. Ultimately, the hearing on the bid procedures was held 17 days after the Appointment Date and the hearing approving the asset sale was held 35 days after the Appointment Date.   This timeframe imposed severe time constraints under which Kirkland had no choice but to analyze and perform factual diligence, discovery, and legal research, on an extremely time-compressed basis, regarding the proposed sale and the proposed bid procedures.

26.     Kirkland's initial analysis of the bid procedures revealed a number of potential flaws, and Kirkland began drafting a comprehensive objection (the "Objection") to the bid procedures.  Kirkland completed and filed this Objection on November 19, 2012—the objection deadline—only ten days after the Committee had retained Kirkland.  This Objection required significant amounts of legal research, factual diligence, and coordination with the Committee and its investment banker and financial advisor.  Specifically, Kirkland devoted significant time to reviewing and analyzing the appropriateness of the section 363 sale, the adequacy of the sale price, the fairness of the proposed bid procedures and whether they were in the estate's best interest, the deal protections offered to the stalking horse bidder, the necessity of the expedited timeline, and the terms of the proposed APA.

27.     At the same time, Kirkland worked with the Committee to identify, interview, and select potential investment bankers and financial advisors.    The Committee ultimately interviewed five investment bankers and financial advisors between November 10, 2012 and November 13, 2012, with the result that HoldCo Advisors, L.P. was selected as the Committee's financial advisor on November 11, 2012, and Rothschild Inc. was selected as the Committee's investment banker on November 14, 2012.    This allowed them to fully participate in the preparation for discovery, factual diligence, and financial analysis of the proposed sale, all of which led to significant input into the Objection.

28.     After filing the Objection, Kirkland devoted itself to preparing for a contested hearing on the bid procedures, while contemporaneously engaging in settlement discussions with the Debtor and the Purchaser (discussed in detail below).    Among other things, Kirkland prepared for and took two depositions and defended a third, explored options for potential regulatory expert witnesses, and continued analyzing and exploring the issues raised in the Objection.    While a contested hearing never took place, it was only averted by an eleventh-hour settlement between the Committee, the Debtor, and the Purchaser that resulted in the Committee achieving substantial additional benefits for its constituents.    Additionally, Kirkland's preparation and filing of the Objection and actions leading up to the hearing served as critical leverage in the negotiations.

29.     Settlement Negotiations.    Contemporaneously with Kirkland's preparations for litigation, Kirkland was also engaged in negotiations with the Debtor and Purchaser in an effort to avoid litigation by mutually resolving the issues regarding the sale process and the sale's terms.    After multiple rounds of offers and counteroffers with the Purchaser along with frequent Committee meetings and internal conferences regarding the offers and negotiation strategy, a

very favorable consensual resolution was reached, the terms of which were represented by the final bid procedures and the APA that this Court approved.

30.     The final bid procedures and the APA resolved many of the issues the Committee raised in the Objection, led to a fairer sale process, and achieved greater value for the Committee's constituency and the Debtor's estate.   After reaching the settlement agreement, Kirkland was actively involved in drafting and negotiating the final terms of both the bid procedures and the APA.

31.     <u>Committee Meetings.</u>   During the Pre-Closing Period, the expedited sales process coupled with settlement discussions resulted in numerous issues that required the Committee's immediate attention.   The majority of these issues dealt with the proposed section 363 sale and required discussion among the individual Committee members.   Thus, they were best resolved through telephonic Committee meetings organized by Kirkland where Kirkland was able to discuss these issues with the Committee members, their individual counsel, and other Committee professionals.   In this manner, Kirkland was able to assist the Committee in formulating positions with respect to such issues.   Thus, through these Committee meetings, along with communication with individual Committee members, Kirkland assisted the Committee in (i) fulfilling its obligations to its constituents and (ii) making informed decisions regarding the numerous issues that have arisen in this case.

(d)     **Retention of Professionals and Fee Applications**

(Fees: $120,252.00; hours: 213.3)

32.     During the Pre-Closing Period, Kirkland worked with the Committee to interview, select, and retain other Committee professionals, including (i) HoldCo Advisors, L.P. as the Committee's financial advisor and (ii) Rothschild Inc., as the Committee's investment banker

and financial advisor.  As part of this process, Kirkland assisted the Committee in selecting appropriate professionals to interview, coordinating and moderating the interviews, guiding the Committee's follow-up discussions, and offering advice and perspective regarding each of the potential options and their respective proposed terms of engagement.

33.    Once selected, Kirkland also assisted the Committee in preparing and filing its retention applications for each of the selected professionals, including Kirkland's own retention application.  Kirkland also assisted each of the professionals in completing and filing their fee applications for the Pre-Closing Period.

<u>ALLOWANCE OF COMPENSATION</u>

34.    The professional services rendered by Kirkland during the Pre-Closing Period required a high degree of professional competence and expertise so that the numerous issues requiring evaluation and determination by the Committee could be addressed with skill and expediency.    Effectively addressing the issues in this chapter 11 case has required the expenditure of substantial time and effort.    Kirkland respectfully submits that the services it rendered to the Committee were performed efficiently, effectively, and economically, and the results obtained to date have benefited not only the Committee, but also the trust preferred securities holders as a whole and the Debtor's estate.

35.    The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> Any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331.  Moreover, this Court has authorized the filing of this Application in the Interim Compensation Order.

– 13 –

36.     With respect to the amount of compensation, Bankruptcy Code section 330(a)(1) provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered . . . ."  In turn, section 330(a)(3) states:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> a.     the time spent on such services;
>
> b.     the rates charged for such services;
>
> c.     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> d.     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> e.     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> f.     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).  The clear Congressional intent and policy expressed in this statute is to provide for adequate compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases.

37.     The total time expended by Kirkland professionals and paraprofessionals during the Pre-Closing Period was 1,833.7 hours.  The work involved and, thus, the time expended, was carefully assigned in light of the experience and expertise required for a particular task.   In addition, Kirkland incurred actual, non-overhead expenses in connection with the rendition of the

services to the Committee in the sum of $47,283.95, for which Kirkland respectfully requests reimbursement in full.

38.     As shown by this Application and supporting documents, the professional services rendered by Kirkland during the Pre-Closing Period required a high degree of professional competence and expertise.  Moreover, this Application and supporting documents also show that Kirkland spent its time economically and without unnecessary duplication of services.  Consequently, Kirkland submits that the requested compensation is reasonable in light of the nature, extent, and value of such services to the Committee and all other parties in interest.

39.     Additionally, all expenses were incurred in accordance with Kirkland's normal practice of charging clients for expenses clearly related to and required by particular matters.  Kirkland has endeavored to minimize these expenses to the fullest extent possible.

40.     Kirkland's billing rates do not include charges for photocopying, telephone, and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, since the needs of each client for such services differ.  Kirkland believes that it is fairest to charge each client only for the services actually used in performing services for such clients.

<u>**NOTICE**</u>

41.     Kirkland has provided notice of this Application to (i) the Debtor; (ii) the Debtor's counsel, Patton Boggs LLP and Bayard, P.A.; (iii) counsel for the Purchaser, Nelson Mullins Riley and Scarborough LLP, and (iv) the Office of the United States Trustee.  The Committee submits that under the circumstances and pursuant to paragraph 5 of the Interim Compensation Order, no further notice is necessary.

## NO PRIOR REQUEST

42.    No prior request for the relief sought herein has been made to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

K&E 24658622

WHEREFORE, the Committee respectfully requests entry of an order, substantially in the form attached hereto as Exhibit A, (i) allowing, approving, and directing the payment by the Purchaser of $1,224,266.50 as compensation for professional and paraprofessional services rendered by Kirkland as co-counsel to the Committee during the Pre-Closing Period, (ii) allowing, approving, and directing the payment by the Purchaser of $47,283.95 as reimbursement of Kirkland's out-of-pocket expenses incurred in connection with the rendering of professional or paraprofessional services to the Committee during the Pre-Closing Period; and (iii) granting such other relief as this Court deems just, proper and equitable.

Dated: February 1, 2013
      Chicago, Illinois

/s/ Jeffrey W. Gettleman

**KIRKLAND & ELLIS LLP**
David R. Seligman, P.C. (admitted *pro hac vice*)
Jeffrey W. Gettleman (admitted *pro hac vice*)
Todd M. Schwartz (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
Email: dseligman@kirkland.com
       jgettleman@kirkland.com
       tschwartz@kirkland.com

– and –

Marc Kieselstein, P.C., (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: mkieselstein@kirkland.com

*Counsel to the Official Committee of Trust Preferred Securities*

K&E 24658622

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **FIRST PLACE FINANCIAL CORP.,** | ) | **Case No. 12-12961 (BLS)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) | **ss:** |
| **COUNTY OF COOK** | ) | |

## VERIFICATION

Jeffrey W. Gettleman, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Kirkland & Ellis LLP, and have been admitted to appear before this Court.

2.      I have personally performed many of the legal services rendered by Kirkland & Ellis LLP as bankruptcy counsel to the Committee and am familiar with all other work performed on behalf of the Committee by the lawyers and other persons in the firm.

3.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and believe that the Application of Kirkland & Ellis LLP complies with such rule.

4.      The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

/s/ *Jeffrey W. Gettleman*
Jeffrey W. Gettleman

**<u>Exhibit A</u>**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **FIRST PLACE FINANCIAL CORP.,** | ) | **Case No. 12-12961 (BLS)** |
|  | ) |  |
| Debtor. | ) | **Related to Docket No. _____** |
|  | ) |  |

**ORDER GRANTING FIRST INTERIM APPLICATION OF KIRKLAND & ELLIS LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TRUST PREFERRED
SECURITIES FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT
OF EXPENSES FOR SERVICES RENDERED DURING THE PRE-CLOSING PERIOD**

Upon consideration of the application (the "Application")[1] of Kirkland & Ellis LLP ("Kirkland"), co-counsel to the Official Committee of Trust Preferred Securities (the "Committee") of First Place Financial Corp., debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for entry of an order allowing, approving, and directing Talmer Bancorp. Inc. (the "Purchaser") to compensate Kirkland for services rendered and reimburse Kirkland for expenses incurred for the period of November 9, 2012 through January 1, 2013 (the "Pre-Closing Period"); and it appearing to the Court that all of the requirements of sections 328, 330, 331, 503(b), and 1103 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Committee gave due and proper notice of the Application and that no other or further notice is required; and such relief being in the best interest of the Debtor, its estate, and creditors; and after due deliberation, and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Application is approved.

2.      The amount of $1,224,266.50 is reasonable compensation for actual, necessary services (the "Services") rendered by Kirkland on behalf of the Committee and is allowed to Kirkland pursuant to sections 330 and 331 of the Bankruptcy Code, for the period from November 9, 2012 through January 1, 2013 (the "Pre-Closing Period").

3.      The amount of $47,283.95 is reasonable reimbursement for actual, necessary expenses (the "Expenses") incurred in connection with the Services rendered by Kirkland during the Pre-Closing Period and are allowed to Kirkland pursuant to section 330 and 331 of the Bankruptcy Code.

4.      The amounts of $1,224,266.50 as compensation for the Services and $47,283.95 as reimbursement for the Expenses is hereby approved, and the Purchaser is directed to promptly pay $1,271,550.45, to the extent it has not already done so, to Kirkland upon entry of this Order.


Dated: _____ _____ , 2013
          Wilmington, Delaware
                                                    _____
                                                    THE HONORABLE BRENDAN L. SHANNON
                                                    UNITED STATES BANKRUPTCY JUDGE

**Exhibit B**
**Time and Expense Records of Kirkland & Ellis LLP**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

FEIN 36-1326630

January 29, 2013

Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019

Attention:  Jim Brennan

**Invoice Number:  4024743**
**Client Matter: 14779-1**

---

**In the matter of    FPFC Bankruptcy Advice**

For legal services rendered through December 31, 2012
(see attached Description of Legal Services for detail)                  $ 187,300.50

For expenses incurred through December 31, 2012
(see attached Description of Expenses for detail)                          $ 34,931.54

Total legal services rendered and expenses incurred                    $ 222,232.04

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Eliot A Adelson | 22.40 | 745.00 | 16,688.00 |
| Andrew Brniak | 3.40 | 240.00 | 816.00 |
| Megan Bruner | .50 | 215.00 | 107.50 |
| Edwin S del Hierro, P.C. | 18.30 | 995.00 | 18,208.50 |
| Sarah Farley | 3.80 | 300.00 | 1,140.00 |
| Jeffrey Gettleman | 55.50 | 795.00 | 44,122.50 |
| Sheila D Givens | 2.00 | 170.00 | 340.00 |
| Jason Gott | 19.50 | 430.00 | 8,385.00 |
| Marc Kieselstein, P.C. | 9.40 | 995.00 | 9,353.00 |
| Julie Kunetka | 2.30 | 835.00 | 1,920.50 |
| Sean M Powers | 14.60 | 575.00 | 8,395.00 |
| Benjamin Rhode | 72.60 | 430.00 | 31,218.00 |
| Todd M Schwartz | 28.90 | 710.00 | 20,519.00 |
| Phil M Segal | 4.00 | 175.00 | 700.00 |
| David Seligman, P.C. | 24.50 | 975.00 | 23,887.50 |
| Jessica H Sicsu | 2.00 | 725.00 | 1,450.00 |
| Factual Research | .20 | 250.00 | 50.00 |
| **TOTALS** | **283.90** | | **$187,300.50** |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

### Description of Legal Services

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/09/12 | Edwin S del Hierro, P.C. | 7.00 | Attend committee meetings and prepare for same (___); follow-up and prepare for call with debtor's counsel (___). |
| 11/09/12 | Benjamin Rhode | 8.20 | Office conference with J. Gettleman re case management (.3); office conference with A. Brniak re precedent (.1); telephone conference and correspond with S. Jordan re opening a client/matter number (.1); analyze chapter 11 bank holding company precedent (1.2); draft engagement letter (1.3); draft critical dates list (.4); legal research re information sharing motion (1.1); draft working group list (2.3); draft work in progress chart (1.4). |
| 11/09/12 | Andrew Brniak | 2.00 | Prepare and compile precedent re Delaware filed bankruptcy proceedings and Committee scope materials (.7); draft, revise and review shell templates re working group list, critical dates list, and work in process chart (1.1); correspond with B. Rhode re same (.2). |
| 11/09/12 | David Seligman, P.C. | 3.00 | Attend committee meeting and address logistics, restructuring and litigation follow-up issues re same. |
| 11/09/12 | David Seligman, P.C. | 3.00 | Travel from Wilmington, DE to Chicago, IL after committee meeting (billed at half time). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/09/12 | Jeffrey Gettleman | 4.30 | Office conferences and correspond with B. Rhode re drafting organizational tools (1.0); correspond with B. Rhode re committee information sharing motion (.7); office conference with B. Rhode re committee presentation (.4); correspond with D. Seligman and S. Svendsen re same (.2); correspond with working group re regulatory documents (.3); telephone conference with D. Brown re committee membership and representation issues (.4); correspond with working group re organizational telephone conference (.2); correspond with D. Seligman re next steps (.2); legal research re committee fiduciary duties (.6); office conference with G. Pesce re engagement letter (.2); correspond with B. Rhode re same (.1). |
| 11/09/12 | Eliot A Adelson | 2.40 | Correspond with working group re representation and research re same. |
| 11/10/12 | Edwin S del Hierro, P.C. | 2.70 | Telephone conferences with working group and follow-up re transaction issues (2.4); telephone conference with D. Seligman (.3). |
| 11/10/12 | Julie Kunetka | .50 | Telephone conference with E. del Hierro re condition of bank and Talmer transaction (.3); review materials re same (.2). |
| 11/10/12 | Benjamin Rhode | 5.80 | Legal research re Committee by-laws (.7); correspond with J. Gott re information sharing motion (.2); draft and revise critical dates list (1.7); legal research re whether Committee must keep minutes (.1); review and revise confidentiality agreement (1.6); factual research re director and officers (.2); correspond with working group re case development and strategy (1.3). |
| 11/10/12 | Jason Gott | 2.50 | Draft information sharing motion. |
| 11/10/12 | David Seligman, P.C. | 1.00 | Prepare for and attend telephone conference with debtor re diligence and related matters. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/10/12 | David Seligman, P.C. | 3.00 | Multiple telephone conferences with committee re logistical matters, professional retentions, diligence and litigation strategies. |
| 11/10/12 | Jeffrey Gettleman | 5.60 | Correspond with working group re organizational tools (1.2); correspond with D. Seligman and M. Branzburg re notices of appearance and pro hac vice motions (.4); correspond with committee re scheduling a telephone conference (.2); correspond with working group re discovery and objection to bid procedures (.4); review and analyze background materials re same (1.3); review and analyze precedent re same (.4); correspond with J. Gott re information-sharing motion (.1); correspond with working group and B. McIlwain re confidentiality agreements (1.3); review and revise same (.3). |
| 11/10/12 | Eliot A Adelson | 1.50 | Prepare for and participate in telephone conference with working group re case background. |
| 11/11/12 | Edwin S del Hierro, P.C. | 2.00 | Telephone conference with working group re open issues and strategy and follow-up re same (1.2); prepare for and participate in telephone conference with committee and Jefferies (.8). |
| 11/11/12 | Benjamin Rhode | 5.60 | Review and revise confidentiality agreement (2.2); correspond with B. McIlwain re dataroom access (.2); revise Committee meeting minutes (.2); draft K&E confidentiality agreement (2.2); telephone conference with J. Gettleman re same (.2); revise same (.6). |
| 11/11/12 | David Seligman, P.C. | 2.50 | Prepare for and participate in telephone conferences with committee re diligence items, professional retentions, legal strategies and related matters and follow-up re same. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/11/12 | David Seligman, P.C. | 4.00 | Analyze confidentiality agreement matters, APA and schedules, professional retention issues, discovery and related items. |
| 11/11/12 | Jeffrey Gettleman | 7.50 | Correspond with D. Pacitti and B. Rhode re by-law precedent and confidentiality agreement (.2); correspond with working group re investment bank candidates (2.0); telephone conference with committee re investment bank interview (.6); correspond with B. Rhode re keeping minutes of committee meetings (.2); review and revise same (.4); correspond with B. Rhode re assembling background materials for working group (.2); correspond with D. Seligman and B. McIlwain re potential telephone conference with KBW (.3); correspond with J. Gott and B. Rhode re Delaware local rules (.3); review and revise confidentiality agreements (1.0); correspond with B. Rhode and B. McIlwain re same (1.3); correspond with B. McIlwain and working group re extension of APA sale process deadlines (.2); correspond with B. Rhode re revising the bidding procedures (.2); review and revise same (.4); correspond with working group re discovery requests (.2). |
| 11/11/12 | Eliot A Adelson | 10.30 | Review and revise objection to bid procedures and correspond with working group re same (2.2); plan and prepare for objection to bid procedures motions (5.5); review and revise discovery requests (2.6). |
| 11/11/12 | Todd M Schwartz | .30 | Telephone conferences with D. Seligman re background information. |
| 11/12/12 | Sean M Powers | 7.50 | Draft document requests (3.2); revise bid procedures objection (2.8); legal research re Lionel authorities (1.5). |
| 11/12/12 | Edwin S del Hierro, P.C. | 5.30 | Telephone conferences and correspond with working group and financial professionals re potential retention. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/12/12 | Julie Kunetka | 1.80 | Telephone conferences with financial professionals re potential retention. |
| 11/12/12 | Benjamin Rhode | 1.80 | Analyze overlap between information sharing motion and confidentiality agreements (.6); draft a form confidentiality agreement for Holdco's use (1.2). |
| 11/12/12 | Benjamin Rhode | 7.20 | Correspond with T. Schwartz re case background (.4); office conference with J. Gettleman re case strategy (.2); revise work in progress chart (.8); telephone conference with the Committee re investment banker presentations (1.2); correspond with Committee re same (.5); correspond with potential investment bankers re same (.6); review application for opening a new matter (1.9); draft billing memorandum (.5); correspond with M. Branzburg re financial advisor information (.4); telephone conference with J. Gettleman and T. Schwartz re information sharing motion (.5); correspond with Klehr re pro hac vice applications (.2). |
| 11/12/12 | Jason Gott | 2.00 | Draft information sharing motion. |
| 11/12/12 | David Seligman, P.C. | 1.00 | Telephone conference with working group and Klehr re litigation scheduling matters. |
| 11/12/12 | Marc Kieselstein, P.C. | .60 | Correspond with working group re potential retention of financial professionals. |
| 11/12/12 | Jeffrey Gettleman | 5.10 | Correspond with B. Rhode and J. Gott re committee information sharing motion (.3); correspond with B. McIlwain re access to dataroom (.1); correspond with working group re evaluation of investment bank candidates (3.7); correspond with working group re scheduling investment bank interviews (.8); review and revise work-in-progress chart (.2). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/12/12 | Todd M Schwartz | 4.10 | Review and analyze background information (2.4); telephone conferences with working group re same (.5); correspond with working group re same (.3); review and analyze issues re investment bankers and financial advisors (.9). |
| 11/13/12 | Benjamin Rhode | 1.10 | Review and revise K&E's engagement letter with Committee. |
| 11/13/12 | Benjamin Rhode | 9.50 | Office conference with J. Gettleman re conflicts and capitalization reports (.2); correspond with V. Ghei re creating a capital ratio report (.2); correspond with Committee, working group, and investment bankers re investment banker presentations (1.8); review and analyze documents in dataroom (2.2); draft Committee's confidentiality agreement (1.1); telephone conferences with Committee re investment banker presentations (1.8); telephone conference with D. Brown re same (.2); review and revise application for new matter (.6); correspond with A. Brniak re transcript requests (.4); correspond with Committee re next day's conference call (.3); revise critical dates list (.3); revise work in progress chart (.4). |
| 11/13/12 | Jason Gott | 4.70 | Research re attorney-client privilege (___); draft memorandum re same (___). |
| 11/13/12 | David Seligman, P.C. | 2.00 | Telephone conference with debtor's counsel (.6); prepare for and attend telephonic scheduling conference with court (1.4). |
| 11/13/12 | David Seligman, P.C. | 2.00 | Review and analyze sale process and procedures. |
| 11/13/12 | Marc Kieselstein, P.C. | 1.70 | Telephone conference with committee re investment banker selection. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/13/12 | Jeffrey Gettleman | 7.30 | Correspond with B. Rhode and V. Ghei re Holdco confidentiality agreement (.1); correspond with committee re execution of confidentiality agreement (.1); correspond with working group re confidentiality issues (.3); correspond with working group, committee and potential investment bankers re investment bank interviews (6.1); correspond with B. Rhode re updating organizational tools (.3); correspond with D. Seligman re agenda for tomorrow's committee meeting (.1); correspond with D. Seligman re committee by-laws (.1); review and revise notices of appearances (.2). |
| 11/13/12 | Todd M Schwartz | 1.80 | Telephone conferences with working group re potential investment bankers. |
| 11/14/12 | Benjamin Rhode | 8.40 | Draft Committee by-laws (3.9); revise same (2.4); telephone conference with Committee re case status and selecting an investment banker (1.0); correspond with J. Gettleman and Committee re execution of confidentiality agreement (.7); research re deadline to file pleadings to be heard (.3); telephone conference with M. Branzburg re same (.1). |
| 11/14/12 | Andrew Brniak | .70 | Draft notice of appearance and rule 2019 statement (.6); correspond with T. Schwartz and B. Rhode re same (.1). |
| 11/14/12 | Marc Kieselstein, P.C. | 1.60 | Review and analyze TruPS documents re terms and structure. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| **Date** | **Timekeeper** | **Hours** | **Description** |
|------|-----------|-------|-------------|
| 11/14/12 | Jeffrey Gettleman | 7.80 | Correspond with D. Seligman re committee logistic issues (.3); correspond with working group, committee and advisors re execution of confidentiality agreements (1.6); correspond with working group and S. Ramsey re trust documents (1.9); review and revise notices of appearances and pro hac vice motions (.5); correspond with T. Schwartz re same (.4); correspond with working group re statement of economic interest (.5); correspond with working group re conflicts search (.2); correspond with T. Schwartz re engagement letter (.2); review and analyze privilege issues (.3); correspond with T. Schwartz and J. Gott re interim compensation motion and cash management issues (.8); telephone conference with committee re selecting an investment bank (1.1). |
| 11/14/12 | Sarah Farley | 3.80 | Review and prepare Keefe, Bruyette & Woods subpoena and deposition notice (.6); office conferences re subpoena and service (.6); review and prepare emails for file (.4); review and prepare production documents (1.4); review and prepare Asset Purchase Agreement files sent by Patton Boggs (.2); verify documents for completeness and accuracy (.6). |
| 11/14/12 | Eliot A Adelson | 8.20 | Review and revise objection to bid procedures motion (2.6); coordinate discovery (2.5); prepare for depositions (3.1). |
| 11/14/12 | Todd M Schwartz | 11.30 | Review and revise confidentiality agreement (1.7); review and analyze indentures and declaration of trust documents (3.9); review draft notices of appearances and pro hac vices (2.0); review and revise bylaws (1.6); correspond with working group re same (.5); review and revise information sharing motion (1.3); correspond with working group re same (.3). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/12 | Benjamin Rhode | 2.90 | Revise working group list (.3); telephone conference with J. Gettleman and T. Schwartz re by-law revisions (.4); revise by-laws (1.3); research re required capital ratios under Basel III and Dodd Frank (.4); revise critical dates list (.5). |
| 11/15/12 | Jason Gott | 2.50 | Review and revise information sharing motion. |
| 11/15/12 | Jason Gott | 4.00 | Analyze trust documents re make-whole provisions (1.0); legal research and draft memorandum re same (3.0). |
| 11/15/12 | Jeffrey Gettleman | .10 | Correspond with working group re by-laws and information sharing motion. |
| 11/15/12 | Jeffrey Gettleman | 1.50 | Review and revise committee by-laws (.4); telephone conference with T. Schwartz re same (.2); review and revise information sharing motion (.6); correspond with B. Rhode and T. Schwartz re same (.3). |
| 11/16/12 | Edwin S del Hierro, P.C. | 1.30 | Telephone conference with financial professionals re engagement arrangements. |
| 11/16/12 | Benjamin Rhode | 1.30 | Research re Committee's 2019 statement (.4); review and revise billing memorandum (.4); review and revise by-laws (.5). |
| 11/16/12 | Andrew Brniak | .30 | Review and revise rule 2019 statement. |
| 11/16/12 | Jeffrey Gettleman | .80 | Analyze debtor s schedules and statements (.3); telephone conference with T. Schwartz and B. Rhode re information sharing motion (.1); review and revise committee by-laws (.4). |
| 11/17/12 | Benjamin Rhode | 1.30 | Revise by-laws (.9); revise working group list (.4). |
| 11/17/12 | Jeffrey Gettleman | 1.20 | Correspond with committee members re committee meeting (.3); revise committee by-laws (.9). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/17/12 | Jessica H Sicsu | 2.00 | Draft summary memorandum re indentures. |
| 11/18/12 | Jeffrey Gettleman | .20 | Correspond with B. McIlwain re location of debtor's cash. |
| 11/19/12 | Jason Gott | 3.80 | Legal research re priority tax claims. |
| 11/19/12 | Marc Kieselstein, P.C. | 2.00 | Analyze TARP issues. |
| 11/19/12 | Jeffrey Gettleman | .70 | Correspond with V. Ghei and B. McIlwain re confidentiality agreements (.3); review and analyze information sharing motion (.3); correspond with A. Brniak re Delaware local bankruptcy rules (.1). |
| 11/20/12 | Benjamin Rhode | 2.70 | Review and revise engagement letters (2.3); correspond with Committee re execution of same (.4). |
| 11/20/12 | Factual Research | .20 | Library Research re FTI Consulting Form 4 and proxy filings. |
| 11/20/12 | Sheila D Givens | 2.00 | Collect billing information for conflict disclosure due diligence inquiries. |
| 11/21/12 | Phil M Segal | 4.00 | Review and revise profiles of productions. |
| 11/21/12 | Benjamin Rhode | 2.50 | Travel from New York, NY to Chicago, IL re depositions (billed at half time). |
| 11/21/12 | Marc Kieselstein, P.C. | 3.50 | Telephone conferences with committee re settlement discussions (2.0); review and analyze deposition transcripts (1.5). |
| 11/21/12 | Jeffrey Gettleman | 1.30 | Correspond with B. McIlwain and J. Gott re D&O insurance (.2); review and revise committee by-laws (.7); correspond with M. Hughes re ECF notifications (.1); review and analyze notice of commencement of case and meeting of creditors (.3). |
| 11/21/12 | Todd M Schwartz | 3.20 | Travel from New York, NY re depositions (billed at half time). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 11/22/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode re by-laws. |
| 11/23/12 | Megan Bruner | .50 | Provide external user access to Sharepoint site. |
| 11/23/12 | Jeffrey Gettleman | .20 | Correspond with B. Rhode re committee meeting minutes. |
| 11/24/12 | Sean M Powers | 7.10 | Draft memorandum summarizing depositions. |
| 11/24/12 | Todd M Schwartz | 2.70 | Travel to Philadelphia, PA re bid procedures hearing (billed at half time). |
| 11/25/12 | Benjamin Rhode | 1.10 | Review and formalize minutes to Committee meetings. |
| 11/25/12 | David Seligman, P.C. | 3.00 | Travel from Chicago, IL to Wilmington, DE to attend hearing on bid procedures (billed at half time). |
| 11/26/12 | Benjamin Rhode | 1.10 | Review and revise statement of economic interests (.6); review and formalize minutes to committee meetings (.5). |
| 11/26/12 | Jeffrey Gettleman | .60 | Correspond with B. Rhode re committee meeting minutes (.2); correspond with B. Rhode and T. Schwartz re statement of economic interests (.4). |
| 11/27/12 | Benjamin Rhode | 1.40 | Revise critical dates list (.4); revise working group list (.1); review and formalize minutes to committee meetings (.4); review and revise bylaws (.5). |
| 11/27/12 | Jeffrey Gettleman | 2.50 | Correspond with D. Pacitti and M. Hughes re omnibus hearing dates and ECF access (.8); correspond with B. Rhode re updates to organizational tools (.6); correspond with B. Rhode and T. Schwartz re committee meeting minutes (.3); correspond with B. Rhode and T. Schwartz re by-laws (.2); review and revise and correspond with T. Schwartz and B. Rhode re statement of economic interests (.6). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/28/12 | Andrew Brniak | .10 | Correspond with B. Rhode and J. Gettleman re daily docket updates. |
| 11/28/12 | Jeffrey Gettleman | 1.40 | Correspond with D. Pacitti and B. Rhode re filing statement of economic interests (.2); review and revise committee by-laws (.4); correspond with T. Schwartz and B. Rhode re same (.7); telephone conference with A. Brniak re circulation of daily docket updates (.1). |
| 11/29/12 | Andrew Brniak | .30 | Review and compile recently filed docketed pleadings (.2); correspond with working group re same (.1). |
| 11/29/12 | Jeffrey Gettleman | .60 | Review and analyze U.S. Trustee's amended appointment of committee (.1); correspond with B. Rhode re committee by-laws (.5). |
| 11/30/12 | Jeffrey Gettleman | .20 | Correspond with M. Hughes re ECF notifications (.1); correspond with T. Schwartz and B. Rhode re reimbursement of committee members' expenses (.1). |
| 11/30/12 | Todd M Schwartz | 5.50 | Review and analyze issues re APA (4.2); telephone conferences with working group re same (1.3). |
| 12/03/12 | Jeffrey Gettleman | .40 | Office conference with D. Seligman and B. Rhode re post-sale conversion of case. |
| 12/04/12 | Jeffrey Gettleman | .50 | Correspond with committee members re payment of Wilmington Trust's fees. |
| 12/05/12 | Jeffrey Gettleman | .10 | Correspond with M. Branzburg re attendance at first meeting of creditors. |
| 12/06/12 | Jeffrey Gettleman | .40 | Correspond with working group re first meeting of creditors (.3); correspond with B. Rhode re litigation against D&O insurance broker (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 12/09/12 | Benjamin Rhode | .90 | Legal research re electing a chapter 7 trustee (.7); review and analyze D&O litigation filings (.2). |
| 12/10/12 | Benjamin Rhode | .40 | Prepare for telephone conference with committee. |
| 12/10/12 | Jeffrey Gettleman | .80 | Correspond with working group and Committee re scheduling committee meeting. |
| 12/12/12 | Jeffrey Gettleman | .30 | Telephone conference and correspond with M. Kieselstein and B. Rhode re canceling today's committee meeting. |
| 12/13/12 | Benjamin Rhode | 3.90 | Legal research re electing a chapter 7 trustee. |
| 12/13/12 | Jeffrey Gettleman | .30 | Review debtor's application to retain KBW (.2); office conference with T. Schwartz re APA provisions re same (.1). |
| 12/17/12 | Jeffrey Gettleman | .20 | Correspond with B. Rhode and T. Schwartz re minutes of committee meetings. |
| 12/18/12 | Benjamin Rhode | 2.10 | Review and formalize committee meeting minutes (1.7); analyze process for approving same (.3); correspond with committee re same (.1). |
| 12/18/12 | Jeffrey Gettleman | 1.70 | Office conference and correspond with B. Rhode and T. Schwartz re revisions to committee minutes (.6); review and revise same (.9); correspond with A. Brniak re ceasing daily docket updates (.2). |
| 12/19/12 | Benjamin Rhode | 2.30 | Office conference with J. Gettleman re committee's post-closing strategy (.1); legal research re same (2.2). |
| 12/19/12 | Jeffrey Gettleman | 1.30 | Review and analyze APA re committee's obligations post-transaction (.4); review B. Rhode's analysis re same (.6); retrieve precedential pleadings and send to B. Rhode (.3). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/20/12 | Benjamin Rhode | 1.10 | Legal research re bringing post-conversion claim against the estate. |
| 12/20/12 | Jeffrey Gettleman | .50 | Correspond with B. Rhode re statute of limitations issue (.3); review and analyze debtor's MOR (.2). |
| | | 283.90 | TOTAL HOURS |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

## Description of Expenses

| Date | Description | Amount |
|---|---|---|
| 11/09/12 | Edwin del Hierro, Lodging, Hotel duPont, Wilmington, DE 11/08/2012 to 11/09/2012, (Board Meeting) | 482.90 |
| 11/09/12 | Edwin del Hierro, Transportation To/From Airport, (Board Meeting) | 37.00 |
| 11/09/12 | Edwin del Hierro, Travel Meals, (Board Meeting) Wilmington, DE | 3.00 |
| 11/09/12 | Benjamin Rhode, Taxi, (Overtime Transportation) | 13.30 |
| 11/10/12 | Secretarial Overtime, Teresa Sandoval - Convert Document, Format/Clean Up. | 60.90 |
| 11/12/12 | Benjamin Rhode, Taxi, (Overtime Transportation) | 11.56 |
| 11/12/12 | Todd Schwartz, Parking, San Francisco, CA (Overtime Transportation) | 35.00 |
| 11/13/12 | WEST, Computer Database Research, GOTT,JASON, 11/13/2012 | 40.61 |
| 11/13/12 | Todd Schwartz, Parking, San Francisco, CA (Overtime Transportation) | 35.00 |
| 11/14/12 | VERITEXT NEW YORK REPORTING CO LLC - Court Reporter Fee/Deposition, Electronic Delivery, 11/5/12 | 76.80 |
| 11/14/12 | VERITEXT NEW YORK REPORTING CO LLC - Court Reporter Fee/Deposition, Electronic Delivery, 11/8/12 | 199.20 |
| 11/14/12 | Benjamin Rhode, Taxi, (Overtime Transportation) | 10.85 |
| 11/14/12 | Todd Schwartz, Taxi, (Overtime Transportation) | 25.00 |
| 11/15/12 | David Seligman, Airfare, Philadelphia, PA 11/25/2012 to 11/26/2012, (Hearing) | 1,268.00 |
| 11/15/12 | David Seligman, Agency Fee, (Hearing) | 58.00 |
| 11/15/12 | Eliot Adelson, Working Meal/K&E Only, (Deposition Preparation) San Francisco, CA, Meal with Todd Schwartz | 67.83 |
| 11/15/12 | WEST, Computer Database Research, GOTT,JASON, 11/15/2012 | 21.86 |
| 11/15/12 | Jason Gott, Taxi, (Overtime Transportation) | 15.45 |
| 11/15/12 | Jessica Sicsu, Taxi, (Overtime Transportation) | 22.00 |
| 11/15/12 | Overtime Transportation, DESOTO CAB COOPERATIVE INC, Overtime Transportation, Sarah Farley, 11/15/2012, From:Office/To:Home | 14.20 |
| 11/15/12 | Todd Schwartz, Parking, San Francisco, CA (Overtime Transportation) | 35.00 |
| 11/15/12 | Jason Gott, Working Meal/K&E Only, (Overtime Meal-Attorney) Chicago, IL | 1.96 |
| 11/15/12 | Jason Gott, Working Meal/K&E Only, (Overtime Meal-Attorney) Chicago, IL | 10.25 |
| 11/15/12 | BON APPETIT MANAGEMENT COMPANY - Overtime Meals - Attorney - 11/15/2012 S. Farley. | 25.00 |
| 11/16/12 | Todd Schwartz, Airfare, New York, NY 11/17/2012 to 11/21/2012, (Meeting) | 1,626.60 |
| 11/16/12 | Edwin del Hierro, Agency Fee, (Attend Deposition) | 58.00 |
| 11/16/12 | Sarah Farley, Airfare, New York, NY 11/17/2012 to 11/21/2012, (Client Meeting) | 1,611.91 |
| 11/16/12 | Sarah Farley, Agency Fee, (Client Meeting) | 58.00 |
| 11/16/12 | Todd Schwartz, Airfare, New York, NY 11/17/2012 to 11/21/2012, (Meeting) United Airlines Add Collect | 105.00 |
| 11/16/12 | Eliot Adelson, Working Meal/K&E Only, (Deposition Preparation) San Francisco, CA, Meal with Todd Schwartz | 125.25 |
| 11/16/12 | WEST, Computer Database Research, GOTT,JASON, 11/16/2012 | 7.68 |
| 11/16/12 | Jessica Sicsu, Taxi, (Overtime Transportation) | 22.00 |
| 11/16/12 | Sarah Farley, Taxi, (Overtime Transportation) | 22.00 |
| 11/16/12 | Todd Schwartz, Parking, San Francisco, CA (Overtime Transportation) | 35.00 |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
 1 - FPFC Bankruptcy Advice

| | | |
|---|---|---:|
| 11/16/12 | Overtime Meals,  Sarah Farley | 12.00 |
| 11/17/12 | Todd Schwartz, Lodging, Le Parker Meridien New York, NY 11/17/2012 to 11/20/2012, (Meeting) | 449.87 |
| 11/17/12 | Sarah Farley, Transportation To/From Airport, (Client Meeting) Transportation to SF Airport from home. | 65.00 |
| 11/17/12 | PACIFIC LIMOUSINE & SEDAN SERVICE - Transportation to/from airport - 11/17/2012 - Todd Schwartz San Francisco to SFO. | 90.20 |
| 11/18/12 | Todd Schwartz, Taxi, (Meeting) | 7.80 |
| 11/18/12 | Todd Schwartz, Taxi, (Meeting) | 6.12 |
| 11/18/12 | Todd Schwartz, Lodging, Le Parker Meridien New York, NY 11/17/2012 to 11/20/2012, (Meeting) | 449.87 |
| 11/18/12 | Edwin del Hierro, Transportation To/From Airport, (Attend Deposition) | 36.00 |
| 11/18/12 | Edwin del Hierro, Transportation To/From Airport, (Attend Deposition) | 37.00 |
| 11/18/12 | CROWN CHAUFFEURED TRANSPORTATION INC, Transportation to/from airport, 11/18/2012, BENJAMIN RHODE, LGA to K&E NY OFFICE | 161.21 |
| 11/18/12 | CROWN CHAUFFEURED TRANSPORTATION INC, Transportation to/from airport, 11/18/2012, BENJAMIN RHODE, HOME to ORD | 77.75 |
| 11/18/12 | Edwin del Hierro, Travel Meals, (Attend Deposition) New York, NY | 6.24 |
| 11/18/12 | Todd Schwartz, Travel Meals, (Meeting) New York, NY | 7.49 |
| 11/18/12 | WEST, Computer Database Research, GOTT,JASON, 11/18/2012 | 5.46 |
| 11/18/12 | SEAMLESS NORTH AMERICA INC, Eliot A Adelson, Overtime Meals - Attorney, 11/18/2012 | 21.42 |
| 11/18/12 | SEAMLESS NORTH AMERICA INC, Sarah Farley, Overtime Meals - Attorney, 11/18/2012 | 21.43 |
| 11/18/12 | Document Services Overtime, John Walker - Reprographics. | 37.80 |
| 11/18/12 | Document Services Overtime, Jessica Hylton - Convert Document, Create Workshare Compare, Format/Clean Up. | 27.72 |
| 11/19/12 | Standard Prints | 28.90 |
| 11/19/12 | Standard Prints | 71.70 |
| 11/19/12 | Todd Schwartz, Taxi, (Meeting) | 7.38 |
| 11/19/12 | Todd Schwartz, Taxi, (Meeting) | 6.85 |
| 11/19/12 | Todd Schwartz, Lodging, Le Parker Meridien New York, NY 11/17/2012 to 11/20/2012, (Meeting) | 449.87 |
| 11/19/12 | Todd Schwartz, Lodging, Le Parker Meridien New York, NY 11/17/2012 to 11/20/2012, (Meeting) | 449.87 |
| 11/19/12 | Edwin del Hierro, Airfare, New York, NY 11/18/2012 to 11/20/2012, (Attend Deposition) | 1,133.73 |
| 11/19/12 | Todd Schwartz, Travel Meal with Others, (Meeting) New York, NY, Meal with Eliot Adelson, Benjamin Rhode, Sarah Farley | 369.94 |
| 11/19/12 | Sarah Farley, Travel Meals, (Client Meeting) New York, NY | 36.24 |
| 11/19/12 | TRANSPERFECT DOCUMENT MANAGEMENT INC - Outside Copy/Binding Services | 1,659.81 |
| 11/19/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (10), Adelson, Eliot A, 11/19/2012 | 80.00 |
| 11/19/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Adelson, Eliot A, 11/19/2012 | 90.00 |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
1 - FPFC Bankruptcy Advice

| | | |
|---|---|---:|
| 11/19/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (10), Adelson, Eliot A, 11/19/2012 | 240.00 |
| 11/19/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (8), Adelson, Eliot A, 11/19/2012 | 64.00 |
| 11/19/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (1), Adelson, Eliot A, 11/19/2012 | 8.00 |
| 11/19/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Adelson, Eliot A, 11/19/2012 | 90.00 |
| 11/19/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Adelson, Eliot A, 11/19/2012 | 120.00 |
| 11/19/12 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2012, Andrew Brniak | 60.00 |
| 11/20/12 | Overnight Delivery, Fed Exp to:Hotel du Pont (front desk),WILMINGTON DE from:David Seligman | 33.46 |
| 11/20/12 | Overnight Delivery, Fed Exp to:MARK A. SALZBERG, WASHINGTON,DC from:MAILROOM | 14.68 |
| 11/20/12 | Todd Schwartz, Taxi, (Meeting) | 16.75 |
| 11/20/12 | Todd Schwartz, Taxi, (Meeting) | 7.38 |
| 11/20/12 | Sarah Farley, Taxi, (Client Meeting) Transportation from hotel to Newark Airport. | 140.00 |
| 11/20/12 | Edwin del Hierro, Lodging, New York, NY 11/18/2012 to 11/20/2012, (Attend Deposition) | 769.16 |
| 11/20/12 | Sarah Farley, Lodging, New York, NY 11/17/2012 to 11/20/2012, (Client Meeting) | 1,119.15 |
| 11/20/12 | Edwin del Hierro, Transportation To/From Airport, (Attend Deposition) | 42.00 |
| 11/20/12 | Sarah Farley, Transportation To/From Airport, (Client Meeting) Transportation to home from SFO Airport | 70.54 |
| 11/20/12 | SEAMLESS NORTH AMERICA INC, Todd M Schwartz, Travel Meals, 11/20/2012 | 33.96 |
| 11/20/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (10), Adelson, Eliot A, 11/20/2012 | 80.00 |
| 11/20/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Adelson, Eliot A, 11/20/2012 | 90.00 |
| 11/20/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Adelson, Eliot A, 11/20/2012 | 120.00 |
| 11/20/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Adelson, Eliot A, 11/20/2012 | 90.00 |
| 11/20/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (5), Adelson, Eliot A, 11/20/2012 | 120.00 |
| 11/21/12 | Standard Copies or Prints | 25.80 |
| 11/21/12 | Standard Copies or Prints | 329.40 |
| 11/21/12 | Standard Copies or Prints | 184.40 |
| 11/21/12 | Standard Prints | 8.30 |
| 11/21/12 | Standard Prints | 7.10 |
| 11/21/12 | Standard Prints | .20 |
| 11/21/12 | Standard Prints | .60 |
| 11/21/12 | Standard Prints | 28.30 |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| | | |
|---|---|---:|
| 11/21/12 | Standard Prints | 6.00 |
| 11/21/12 | Standard Prints | 777.00 |
| 11/21/12 | Standard Prints | 197.50 |
| 11/21/12 | Scanned Images | .20 |
| 11/21/12 | Scanned Images | 25.80 |
| 11/21/12 | Scanned Images | 6.20 |
| 11/21/12 | Overnight Delivery, Fed Exp to:Melissa Hughes ATTN: Eliot Ade WILMINGTON,DE from:Tiffany Lee | 59.21 |
| 11/21/12 | Overnight Delivery, Fed Exp to:Melissa Hughes ATTN: Eliot Ade WILMINGTON,DE from:Tiffany Lee | 57.47 |
| 11/21/12 | Overnight Delivery, Fed Exp to:Melissa Hughes ATTN: Eliot Ade WILMINGTON,DE from:Tiffany Lee | 57.47 |
| 11/21/12 | Overnight Delivery, Fed Exp to:Morton Branzburg, ATTN: E.Adelson WILMINGTON,DE from:Tiffany Lee | 61.05 |
| 11/21/12 | Todd Schwartz, Taxi, (Meeting) | 7.38 |
| 11/21/12 | Todd Schwartz, Taxi, (Meeting) | 11.00 |
| 11/21/12 | BOSTON COACH CORPORATION, Transportation to/from airport, ELIOT ADELSON, New York, NY to Newark Liberty Airport, Newark NJ | 158.23 |
| 11/21/12 | PACIFIC LIMOUSINE & SEDAN SERVICE - Transportation to/from airport - 11/21/2012 - Todd Schwartz SFO to San Francisco. | 121.00 |
| 11/21/12 | CROWN CHAUFFEURED TRANSPORTATION INC, Transportation to/from airport, 11/21/2012, BENJAMIN RHODE, ORD to HOME | 81.75 |
| 11/21/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (2), Adelson, Eliot A, 11/21/2012 | 16.00 |
| 11/21/12 | FLIK INTERNATIONAL CORP, Catering Expenses, Client Meeting (2), Adelson, Eliot A, 11/21/2012 | 36.00 |
| 11/23/12 | Todd Schwartz, Airfare, Philadelphia, PA 11/24/2012 to 11/26/2012, (Meeting) | 1,607.40 |
| 11/23/12 | Todd Schwartz, Airfare, Philadelphia, PA 11/24/2012 to 11/28/2012, (Meeting) United Airlines Add Collect | 29.80 |
| 11/24/12 | Todd Schwartz, Lodging, Sheraton Suites Wilmington, DE 11/24/2012 to 12/26/2012, (Meeting) | 119.90 |
| 11/24/12 | Todd Schwartz, Transportation To/From Airport, (Meeting) | 50.40 |
| 11/24/12 | BOSTON COACH CORPORATION, Transportation to/from airport, ELIOT ADELSON, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON 422 DELAWARE AVENUE WILMINGTON DE | 133.90 |
| 11/25/12 | Todd Schwartz, Lodging, Sheraton Suites Wilmington, DE 11/24/2012 to 12/26/2012, (Meeting) | 152.90 |
| 11/25/12 | David Seligman, Airfare, Philadelphia, PA 11/25/2012 to 11/26/2012, (Hearing) | 332.36 |
| 11/25/12 | David Seligman, Agency Fee, (Hearing) | 58.00 |
| 11/25/12 | BOSTON COACH CORPORATION, Transportation to/from airport, DAVID RICHARD SELIGMAN, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON . 11TH AND MARKET STREETS WILMINGTON DE | 127.90 |
| 11/25/12 | Todd Schwartz, Travel Meals, (Meeting) Wilmington, DE | 39.50 |
| 11/25/12 | David Seligman, Travel Meals, (Hearing) Wilmington, DE | 56.50 |
| 11/25/12 | WEST, Computer Database Research, GOTT,JASON, 11/25/2012 | 47.85 |
| 11/26/12 | Standard Prints | .30 |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   1 - FPFC Bankruptcy Advice

| | | |
|---|---|---:|
| 11/26/12 | Tabs/Indexes/Dividers | .39 |
| 11/26/12 | Scanned Images | 2.60 |
| 11/26/12 | Scanned Images | 3.60 |
| 11/26/12 | Scanned Images | 30.70 |
| 11/26/12 | Production Blowbacks | 58.30 |
| 11/26/12 | Production Blowbacks | 58.30 |
| 11/26/12 | Production Blowbacks | 777.00 |
| 11/26/12 | Closing/Mini Books | 12.00 |
| 11/26/12 | David Seligman, Lodging, Wilmington, DE 11/25/2012 to 11/26/2012, (Hearing) | 218.90 |
| 11/26/12 | David Seligman, Airfare, Philadelphia, PA 11/25/2012 to 11/26/2012, (Hearing) | 213.90 |
| 11/26/12 | Todd Schwartz, Transportation To/From Airport, (Meeting) | 20.00 |
| 11/26/12 | David Seligman, Transportation To/From Airport, (Hearing) | 50.00 |
| 11/26/12 | CROWN CHAUFFEURED TRANSPORTATION INC, Transportation to/from airport, 11/26/2012, DAVID SELIGMAN, ORD to HOME | 81.75 |
| 11/26/12 | David Seligman, Travel Meal with Others, (Hearing) Philadelphia, PA, Meal with Eliot Adelson, Todd Schwartz | 122.09 |
| 11/26/12 | David Seligman, Travel Meals, (Hearing) Wilmington, DE | 21.60 |
| 11/27/12 | Standard Prints | .80 |
| 11/27/12 | Standard Prints | 1.30 |
| 11/27/12 | Standard Prints | 4.80 |
| 11/27/12 | VITAL TRANSPORTATION INC, Passenger: SNYDER,TODD, Local Transportation, Date: 11/19/2012 | 53.77 |
| 11/27/12 | VITAL TRANSPORTATION INC, Passenger: RHODE BENJAMIN, Transportation to/from airport, Date: 11/21/2012 | 61.54 |
| 11/27/12 | VITAL TRANSPORTATION INC, Passenger: SCHWARTZ TODD, Transportation to/from airport, Date: 11/21/2012 | 76.61 |
| 11/27/12 | Todd Schwartz, Travel Meals, (Meeting) Chicago, IL | 37.03 |
| 11/27/12 | VERITEXT - Court Reporter Fee/Deposition Deposition for T Snyder on 11/20/12 in NY. | 1,881.23 |
| 11/28/12 | Standard Prints | 1.10 |
| 11/28/12 | PACIFIC LIMOUSINE & SEDAN SERVICE - Transportation to/from airport - 11/28/2012 - Todd Schwartz SFO to San Francisco. | 121.00 |
| 11/28/12 | VERITEXT - Court Reporter Fee/Deposition - deposition for S. Roth on 11/19/2012. | 4,652.75 |
| 11/28/12 | VERITEXT - Court Reporter Fee/Deposition - deposition for J. Berry on 11/19/2012. | 3,131.00 |
| 11/30/12 | INTERCALL - Third Party Telephone Charges, E. Del Hierro, 11/30/12 | 44.29 |
| 11/30/12 | INTERCALL - Third Party Telephone Charges, T. Schwartz, 11/30/12 | 34.78 |
| 11/30/12 | INTERCALL - Third Party Telephone Charges, D. Seligman, 11/30/12 | 163.27 |
| 11/30/12 | INTERCALL - Third Party Telephone Charges, E. Adelson, 11/30/12 | 38.14 |
| 11/30/12 | Todd Schwartz, Parking, San Francisco, CA (Overtime Transportation) | 35.00 |
| 12/01/12 | COMET MESSENGER SERVICE INC, Outside Messenger Services, 300 N LA SALLE, Jessica H Sicsu, 12/1/2012 | 23.31 |
| 12/01/12 | Secretarial Overtime, Teresa Sandoval - Admin, Courier Services. | 13.86 |
| 12/03/12 | Standard Prints | 7.30 |
| 12/03/12 | Standard Prints | .10 |
| 12/03/12 | Standard Prints | 18.10 |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    1 - FPFC Bankruptcy Advice

| Date | Description | Amount |
|------|-------------|-------:|
| 12/03/12 | Standard Prints | 6.40 |
| 12/03/12 | Standard Prints | 2.50 |
| 12/03/12 | Standard Prints | .20 |
| 12/04/12 | Standard Prints | 7.40 |
| 12/04/12 | Standard Prints | 1.60 |
| 12/04/12 | Standard Prints | .40 |
| 12/04/12 | Scanned Images | .20 |
| 12/04/12 | WEST, Computer Database Research, GOTT,JASON, 12/4/2012 | 151.71 |
| 12/05/12 | Standard Prints | 2.90 |
| 12/06/12 | Standard Prints | .80 |
| 12/06/12 | Standard Prints | .40 |
| 12/06/12 | WEST, Computer Database Research, GOTT,JASON, 12/6/2012 | 105.72 |
| 12/07/12 | Standard Prints | .10 |
| 12/07/12 | Standard Prints | .10 |
| 12/10/12 | Standard Prints | 1.10 |
| 12/10/12 | Todd Schwartz, Airfare, Philadelphia, PA 12/12/2012 to 12/14/2012, (Restructuring) | 1,567.60 |
| 12/10/12 | Jason Gott, Taxi, (Overtime Transportation) | 15.55 |
| 12/12/12 | Standard Prints | 2.20 |
| 12/12/12 | Standard Prints | 6.80 |
| 12/13/12 | Standard Prints | 4.50 |
| 12/13/12 | Todd Schwartz, Lodging, The Westin Philadelphia, PA 12/12/2012 to 12/14/2012, (Restructuring) | 298.37 |
| 12/13/12 | BOSTON COACH CORPORATION, Transportation to/from airport, TODD M SCHWARTZ, pick up at Philadelphia Airport   Philadelphia PA and drop off at PHILADELPHIA 1835 MARKET STREET PHILADELPHIA PA | 114.82 |
| 12/14/12 | Standard Prints | 3.60 |
| 12/14/12 | Standard Prints | .70 |
| 12/14/12 | Todd Schwartz, Taxi, (Restructuring) | 29.55 |
| 12/16/12 | Jeffrey Gettleman, Cell Phone Calls, Verizon Wireless 11/17/2012 to 12/16/2012, (Cellular Calls) Monthly Charges | .10 |
| 12/19/12 | Standard Prints | .80 |
| 12/19/12 | Standard Prints | 8.90 |
| 12/19/12 | Standard Prints | .80 |
| 12/19/12 | Standard Prints | .20 |
| 12/19/12 | Scanned Images | 5.20 |
| 12/19/12 | Scanned Images | .40 |
| 12/19/12 | Scanned Images | .80 |
| 12/19/12 | Scanned Images | .20 |
| 12/19/12 | Scanned Images | 12.80 |
| 12/31/12 | INTERCALL - Third Party Telephone Charges, T. Schwartz, 12/31/12 | 7.98 |

TOTAL EXPENSES                                      $ 34,931.54

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

FEIN 36-1326630

January 29, 2013

Jim Brennan
Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019

Invoice Number:  4024743

---

## REMITTANCE ADVICE

For Professional Services Rendered Through December 31, 2012

Client Matter: 14779 - 1
In the Matter of     FPFC Bankruptcy Advice

|  |  |
|---|---|
| Total Fees | $ 187,300.50 |
| Total Expenses | $ 34,931.54 |
| **TOTAL INVOICE** | **$ 222,232.04** |

To ensure proper credit to your account please return this remittance with your payment.

## TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
ABA# 271070801
Acct. Name:  Kirkland & Ellis LLP
Account number:  800418399
Ref No. 14779-1

Wire Transfer From a Non U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Account number:  800418399
Ref No.14779-1

Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai     Washington, D.C.

January 29, 2013

Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019


Attention:  Jim Brennan

**Invoice Number:  4024744**
**Client Matter: 14779-2**

---

**In the matter of    Asset Sale**


For legal services rendered through December 31, 2012
(see attached Description of Legal Services for detail)                                    $ 896,344.00


For expenses incurred through December 31, 2012
(see attached Description of Expenses for detail)                                          $ 11,903.71

Total legal services rendered and expenses incurred                                       $ 908,247.71

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Eliot A Adelson | 138.70 | 745.00 | 103,331.50 |
| Andrew Brniak | 11.30 | 240.00 | 2,712.00 |
| Diana Chang | 22.60 | 370.00 | 8,362.00 |
| Edwin S del Hierro, P.C. | 88.20 | 995.00 | 87,759.00 |
| Sarah Farley | 54.50 | 300.00 | 16,350.00 |
| Jeffrey Gettleman | 226.80 | 795.00 | 180,306.00 |
| Jason Gott | 43.60 | 430.00 | 18,748.00 |
| Christopher Keegan | 5.00 | 725.00 | 3,625.00 |
| Marc Kieselstein, P.C. | 54.40 | 995.00 | 54,128.00 |
| Julie Kunetka | 52.40 | 835.00 | 43,754.00 |
| Tiffany T Lee | 2.00 | 175.00 | 350.00 |
| Sean M Powers | 99.60 | 575.00 | 57,270.00 |
| Benjamin Rhode | 125.90 | 430.00 | 54,137.00 |
| Todd M Schwartz | 194.00 | 710.00 | 137,740.00 |
| David Seligman, P.C. | 73.00 | 975.00 | 71,175.00 |
| Jessica H Sicsu | 19.50 | 725.00 | 14,137.50 |
| Carrie Sroka | 1.80 | 245.00 | 441.00 |
| Gary M Vogt | 3.00 | 300.00 | 900.00 |
| Andrew Wiener | 92.40 | 445.00 | 41,118.00 |
| **TOTALS** | **1,308.70** | | **$896,344.00** |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

## Description of Legal Services

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/10/12 | Andrew Wiener | 6.60 | Telephone conference with E. Adelson and S. Powers re case background (.5); review firm presentation to Committee (.3); review and analyze asset purchase agreement (.4); review and analyze docket materials (1.0); draft Committee's first set of document requests (4.4). |
| 11/10/12 | Benjamin Rhode | 4.70 | Telephone conference with working group re strategy (1.5); telephone conference with J. Gettleman re same (.4); draft list of diligence requests (.2); research and draft summary re recent Delaware decision denying bid procedures (2.6). |
| 11/10/12 | David Seligman, P.C. | 2.00 | Conduct legal, corporate and litigation analysis and diligence re Talmer transaction. |
| 11/10/12 | Jeffrey Gettleman | 2.00 | Correspond with B. Rhode and E. Adelson re discovery issues (.2); correspond with B. Rhode re A123 System ruling on bidding procedures (.1); correspond with working group and B. McIlwain re date of hearing (.3); correspond with working group re objection to bid procedures (1.0); review and analyze bid procedures (.4). |
| 11/10/12 | Eliot A Adelson | 5.80 | Review and analyze documents re proposed sale and bankruptcy (1.3); telephone conference with S. Powers and A. Wiener re potential litigation (.7); prepare initial discovery requests and research for objection to motion for bidding procedures (3.8). |
| 11/11/12 | Sean M Powers | 2.50 | Telephone conference with working group and Committee re objections to bid procedures and strategy (1.0); prepare for same (.5); review background materials of case (1.0). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/11/12 | Andrew Wiener | 7.10 | Telephone conference with working group and Committee re objections to bid procedures and strategy (1.4); draft Committee's first set of document requests (1.9); draft Committee's objection to bid procedures (3.8). |
| 11/11/12 | Julie Kunetka | 3.60 | Review and analyze documents re proposed sale (.5); correspond with E. del Hierro, D. Seligman and J. Gettleman re issues in the APA and priority discovery items (2.8); telephone conference with E. del Hierro re same (.3). |
| 11/11/12 | Benjamin Rhode | 5.00 | Telephone conference with working group and Committee re case strategy and Jefferies presentation (1.4); correspond with working group re same (.3); correspond with working group re information for bid procedures objection (.6); review and revise bid procedures (2.3); research re defined terms (.4). |
| 11/11/12 | Jeffrey Gettleman | 7.20 | Correspond with B. McIlwain and B. Rhode re depositions and objection deadline (.5); correspond with B. Rhode re precedential objections to bidding procedures (.2); correspond with working group and T. Meyers re bid procedures objection (1.9); review and revise same (2.3); telephone conferences with E. Adelson re same (.6); correspond with working group re discovery issues (.7); telephone conference with B. McIlwain re extension of time for filing objection and conference with judge re same (.4); correspond with working group re same (.3); analyze break-up fee (.3). |
| 11/11/12 | Eliot A Adelson | 1.00 | Prepare for and participate in Committee meeting. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/12/12 | Andrew Wiener | 8.20 | Draft and revise document requests to debtor (2.8); draft and revise objection to sales procedure motion (4.3); legal research re Third Circuit precedent on objection to sale procedures (1.1). |
| 11/12/12 | Julie Kunetka | 3.30 | Telephone conference with J. Gettleman re APA issues (.3); telephone conference with E. Adelson re APA issues and document request (.5); review and analyze objection to bid procedures (.6); review and analyze documents in data room (1.9). |
| 11/12/12 | Benjamin Rhode | 1.10 | Review and revise bidding procedures objection brief (.9); correspond with E. Adelson re same (.2). |
| 11/12/12 | Benjamin Rhode | 1.90 | Review and analyze diligence request list (.9); telephone conference with J. Gettleman re same (.4); office conference with A. Brniak re creating dataroom index (.4); review and revise same (.2). |
| 11/12/12 | Andrew Brniak | .60 | Draft dataroom index (.5); correspond with B. Rhode re same (.1). |
| 11/12/12 | David Seligman, P.C. | 1.00 | Review and analyze documents re APA and regulatory matters. |
| 11/12/12 | David Seligman, P.C. | 1.50 | Review and revise objection to bid procedures. |
| 11/12/12 | David Seligman, P.C. | 2.50 | Prepare for and attend telephone conferences with Committee re regulatory experts and bankers and conduct follow-up re same. |
| 11/12/12 | Marc Kieselstein, P.C. | .70 | Telephone conference with working group re timing of objection deadline (.3); correspond with working group re discovery issues (.4). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/12/12 | Jeffrey Gettleman | 7.30 | Correspond with D. Seligman re no shop provision and other APA issues (.6); correspond with working group and Committee re objection to bid procedures (2.3); correspond with working group re diligence list (1.1); correspond with working group and B. McIlwain re discovery issues (1.8); telephone conference and correspond with J. Kunetka re FOIA request of Talmer's regulatory filing (.2); correspond with working group re setting scheduling conference (.7); correspond with E. Adelson re service of document request (.3); telephone conference with B. McIlwain re scheduling and discovery issues (.1); telephone conference with D. Seligman re litigation strategy (.2). |
| 11/12/12 | Eliot A Adelson | 9.60 | Review and revise objection to bid procedures motion (8.3); review and revise discovery requests (1.3). |
| 11/12/12 | Todd M Schwartz | 5.40 | Review and revise objection to bid procedures motion (3.1); review and analyze issues re same (2.3). |
| 11/13/12 | Sean M Powers | 8.00 | Revise document requests (.4); draft deposition notices (.6); research and review Lionel cases (2.7); telephone conference with debtor's counsel, D. Seligman and others re filing deadlines (.2); review and analyze briefing, affidavits and TruPS primer (4.1). |
| 11/13/12 | Edwin S del Hierro, P.C. | 5.40 | Review and analyze objection to bid procedures motion (1.2); prepare for and participate in telephone conference with Illinois Bankers re same (1.9); review and analyze discovery request (1.4); review and analyze documents from data room and schedules (.9). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/13/12 | Andrew Wiener | 4.30 | Legal research re fiduciary out requirement (1.5); correspond with E. Adelson re same (.2); review and analyze first set of document requests (.7); review and analyze emails re same (.3); legal research re objection to sale procedures (.8); review and analyze materials re depositions (.8). |
| 11/13/12 | Julie Kunetka | 2.00 | Review and revise document request (.6); telephone conference with E. del Hierro re same (.2); review and revise objection to bid procedures motion (.3); telephone conference with J. Gettleman re deferred compensation plan (.3); review and analyze APA schedules (.6). |
| 11/13/12 | Benjamin Rhode | .30 | Correspond with working group re objection to bidding procedures. |
| 11/13/12 | Andrew Brniak | 2.30 | Compile and analyze call reports re Tier 1 risk ratios (1.2); correspond with B. Rhode re same (.2); prepare and compile asset purchase agreement exhibits and schedules (.7); correspond with J. Gettleman re same (.2). |
| 11/13/12 | David Seligman, P.C. | .50 | Review and revise bid procedures objection. |
| 11/13/12 | David Seligman, P.C. | 1.00 | Prepare for and participate in telephone conferences with Committee re regulatory experts and bankers and conduct follow-up re same. |
| 11/13/12 | David Seligman, P.C. | 1.00 | Review and revise document requests and related discovery matters. |
| 11/13/12 | Marc Kieselstein, P.C. | .50 | Review and revise bid procedures objection. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/13/12 | Jeffrey Gettleman | 10.60 | Correspond with working group and Committee re objection to bid procedures (3.1); review and revise same (.7); correspond with working group and B. McIlwain re status of discovery (2.6); review and revise same (.3); correspond with D. Pacitti and T. Schwartz re notice parties and filing logistics (.6); correspond with working group and T. Meyers re the scheduling conference (2.1); participate telephonically in scheduling conference (.3); analyze issues re APA terms (.7); correspond with E. del Hierro re bank liquidity issues (.2). |
| 11/13/12 | Sarah Farley | .80 | Review and prepare documents for file (.6); locate exemplar discovery and deposition transcripts (.2). |
| 11/13/12 | Eliot A Adelson | 13.80 | Review and revise objection to bid procedures motion (8.6); coordinate discovery (4.2); prepare for and participate in Court hearing (1.0). |
| 11/13/12 | Todd M Schwartz | 8.40 | Review and revise objection to bid procedures (3.2); review and analyze issues re same (2.4); research re same (2.8). |
| 11/14/12 | Sean M Powers | 2.00 | Draft deposition topics, subpoena and document requests. |
| 11/14/12 | Edwin S del Hierro, P.C. | 6.20 | Review and analyze due diligence materials (4.9); review and analyze objection to bid procedures motion (.4); telephone conferences with potential experts (.9). |
| 11/14/12 | Andrew Wiener | 2.60 | Legal research re procedures for issuing bankruptcy subpoena to out-of-state non-party entity (1.2); office conference with E. Adelson re same (.2); draft deposition subpoena (1.2). |
| 11/14/12 | Julie Kunetka | .90 | Draft FOIA request re Talmer filing (.3); review and analyze KBW material (.6). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/14/12 | Benjamin Rhode | 1.40 | Factual research re exhibits missing from APA (.9); correspond with working group re same (.3); correspond with A. Brniak re creating an APA minibook (.2). |
| 11/14/12 | Diana Chang | 3.00 | Revise Committee's objection to bid procedures motion. |
| 11/14/12 | Andrew Brniak | 2.20 | Prepare and assemble binders re asset purchase agreement exhibits and schedules, bidding procedures and exhibits and trust preferred documents (.8); draft indexes of same (.6); correspond with B. Rhode and J. Gettleman re distribution of same (.1); distribute same (.2); prepare and compile precedent re hearing transcripts (.4); correspond with B. Rhode re same (.1). |
| 11/14/12 | David Seligman, P.C. | 1.50 | Prepare for and participate in telephone conferences with Committee re regulatory experts and bankers and conduct follow-up re same. |
| 11/14/12 | David Seligman, P.C. | 1.50 | Correspond and telephone conferences with working group, debtor's counsel and Talmer's counsel re discovery and due diligence. |
| 11/14/12 | David Seligman, P.C. | 2.00 | Legal research and analysis re debtor's sale process, regulatory compliance matters and litigation strategy. |
| 11/14/12 | Marc Kieselstein, P.C. | .90 | Analyze bid procedures. |
| 11/14/12 | Christopher Keegan | 3.00 | Review and analyze pleadings and materials re upcoming bid procedure dispute. |
| 11/14/12 | Jeffrey Gettleman | .40 | Correspond with E. Adelson re status of discovery and deposition strategy (.3); correspond with B. Burton re background information on Samuel Roth (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/14/12 | Jeffrey Gettleman | 7.70 | Correspond with working group and B. McIlwain re KBW board materials (.5); correspond with E. Adelson re subpoena of KBW (.2); review and revise same (.4); correspond with working group and B. McIlwain re schedules to APA (2.2); correspond with E. Adelson and T. Snyder re objection to bid procedures motion (2.6); correspond with D. Seligman and E. del Hierro re potential expert witnesses (.4); correspond with B. Rhode re transcripts from A123 case (.2); correspond with E. Adelson and T. Schwartz re service list (.2); telephone conference and correspond with E. del Hierro and working group re OCC decisional process (.5); telephone conference with D. Seligman and E. Adelson re discovery issues (.5). |
| 11/14/12 | Todd M Schwartz | 5.20 | Telephone conferences with working group re sale and bidding procedures (.6); review and analyze issues re same (4.6). |
| 11/14/12 | Jessica H Sicsu | 1.50 | Telephone conferences with working group re Talmer transaction (.4); review and analyze background materials (1.1). |
| 11/15/12 | Sean M Powers | 10.40 | Draft and revise deposition notices (1.0); review Innkeepers case and other cross examinations for deposition questions (8.4); draft and revise deposition outline (1.0). |
| 11/15/12 | Carrie Sroka | .90 | Compile statutes re insurance and receiver regulations (.2); office conference with B. Rhode re revisions to APA schedules (.1); update minibooks re same (.6). |
| 11/15/12 | Edwin S del Hierro, P.C. | 6.40 | Review and analyze dataroom and investment banker presentations (4.3); telephone conference with Rothschild re strategy (1.8); telephone conference with S. Palakoff re expert witness (.3). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/12 | Andrew Wiener | 7.90 | Telephone conference re hiring of expert witness (.5); draft deposition outlines (1.5); legal research re objection to bidding procedures in Third Circuit (.8); review and revise Committee's objection to bidding procedures (1.5); telephone conference with working group re case status update (1.0); legal research re interested party participation in sales process (.8); correspond with E. Adelson re same (.3); draft index of documents produced by First Place (1.5). |
| 11/15/12 | Julie Kunetka | .40 | Telephone conference with working group re expert witness. |
| 11/15/12 | Benjamin Rhode | 4.20 | Prepare for and participate in telephone conference with working group re expert witness (1.1); analyze and revise bidding procedures (.6); correspond with C. Sroka re receivership factors and APA minibooks (.3); telephone conference with Rothschild re section 363 database (.1); telephone conference with working group re case strategy (1.9); research re page limit for objections (.2). |
| 11/15/12 | Jason Gott | 4.00 | Research re statutory requirements in asset sales (2.8); draft memorandum re same (1.2). |
| 11/15/12 | Diana Chang | 7.80 | Analyze Board of Directors meeting materials to create timeline of events (3.2); conference call with working group and Rothschild re case update (1.9); analyze and draft summary of changes in engagement letters (2.7). |
| 11/15/12 | David Seligman, P.C. | 2.50 | Review and analyze key documents and prepare for office conference with Talmer. |
| 11/15/12 | David Seligman, P.C. | 3.00 | Telephone conferences with working group, Holdco and Rothschild re litigation strategies and conduct follow-up re same. |
| 11/15/12 | Marc Kieselstein, P.C. | 2.50 | Analyze issues re objection to bid procedures motion. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/12 | Christopher Keegan | 2.00 | Telephone conference with working group re strategy. |
| 11/15/12 | Jeffrey Gettleman | 11.90 | Correspond with working group and B. McIlwain re discovery production (1.7); analyze capital ratios' compliance with Basel III (1.0); correspond with E. Adelson re expert witness issue (.2); telephone conference with working group re same (.4); correspond with working group re Talmer office conference (1.2); correspond with E. del Hierro re loan statement summary (.1); review and analyze bid procedure motion (1.6); correspond with working group re same (2.0); correspond with working group re debtor's fiscal year (.2); correspond with V. Ghei and working group re alternative transactions (.4); telephone conferences with working group re deposition preparation and analysis of sale process (.8); correspond with working group re same (1.2); telephone conference with E. Adelson and T. Schwartz re same (.4); telephone conference with E. del Hierro re standards for bank receiverships (.4); office conference with B. Rhode re same (.3). |
| 11/15/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode re K&E retention application. |
| 11/15/12 | Jeffrey Gettleman | .70 | Correspond with working group re expert witness (.3); telephone conference with B. Rhode re APA exhibits (.4). |
| 11/15/12 | Sarah Farley | 6.30 | Review and prepare emails and documents for file (.6); office conferences re files and projects (.2); conferences re hearing, depositions and document production (.4); review and prepare Keefe, Bruyette & Woods deposition notice and subpoena (.2); review and prepare documents produced by First Place (4.2); create index of documents and verify same for completeness and accuracy (.7). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
  2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/12 | Eliot A Adelson | 9.70 | Review and revise objection to bid procedures motions (1.2); coordinate discovery (2.0); prepare for depositions (6.5). |
| 11/15/12 | Todd M Schwartz | 10.40 | Review and revise bidding procedures (3.8); correspond with working group re same (.6); review and revise objection to bid procedures (4.3); correspond with working group re same (1.1); telephone conferences with working group re same (.6). |
| 11/15/12 | Jessica H Sicsu | 6.30 | Office conference with E. del Hierro re sale transaction (___); review and summarize indenture agreement and all related documents (___); telephone conference with E. del Hierro re sale transaction (___); telephone conference with working group re sale transaction (___). |
| 11/16/12 | Sean M Powers | 16.50 | Draft and revise deposition outline. |
| 11/16/12 | Carrie Sroka | .50 | Distribute APA minibooks (.4); correspond with B. Rhode re same (.1). |
| 11/16/12 | Edwin S del Hierro, P.C. | 6.00 | Prepare for and participate in office conference with Talmer (3.4); telephone conference with working group re strategy (1.7); telephone conference with E. Adelson re regulatory issues and follow-up re same (.9). |
| 11/16/12 | Andrew Wiener | 9.40 | Review and revise index of discovery materials (1.4); telephone conference with E. Adelson, T. Schwartz and expert witness re expert declaration (.6); telephone conference with working group re case update (1.6); draft declaration on behalf of expert witness (5.6); telephone conferences with D. Chang re expert declaration (.2). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/16/12 | Benjamin Rhode | 5.90 | Telephone conference with working group and Talmer Bancorp. (2.6); correspond with working group re filing bidding procedures objection under seal (.3); telephone conference with working group re case update and strategy (1.6); research re APA provisions for continuing directors and officers (.8); review and revise motion to file under seal (.6). |
| 11/16/12 | Jason Gott | 1.00 | Draft memorandum re statutory requirements in asset sales. |
| 11/16/12 | Jason Gott | 3.00 | Revise objection to bidding procedures. |
| 11/16/12 | Diana Chang | 7.80 | Review and analyze document production and create index of documents (2.1); office conference with A. Wiener re drafting declarations for industry expert (.2); draft declaration for industry expert (3.9); telephone conference with working group re strategy (1.6). |
| 11/16/12 | Andrew Brniak | 2.40 | Upload and compile discovery documents (1.8); correspond with B. Rhode re same (.1); bookmark and edit bidding procedures and exhibits document file (.4); correspond with B. Rhode re same (.1). |
| 11/16/12 | David Seligman, P.C. | 1.50 | Telephone conferences with working group, Holdco and Rothschild re litigation strategies and conduct follow-up analysis and research re same. |
| 11/16/12 | David Seligman, P.C. | 2.50 | Office conference with Talmer representatives and conduct follow-up re same. |
| 11/16/12 | Marc Kieselstein, P.C. | 4.60 | Review and analyze issues re objection to bid procedures (1.1); analyze priority claim invasion issue (1.0); telephone conference with Talmer (2.5). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/16/12 | Jeffrey Gettleman | 12.10 | Correspond with working group re discovery production (1.9); correspond with B. Rhode re board members continuing service post-transaction (.4); review and analyze bid procedures counterproposal (.7); correspond with E. del Hierro re expert witness retention (1.3); correspond with B. Rhode re Committee by-laws (.3); correspond with working group re objection to bid procedures and T. Snyder's declaration (2.2); telephone conferences with B. Rhode re motion to file objection under seal (.7); office conference and correspond with J. Gott re drafting "good faith" section of objection brief (.5); draft notice to Committee re Monday meeting (.7); correspond with working group re notifications to unselected investment banks (.3); office conference with Talmer's counsel re sale transaction (2.7); office conference with E. del Hierro and D. Seligman re same (.4). |
| 11/16/12 | Sarah Farley | 8.20 | Review and prepare document production for attorney review (6.2); office conferences re documents and deposition preparation (.8); coordinate deposition and documents (.4); verify documents for completeness and accuracy (.8). |
| 11/16/12 | Eliot A Adelson | 10.50 | Prepare for and participate in telephone conference with Talmer (1.8); coordinate discovery (1.5); prepare for depositions (7.2). |
| 11/16/12 | Todd M Schwartz | 10.90 | Review and revise objection to bid procedures (5.9); correspond with working group re same (.7); review and analyze issues re document production (2.3); review and analyze issues re expert testimony (.8); telephone conferences with working group re sale and bidding procedures issues (1.2). |
| 11/16/12 | Jessica H Sicsu | 4.30 | Draft summary re indentures (.8); review and analyze indentures (3.1); correspond with working group re same (.4). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/17/12 | Sean M Powers | 15.40 | Draft and revise deposition outline. |
| 11/17/12 | Andrew Wiener | 8.00 | Review and revise declaration on behalf of expert witness (6.1); correspond with expert witness re same (.7); correspond with D. Chang re same (.6); telephone conference with E. Adelson, D. Seligman and expert witness re same (.6). |
| 11/17/12 | Benjamin Rhode | 5.60 | Review dataroom for documents pertaining to continuing directors and officers (3.3); draft insert for objection to bid procedures motion re capitalization ratios (2.3). |
| 11/17/12 | Jason Gott | 4.50 | Revise objection to bid procedures motion (3.6); telephone conferences with T. Schwartz and J. Gettleman re same (.9). |
| 11/17/12 | Diana Chang | 4.00 | Draft declaration for industry expert testimony (2.7); review and analyze document production re 2012 financial statements (1.3). |
| 11/17/12 | David Seligman, P.C. | 5.00 | Telephone conference with working group re litigation and negotiation strategies and conduct follow-up analysis re same. |
| 11/17/12 | Marc Kieselstein, P.C. | 1.20 | Analyze issues re objection to bid procedures (.5); telephone conferences and correspond with working group re potential regulatory expert (.7). |
| 11/17/12 | Jeffrey Gettleman | 8.70 | Correspond with working group re objection to bid procedures (2.9); revise same (.9); review and revise bid procedures counterproposal (1.4); telephone conferences with D. Seligman re same (.4); telephone conference with T. Schwartz re same (.3); correspond with Committee re Friday meeting (.6); draft status update for Committee (.2); correspond with E. del Hierro re replacement expert witnesses (1.0); review and analyze trust indentures (.6); correspond with J. Sicsu re same (.2); correspond with E. Adelson re deposition issues (.2). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/17/12 | Sarah Farley | 1.00 | Travel from San Francisco, CA to New York, NY for deposition (billed at half time). |
| 11/17/12 | Sarah Farley | 4.00 | Review production documents for deposition exhibits and verify documents for completeness and accuracy. |
| 11/17/12 | Eliot A Adelson | 1.60 | Travel from San Francisco, CA to New York, NY for deposition (billed at half time). |
| 11/17/12 | Eliot A Adelson | 7.80 | Prepare for depositions of S. Roth, J. Berry and S. Snyder (6.5); telephone conference with working group re banking regulations (1.3). |
| 11/17/12 | Todd M Schwartz | 1.80 | Travel to New York, NY re depositions (billed at half time). |
| 11/17/12 | Todd M Schwartz | 5.70 | Review and revise objection to bid procedures (3.6); review materials re depositions (2.1). |
| 11/18/12 | Sean M Powers | 13.70 | Review and analyze documents for potential deposition exhibits. |
| 11/18/12 | Edwin S del Hierro, P.C. | 4.90 | Analyze issues re regulatory matters (1.4); draft questions re insolvency matters (1.7); review and analyze objection bid procedures (1.8). |
| 11/18/12 | Andrew Wiener | 8.50 | Review and revise declaration of T. Snyder (4.2); telephone conference with E. Adelson, T. Schwartz and T. Snyder re same (1.6); review and revise objection to bidding procedures motion (1.1); analyze First Place document production and update E. Adelson re same (1.6). |
| 11/18/12 | Benjamin Rhode | 2.20 | Travel from Chicago, IL to New York, NY re depositions (billed at half time). |
| 11/18/12 | Benjamin Rhode | .20 | Review and revise K&E's engagement letter. |
| 11/18/12 | Jason Gott | 1.30 | Analyze asset purchase agreement re assumed contracts. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/12 | Jason Gott | 1.70 | Review and revise objection to bidding procedures (1.4); telephone conference with J. Gettleman re same (.3). |
| 11/18/12 | David Seligman, P.C. | 2.00 | Correspond and telephone conferences with working group re depositions (.7); analyze issues re same (1.3). |
| 11/18/12 | Marc Kieselstein, P.C. | 2.20 | Review and revise objection to bid procedures and bid procedures order. |
| 11/18/12 | Jeffrey Gettleman | 9.00 | Correspond with V. Ghei, A. Villalon and working grouper KBW presentations (.4); correspond with M. Zaitzeff re bank liquidity issues (.2); correspond with working group re objection to bid procedures and T. Snyder's declaration (2.1); revise same (1.2); correspond with T. Schwartz re break-up fee issues (.4); correspond with working group re bid procedures counterproposal (2.8); revise same (.4); correspond with working group re deposition issues (.6); review and analyze Talmer letter of intent (.2); correspond with working group re same (.5); correspond with B. Rhode re motion to file under seal (.1); correspond with J. Gott re analysis of contracts being assumed (.1). |
| 11/18/12 | Sarah Farley | 12.30 | Review and prepare exhibits for deposition (6.5); review documents for board meeting minutes (4.8); office conferences re deposition preparation and exhibits (.7); coordinate arrangements for deposition (.3). |
| 11/18/12 | Eliot A Adelson | 13.70 | Prepare for depositions of S. Roth, J. Berry and T. Synder (11.5); review and revise objection to bid procedures (2.2). |
| 11/18/12 | Todd M Schwartz | 12.90 | Review and revise objection to bid procedures (4.7); review and analyze indentures and declarations of trust (2.5); review and revise declarations (3.6); prepare for depositions (2.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/12 | Sean M Powers | 9.80 | Review and analyze documents for use in depositions (2.3); attend depositions telephonically (7.0); telephone conference with Committee re depositions (.5). |
| 11/19/12 | Edwin S del Hierro, P.C. | 8.50 | Attend depositions of S. Roth and J. Berry. |
| 11/19/12 | Andrew Wiener | 4.90 | Review and revise objection to bidding procedures motion (2.6); review and revise declaration of T. Snyder (1.4); telephone conference with working group re case update (.9). |
| 11/19/12 | Benjamin Rhode | 9.10 | Review and revise motion to file under seal (1.8); telephone conference with Committee re today's depositions and strategy (1.0); correspond with working group re same (.6); review and revise objection to bid procedures motion and prepare for filing same (5.7). |
| 11/19/12 | Andrew Brniak | .30 | Revise and review rule 2019 statement. |
| 11/19/12 | David Seligman, P.C. | 2.00 | Prepare for and participate in telephone conference with Committee re status of case developments and litigation strategy. |
| 11/19/12 | David Seligman, P.C. | 6.00 | Attend depositions of S. Roth and J. Berry. |
| 11/19/12 | Marc Kieselstein, P.C. | 1.30 | Review and revise objection to bidding procedures. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/12 | Jeffrey Gettleman | 7.90 | Review and analyze Roth deposition transcript (.4); correspond with M. Kieselstein re same (.2); correspond with working group re objection to bid procedures and T. Snyder declaration (2.7); analyze and revise same (1.8); correspond with working group and B. McIlwain re scheduling (.7); telephone conference and correspond with E. Adelson and J. Kunetka re document requests and litigation strategy (.4); correspond with T. Meyers re separate Wilmington Trust objection (.3); draft an analysis of new OCC examination (.7); correspond with T. Schwartz re same (.1); review and revise motion to file under seal (.4); telephone conference with B. Rhode re same (.2). |
| 11/19/12 | Jeffrey Gettleman | 1.00 | Correspond with working group and Committee re Committee meeting. |
| 11/19/12 | Jeffrey Gettleman | .90 | Correspond with working group re diligence list (.3); telephone conferences with M. Branzburg and B. McIlwain re bid procedures hearing (.6). |
| 11/19/12 | Sarah Farley | 11.50 | Review and prepare exhibits for deposition (5.0); locate exhibits for E. Adelson (2.0); attend and assist in S. Roth and J. Berry deposition (4.5). |
| 11/19/12 | Eliot A Adelson | 1.10 | Prepare for and participate in Committee meeting. |
| 11/19/12 | Eliot A Adelson | 11.20 | Prepare for and take depositions of S. Roth and J. Berry. |
| 11/19/12 | Todd M Schwartz | 15.20 | Attend depositions (5.8); review and revise objection to bid procedures motion and declaration of T. Snyder (8.6); office conferences with working group re same (.5); correspond with working group re same (.3). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/12 | Jessica H Sicsu | .50 | Correspond with working group re sale transaction (.1); review and analyze cease and desist orders (.4). |
| 11/20/12 | Carrie Sroka | .40 | Compile precedent materials re Premier Bank sale and bidding procedures briefing. |
| 11/20/12 | Edwin S del Hierro, P.C. | 5.10 | Attend deposition of T. Snyder (1.3); review and analyze transcripts re depositions (1.6); review and analyze TARP documents (1.2); draft outline of implementation issues (1.0). |
| 11/20/12 | Andrew Wiener | 3.80 | Review and analyze U.S. Treasury objection to bidding procedures (.3); review deposition testimony of J. Berry (1.6); review and analyze deposition testimony of S. Roth (1.9). |
| 11/20/12 | Benjamin Rhode | 3.30 | Research re APA provision for excluding cash from assets (1.2); redact objection brief (2.1). |
| 11/20/12 | Jason Gott | 2.50 | Research re timelines in other asset sales (2.3); office conference and correspond with J. Gettleman re same (.2). |
| 11/20/12 | Andrew Brniak | .60 | Prepare and compile sale hearing precedent transcripts (.4); correspond with J. Gettleman re same (.2). |
| 11/20/12 | David Seligman, P.C. | .50 | Review and analyze Treasury objection. |
| 11/20/12 | David Seligman, P.C. | .50 | Review and analyze additional due diligence materials produced by debtor. |
| 11/20/12 | David Seligman, P.C. | 1.00 | Review and revise bid procedures counterproposal. |
| 11/20/12 | David Seligman, P.C. | 1.00 | Telephone conferences and correspond with Committee re case status and settlement strategies. |
| 11/20/12 | Marc Kieselstein, P.C. | 4.20 | Review and analyze depositions of Roth and KBW (1.2); analyze potential settlement structures (2.2); telephone conferences with working group re same (.8). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/20/12 | Jeffrey Gettleman | 5.30 | Telephone conference with D. Mintz and T. Brown re Treasury objection and sale process issues (.4); review and analyze same (.4); correspond with working group and T. Meyers re same (.9); correspond with B. Rhode re creating redacted version of objection (.1); correspond with S. Farley re deposition transcripts (.4); correspond with V. Ghei and M. Zaitzeff re Premier Bank sales process (.6); telephone conference with T. Schwartz re scheduling Committee meeting (.4); correspond with D. Seligman re Digital Domain precedent (.5); correspond with M. Branzburg re bid procedures hearing logistics (.8); telephone conference with B. McIlwain re discussions between Committee and purchaser (.4); correspond with working group re bid procedures (.4). |
| 11/20/12 | Sarah Farley | 1.50 | Travel from New York, NY to San Francisco, CA from depositions (billed at half time). |
| 11/20/12 | Sarah Farley | .80 | Review and prepare emails and documents for file (.4); review and prepare deposition transcript for file (.4). |
| 11/20/12 | Eliot A Adelson | 9.30 | Prepare for and defend deposition of T. Snyder (5.5); prepare for bid procedures hearing (3.8). |
| 11/20/12 | Todd M Schwartz | 5.30 | Attend deposition of T. Snyder (1.6); correspond with UST re seal motion (.3); correspond with working group re same (.6); review and analyze issues re Rothschild engagement letter (2.8). |
| 11/21/12 | Sean M Powers | 8.80 | Review and analyze 11/19 deposition transcripts and summarize same by topic. |
| 11/21/12 | Tiffany T Lee | 2.00 | Prepare materials for hearing (___); verify for completeness and accuracy (___). |
| 11/21/12 | Andrew Wiener | 1.40 | Review and analyze deposition transcript of T. Snyder. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
  2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/21/12 | Benjamin Rhode | .80 | Redact objection brief. |
| 11/21/12 | Jason Gott | 1.00 | Review and analyze production documents re insurance and tax issues. |
| 11/21/12 | Jason Gott | 1.40 | Research and analyze precedent re asset sales. |
| 11/21/12 | David Seligman, P.C. | 2.00 | Telephone conferences and correspond with working group and Committee re settlement and litigation strategies. |
| 11/21/12 | Jeffrey Gettleman | 9.60 | Correspond with working group and Committee re Talmer's initial settlement offer (1.7); telephone conference with M. Kieselstein re same (.3); correspond with working group re logistics for bid procedures hearing (.5); correspond with working group, B. McIlwain and D. Mintz re redacted pleadings (2.6); review and revise same (.8); telephone conferences and correspond with working group re talking points for bid procedures hearing (.9); correspond with working group re revised bid procedures (.9); analyze and revise same (1.6); telephone conference with E. del Hierro re regulatory witness issues (.3). |
| 11/21/12 | Jeffrey Gettleman | .10 | Correspond with S. Ramsey re comments to draft by-laws. |
| 11/21/12 | Sarah Farley | 4.30 | Review and prepare pleadings and documents for file (.8); update files and indexes (.2); prepare exhibits and deposition transcripts for hearing (1.6); update LiveNote database and files (.7); office conferences re documents and hearing preparation (.4); verify documents for completeness and accuracy (.6). |
| 11/21/12 | Eliot A Adelson | 2.70 | Travel from New York, NY to San Francisco, CA from depositions (billed at half time). |
| 11/21/12 | Eliot A Adelson | 2.50 | Prepare for bid procedures hearing. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/22/12 | Edwin S del Hierro, P.C. | 1.10 | Telephone conference with Committee re Talmer negotiations and settlement strategy. |
| 11/22/12 | Andrew Wiener | 1.50 | Correspond with working group re settlement (.4); telephone conference with working group and Committee re settlement (1.1). |
| 11/22/12 | Benjamin Rhode | 1.10 | Telephone conference with Committee re status update and settlement discussions. |
| 11/22/12 | David Seligman, P.C. | 2.50 | Telephone conference with Committee re Talmer negotiations and settlement strategies and conduct follow-up analysis re same. |
| 11/22/12 | Jeffrey Gettleman | 5.70 | Review and analyze deposition transcripts re tax issues (.8); telephone conferences and correspond with working group and Committee re terms of Talmer offer and negotiating strategies (3.2); draft counter-offer to Talmer's proposal (1.2); review and analyze trust indentures re par amounts (.5). |
| 11/22/12 | Todd M Schwartz | 1.80 | Telephone conferences with Committee re potential settlement (1.1); review and analyze issues re same (.7). |
| 11/23/12 | Sean M Powers | 10.00 | Telephone conference with Committee re settlement negotiations (.5); summarize deposition transcripts by topic (9.5). |
| 11/23/12 | Edwin S del Hierro, P.C. | .90 | Draft outline for regulatory strategy. |
| 11/23/12 | Andrew Wiener | 8.30 | Legal research re motion to strike and preclude testimony (3.0); draft motion to strike and preclude testimony (5.3). |
| 11/23/12 | Benjamin Rhode | 7.50 | Draft talking points for bid procedures hearing (6.6); telephone conference with J. Gettleman re same (.4); revise same (.5). |
| 11/23/12 | David Seligman, P.C. | 2.50 | Telephone conference with Committee re Talmer negotiations and settlement strategies and conduct follow-up analysis re same. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/23/12 | Marc Kieselstein, P.C. | 3.00 | Telephone conference with Committee re settlement negotiations (2.2); analyze potential evidentiary presentation (.8). |
| 11/23/12 | Jeffrey Gettleman | 3.50 | Correspond with working group re Talmer negotiations (1.3); revise counter-offer to Talmer's proposal (.4); correspond with B. Rhode re talking points for bid procedures hearing (1.0); review and revise same (.8). |
| 11/23/12 | Eliot A Adelson | 3.80 | Prepare for bid procedures hearing. |
| 11/23/12 | Todd M Schwartz | 5.50 | Review and revise talking points for bid procedures hearing (4.8); correspond with working group re potential settlement (.7). |
| 11/24/12 | Edwin S del Hierro, P.C. | 2.70 | Telephone conference with Committee re strategy (1.4); review and analyze regulatory inquiries (.5); draft regulatory outline (.8). |
| 11/24/12 | Andrew Wiener | 6.00 | Legal research re motion to strike and preclude testimony (1.7); review and revise motion to strike and preclude testimony (4.3). |
| 11/24/12 | Benjamin Rhode | 2.80 | Telephone conference with Committee re settlement discussions (1.3); correspond with debtor re modified bid procedures (.3); review and revise talking points for bid procedures hearing (1.2). |
| 11/24/12 | David Seligman, P.C. | 2.00 | Review and analyze debtor's reply in support of bid procedures and draft memorandum to working group re same. |
| 11/24/12 | David Seligman, P.C. | 3.00 | Telephone conferences with Committee re Talmer negotiations and settlement strategies and conduct follow-up analysis re same. |
| 11/24/12 | Marc Kieselstein, P.C. | 5.00 | Telephone conferences with working group and Committee re Talmer negotiations and settlement strategies. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/24/12 | Jeffrey Gettleman | 8.60 | Telephone conferences and correspond with working group and Committee re settlement negotiations (5.1); correspond with B. Rhode and T. Schwartz re amending talking points to incorporate counter-arguments in debtor's reply brief (.1); analyze debtor's reply brief (.5); correspond with D. Seligman and E. Adelson re same (.6); draft summary of mechanics of TruPS assumption (.4); correspond with E. del Hierro and J. Sicsu re same (.5); correspond with working group and B. McIlwain re revision of bid procedures (1.4). |
| 11/24/12 | Eliot A Adelson | 1.70 | Travel from San Francisco, CA to Wilmington, DE for bid procedures hearing (billed at half time). |
| 11/24/12 | Eliot A Adelson | 7.30 | Prepare for hearing re bid procedures (6.0); review and revise motion to preclude/exclude evidence (1.3). |
| 11/24/12 | Todd M Schwartz | 4.80 | Review and revise talking points re bid procedures hearing (1.7); review and analyze reply brief (2.8); correspond with working group re same (.3). |
| 11/24/12 | Jessica H Sicsu | 1.50 | Review and analyze indentures and related documents. |
| 11/25/12 | Sean M Powers | 2.50 | Telephone conferences with Committee re settlement strategies. |
| 11/25/12 | Edwin S del Hierro, P.C. | 3.60 | Prepare for and participate in telephone conferences with Committee re settlement strategies (2.7); review and provide comments re regulatory issues (.6); review and provide comments re settlement terms (.3). |
| 11/25/12 | Andrew Wiener | 3.90 | Telephone conferences with working group and Committee re settlement (2.1); legal research re motion to strike and preclude testimony (1.3); correspond with E. Adelson re same (.5). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/12 | Benjamin Rhode | 4.70 | Review and revise talking points for bid procedures hearing (2.5); telephone conferences with Committee re settlement discussions (2.2). |
| 11/25/12 | Jason Gott | 2.50 | Research re sub rosa issues for contract assumption in asset sales. |
| 11/25/12 | David Seligman, P.C. | 2.00 | Prepare for bid procedures hearing and negotiate proposed settlement talking points. |
| 11/25/12 | David Seligman, P.C. | 3.00 | Telephone conferences with Committee re Talmer negotiations and settlement strategies and conduct follow-up analysis re same. |
| 11/25/12 | Marc Kieselstein, P.C. | 5.50 | Prepare for hearing on bid procedures (3.7); participate in settlement negotiations with Talmer (1.8). |
| 11/25/12 | Jeffrey Gettleman | 8.50 | Telephone conferences and correspond with working group and Committee re settlement negotiations (5.5); correspond with working group re regulatory approval of same (.7); revise summary of proposed settlement terms (.3); correspond with working group re talking points for bid procedures hearing (.5); correspond with T. Schwartz re revised bid procedures (.1); review and revise heads of agreement analysis (.8); correspond with working group re same (.6). |
| 11/25/12 | Eliot A Adelson | 2.50 | Prepare for and participate in Committee meetings. |
| 11/25/12 | Eliot A Adelson | 11.60 | Prepare for bid procedures hearing. |
| 11/25/12 | Todd M Schwartz | 11.80 | Review and revise talking points for bid procedures hearing (5.8); telephone conferences with Committee re settlement (2.3); draft and revise summaries re same (3.7). |
| 11/25/12 | Jessica H Sicsu | 1.80 | Revise summary of indentures and related documents thereto. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/26/12 | Edwin S del Hierro, P.C. | 5.10 | Telephone conferences and correspond with working group re bid procedures hearing (1.7); review and analyze regulatory approval requirements (1.4); review and analyze public information re Talmer and FDIC statement of policy (1.2); telephone conference with FDIC re approval requirements (.8). |
| 11/26/12 | Benjamin Rhode | 2.20 | Attend bid procedures hearing telephonically (1.7); analyze debtor's revised bid procedures (.3); telephone conference with J. Gettleman and T. Schwartz re same (.2). |
| 11/26/12 | David Seligman, P.C. | 2.50 | Telephone and office conferences with working group, Talmer and debtor re settlement of Committee's objection to bidding procedures. |
| 11/26/12 | David Seligman, P.C. | 3.00 | Prepare for and attend bid procedures hearing and conduct follow-up matters re documentation of settlement. |
| 11/26/12 | David Seligman, P.C. | 3.00 | Travel from Wilmington, DE to Chicago, IL after bid procedures hearing (billed at half time). |
| 11/26/12 | Marc Kieselstein, P.C. | 4.30 | Prepare for and appear at same (2.7); negotiate settlement term sheet with counsel for Talmer (1.6). |
| 11/26/12 | Marc Kieselstein, P.C. | 1.60 | Travel to and from New York, NY and Wilmington, DE for bid procedures hearing (billed at half time). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 11/26/12 | Jeffrey Gettleman | 8.60 | Review and revise proposed big procedures and order (1.1); correspond with working group re same (1.3); telephone conference and correspond with E. del Hierro re regulatory approval issues (.6); correspond with T. Schwarz re revising APA to incorporate settlement terms (.3); correspond with T. Meyers and working group re same (.3); draft summary of today's hearing results (.8); review and analyze settlement issues (.7); correspond with working group and Committee re same (.8); review and revise settlement points (.4); telephonically participate in hearing on bid procedures and sale timeline (2.3). |
| 11/26/12 | Sarah Farley | 1.60 | Prepare documents and transcripts for file (.6); update files and indexes (.6); organize file documents (.4). |
| 11/26/12 | Eliot A Adelson | 4.00 | Travel from Wilmington, DE to San Francisco, CA from bid procedures hearing (billed at half time). |
| 11/26/12 | Eliot A Adelson | 7.00 | Prepare for and attend hearing on bid procedures (6.2); attend meeting with purchasers' counsel (.8). |
| 11/26/12 | Todd M Schwartz | 1.70 | Travel from Philadelphia, PA after bid procedures hearing (billed at half time). |
| 11/26/12 | Todd M Schwartz | 5.50 | Telephone conferences with working group re settlement negotiations (.6); draft summary re same (1.2); prepare for and attend hearing (2.9); office conference with working group re same (.8). |
| 11/27/12 | Edwin S del Hierro, P.C. | 3.30 | Telephone conferences with J. Gettleman and B. Ryan re implementation of settlement (.7); review and analyze FDIC policy statement guidance (1.1); review and analyze form nondisclosure agreement (1.4); telephone conference with J. Kunetka re same (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
  2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/27/12 | Julie Kunetka | .20 | Review and analyze proposed nondisclosure agreement. |
| 11/27/12 | Benjamin Rhode | 2.20 | Telephone conference with T. Schwartz and B. McIlwain re revisions to bid procedures (.3); review and revise bidding procedures (.7); analyze debtor's proposed confidentiality agreement for potential bidders (1.2). |
| 11/27/12 | Marc Kieselstein, P.C. | 2.50 | Review and analyze revised bid procedures order and APA re marketing process (.9); analyze regulatory approval issues (1.6). |
| 11/27/12 | Jeffrey Gettleman | 5.80 | Telephone conferences and correspond with working group re regulatory approval language (1.7); correspond with working group and B. McIlwain re form non-disclosure agreement for prospective bidders (1.5); telephone conferences and correspond with working group, debtor and purchaser re proposed changes to bid procedures (1.8); review and analyze same (.4); correspond with working group and B. McIlwain re list of potentially interested parties (.4). |
| 11/27/12 | Todd M Schwartz | 8.50 | Review and revise by-laws (1.8); review and revise 2019 statement (.9); review and revise APA (2.4); review and analyze issues re nondisclosure agreement and marketing materials (3.4). |
| 11/28/12 | Edwin S del Hierro, P.C. | 2.00 | Review and analyze trust documents. |
| 11/28/12 | Benjamin Rhode | 1.10 | Analyze trust documents re mechanics of assumption. |
| 11/28/12 | Andrew Brniak | .30 | Prepare and compile binder re how to conduct better sale process (.2); correspond with J. Gettleman re same (.1). |
| 11/28/12 | David Seligman, P.C. | 2.00 | Telephone conferences and correspond with working group and Committee re implementation of Talmer settlement. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/28/12 | Marc Kieselstein, P.C. | 3.00 | Review and analyze trustee consent issues (1.2); telephone conferences with working group re same (1.8). |
| 11/28/12 | Jeffrey Gettleman | 5.40 | Telephone conferences and correspond with working group re revise APA (1.9); correspond with working group re list of potentially interested parties and marketing teaser (1.7); office conference with T. Schwartz and B. Rhode re preparing for sale hearing (.1); telephone conference and correspond with working group re TruPS approval of settlement issue (.7); review and revise summary of mechanical and regulatory steps for consummation of settlement (.8); correspond with E. del Hierro re same (.2). |
| 11/28/12 | Sarah Farley | 1.20 | Review and prepare emails and documents for file (.6); update files and indexes (.4); verify documents and data for completeness and accuracy (.2). |
| 11/28/12 | Eliot A Adelson | .50 | Correspond with Committee re settlement agreement. |
| 11/28/12 | Todd M Schwartz | 5.60 | Draft and revise APA (3.1); review and analyze marketing materials (2.5). |
| 11/29/12 | Edwin S del Hierro, P.C. | 4.80 | Review and revise asset purchase agreement (1.6); telephone conference with T. Schwartz re APA and trust documents (2.1); correspond with Wilmington Trust and analyze related trust documents (1.1). |
| 11/29/12 | Benjamin Rhode | 5.30 | Legal research re fairness hearings (1.4); legal research re indenture trustee settlement authority (3.2); telephone conference with working group re settlement issue (.7). |
| 11/29/12 | Andrew Brniak | .40 | Prepare and compile precedent re 9019 motion and settlement approval (.3); correspond with B. Rhode re same (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/29/12 | David Seligman, P.C. | 2.00 | Telephone conferences with working group and Committee re deficiency claim issues and conduct research re same. |
| 11/29/12 | Marc Kieselstein, P.C. | 2.00 | Analyze assumption and deficiency claim issues and telephone conferences with working group re same. |
| 11/29/12 | Jeffrey Gettleman | 11.20 | Telephone conferences and correspond with committee and working group re trustee authority issue (3.2); analyze and draft summary re same (2.6); telephone conferences and correspond with working group and B. McIlwain re implementation of settlement (2.1); analyze and draft summary of possible methods to consummate settlement (1.2); correspond with working group and B. McIlwain re amendments to APA (1.3); review and revise APA (.5); telephone conference with V. Ghei re TruPS capital structure and indentured terms re same (.3). |
| 11/29/12 | Gary M Vogt | 2.50 | Prepare and compile requested precedent re settlements with indentured trustees. |
| 11/29/12 | Sarah Farley | .50 | Review and prepare emails for file and update files and indexes (.3); verify documents for completeness and accuracy (.2). |
| 11/29/12 | Todd M Schwartz | 7.70 | Review and analyze issues re APA (3.4); draft and revise same (2.8); telephone conferences with working group re same (1.5). |
| 11/30/12 | Edwin S del Hierro, P.C. | 3.50 | Review trust documents (2.3); telephone conferences with Committee re same (1.2). |
| 11/30/12 | Benjamin Rhode | .40 | Telephone conference with working group and T. Meyers re mechanics of trust preferred securities assumption. |
| 11/30/12 | David Seligman, P.C. | 1.00 | Telephone conferences with working group and Committee re revisions to APA and conduct research re same. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/12 | Marc Kieselstein, P.C. | 1.50 | Review and analyze APA issues. |
| 11/30/12 | Jeffrey Gettleman | 9.00 | Telephone conferences and correspond with working group, Committee, B. McIlwain and Talmer re APA amendments (3.9); review and revise APA (.2); correspond with working group and B. McIlwain re asset marketing process (1.5); correspond with working group and T. Meyers re payment of indenture trustee's fees (.3); correspond with working group and Committee re sale order language (.6); telephone conferences and correspond with working group and B. McIlwain re TruPS redemption regulatory issues (1.3); telephone conference with T. Meyers and working group re settlement structure and implementation issues (.6); revise summary of mechanics of TruPS assumption (.6). |
| 11/30/12 | Gary M Vogt | .50 | Prepare and compile additional information re trust settlements. |
| 11/30/12 | Sarah Farley | .50 | Update files and indexes (.3); verify documents for completeness and accuracy (.2). |
| 12/01/12 | Jeffrey Gettleman | 1.20 | Telephone conference and correspond with T. Schwartz, T. Meyers and B. McIlwain re amending the APA. |
| 12/01/12 | Todd M Schwartz | .80 | Telephone conferences with J. Gettleman and B. McIlwain re asset purchase agreement. |
| 12/01/12 | Jessica H Sicsu | .80 | Telephone conference with E. del Hierro re next steps (.2); review and analyze proposal procedures (.6). |
| 12/02/12 | Jeffrey Gettleman | 1.20 | Correspond with working group, B. McIlwain and P. Haley re amending the APA. |
| 12/02/12 | Todd M Schwartz | 2.00 | Review and revise asset purchase agreement (1.4); correspond with working group re same (.4); correspond with debtors and buyers re same (.2). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
     2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/03/12 | Edwin S del Hierro, P.C. | 4.70 | Review and analyze proposed revisions to the APA. |
| 12/03/12 | Julie Kunetka | 1.60 | Office conference with E. del Hierro re terms of settlement (.2); office conference with E. del Hierro and J. Sicsu re implementation of settlement under the TruPS documents (1.2); correspond with working group re TruPS (.2). |
| 12/03/12 | Andrew Brniak | .50 | Prepare and compile brief precedent re sub rosa plan provisions (.4); correspond with J. Gott re same (.1). |
| 12/03/12 | Jeffrey Gettleman | 4.50 | Telephone conferences and correspond with working group and B. Ryan re revisions to APA (2.4); review and analyze same (.3); correspond with working group re revisions to proposed sale order (.5); correspond with working group and committee professionals re TruPS priority over TARP (.8); review analysis of sub rosa issue (.3); telephone conferences with B. McIlwain re possible TARP objection to sale (.2). |
| 12/03/12 | Todd M Schwartz | 4.40 | Review and revise sale order (1.5); multiple telephone conferences with J. Kunetka re same (1.4); correspond with working group re same (.5); review and analyze issues re same (1.0). |
| 12/03/12 | Jessica H Sicsu | 2.80 | Review and analyze indentures and amended and restated trust agreements' redemption provisions (2.1); office conference with E. del Hierro and J. Kunetka re same (.3); correspond with working group re same (.4). |
| 12/04/12 | Edwin S del Hierro, P.C. | 2.70 | Review and analyze proposed revisions to sale order and underlying TruPS documents (2.3); review and analyze revisions to the APA (.4). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/04/12 | Julie Kunetka | 5.50 | Review TruPS documents and draft implementation of TruPS language for sale order (3.8); review APA re same (1.1); telephone conference with J. Wolfersberger re TruPS Assumption (.2); telephone conference with T. Schwartz re sale order and APA revisions (.4). |
| 12/04/12 | Jason Gott | 2.50 | Legal research re sub rosa objections in asset sales. |
| 12/04/12 | Andrew Brniak | .30 | Prepare and compile precedent re plans of reorganization (.2); correspond with J. Gott re same (.1). |
| 12/04/12 | Jeffrey Gettleman | 1.70 | Correspond with T. Schwartz re filing amended APA (.3); correspond with T. Schwartz re revised sale order (.3); correspond with M. Zaitzeff re TruPS priority over TARP (.1); correspond with B. McIlwain re marketing process (.1); correspond with T. Schwartz re sale hearing logistics (.4); correspond with T. Schwartz re potential Treasury arguments (.1); draft status report to committee members (.4). |
| 12/04/12 | Todd M Schwartz | 4.50 | Review and analyze issues re asset purchase agreement (.7); review and revise same (1.2); review and revise sale order (1.4); correspond with working group re same (.7); telephone conferences with working group re same (.5). |
| 12/05/12 | Edwin S del Hierro, P.C. | 1.90 | Review and analyze TARP issues and related documents (.9); telephone conference with J. Gettleman re same (.3); review and analyze issues re sale order (.5); correspond with working group re filed claims (.2). |
| 12/05/12 | Julie Kunetka | 7.10 | Review and analyze TruPS documents (4.4); revise sale order re implementation of TruPS arrangements (2.7). |
| 12/05/12 | Jason Gott | 2.50 | Legal research and draft memorandum re sub rosa objections to asset sales. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/05/12 | Andrew Brniak | .30 | Prepare and compile treasury's proof of claim (.2); correspond with J. Gettleman re same (.1). |
| 12/05/12 | Marc Kieselstein, P.C. | 1.00 | Analyze issues re sale process implementation and regulatory issues. |
| 12/05/12 | Jeffrey Gettleman | 1.80 | Telephone conferences with J. Wachter and B. McIlwain re asset sale process (.8); telephone conference and correspond with E. del Hierro re sale process and possible TARP objection (.3); correspond with B. Rhode re drafting reply to Treasury objection (.3); telephone conference with T. Schwartz re procedural issues to same (.3); correspond with J. Gott re same (.1). |
| 12/05/12 | Jeffrey Gettleman | .10 | Correspond with J. Wachter re asset sale. |
| 12/05/12 | Todd M Schwartz | 4.50 | Review and revise sale order (1.1); review and analyze issues re TARP objection (.6); correspond with working group re same (.4); review and analyze issues re pay down structure (1.0); telephone conferences with working group re same (.3); review and analyze issues re potential claims (.8); correspond with working group re same (.3). |
| 12/06/12 | Edwin S del Hierro, P.C. | 2.70 | Review and revise sale order and related inserts. |
| 12/06/12 | Julie Kunetka | 7.40 | Office conference with E. del Hierro re declaration distribution provisions (.6); review and analyze sale order (1.1); draft TruPS insert to sale order (5.7). |
| 12/06/12 | Benjamin Rhode | 7.90 | Research and draft response brief statement re TARP funds (5.9); correspond with J. Gettleman re same (.2); revise same (1.8). |
| 12/06/12 | Jason Gott | 4.20 | Legal research re sub rosa objections to asset sales (2.3); revise and draft memorandum re same (1.9). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/06/12 | Andrew Brniak | .30 | Research and retrieve D&O litigation complaint materials (.2); correspond with B. Rhode and J. Gettleman re same (.1). |
| 12/06/12 | Jeffrey Gettleman | 2.00 | Review and revise response brief to Treasury objection (.4); correspond with B. Rhode re same (.2); correspond with T Schwartz re revisions to sale order (.4); review article re Big Sandy transaction (.1); review and analyze J. Gott analysis re potential Treasury objection (.9). |
| 12/06/12 | Todd M Schwartz | 4.90 | Review and revise sale order (1.2); correspond with working group re same (.5); review and analyze sale motion (1.3); correspond with working group re same (.2); review and analyze issues re sub rosa plan and TARP objection (.9); telephone conferences and correspond with working group re same (.8). |
| 12/07/12 | Benjamin Rhode | 7.10 | Revise response brief introductory statement re TARP funds (1.7); correspond with E. del Hierro and J. Gettleman re same (.3); office conference with J. Gettleman re potential Treasury arguments and response brief (.4); telephone conference with T. Schwartz re same (.2); draft shell pleading re response to Treasury objection (2.8); correspond with D. Pacitti and J. Gettleman re procedural matters (.3); legal research re potential issues Treasury objection may raise (1.4). |
| 12/07/12 | Jason Gott | 2.00 | Legal research re sub rosa objections to asset sales. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/07/12 | Jeffrey Gettleman | 6.10 | Correspond with T. Meyers re scheduling .committee meeting (.1); review and revise response brief (.8); correspond with B. Rhode re same (.2); office conferences and correspond with J. Gott and B. Rhode re research re potential legal issues re sale (1.3); review memorandum re same (.3); correspond with working group and B. McIlwain re D&O broker litigation pleadings (.2); correspond with T. Schwartz re procedural issues of filing response brief (.3); review and analyze pleadings in First Place v. Gardiner Allen (.8); correspond with E. Adelson re same (.3); review and revise sale order (.8); telephone conference and correspond with T. Schwartz and committee members re same (1.0). |
| 12/07/12 | Todd M Schwartz | 3.20 | Review and analyze sale order (.5); correspond with working group re same (.1); review and analyze issues re possible TARP objection (1.4); telephone conferences and correspond with working group re same (.4); review background information re broker litigation (.5); draft and revise reply to TARP objection (.3). |
| 12/08/12 | Benjamin Rhode | 7.80 | Legal research and draft memorandum re gifting plans. |
| 12/08/12 | Jason Gott | 2.00 | Legal research and analyze sub rosa issues. |
| 12/08/12 | Jeffrey Gettleman | .60 | Correspond with T. Schwartz and J. Gott re possible arguments in a sale objection (.4); correspond with T. Schwartz and D. Mondell re possibility of auction (.2). |
| 12/08/12 | Todd M Schwartz | 2.50 | Review and analyze issues re TARP objection (2.2); correspond with working group re same (.3). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/09/12 | Benjamin Rhode | 5.20 | Draft memorandum re gifting plans (2.1); correspond with J. Gettleman re same (.2); legal research re administrative insolvency (.8); draft reply brief re potential Treasury objection (2.1). |
| 12/09/12 | Jason Gott | 1.00 | Analyze precedent re sub rosa issues. |
| 12/09/12 | Jeffrey Gettleman | 1.00 | Telephone conferences and correspond with B. Rhode, J. Gott and T. Schwarz re response brief legal issues. |
| 12/09/12 | Todd M Schwartz | 3.30 | Review and analyze issues re gifting objection (.6); correspond with working group re same (.3); review and analyze issues re sub rosa objection (1.5); correspond with working group re same (.1); research re same (.8). |
| 12/10/12 | Edwin S del Hierro, P.C. | 2.60 | Telephone conferences with J. Kunetka re revisions to sale order and related underlying documents and prepare for same (.4); review and revise sale order and related underlying documents (1.6); review TruPS documents re same (.6). |
| 12/10/12 | Julie Kunetka | 5.70 | Office conference with E. del Hierro re TruPS inserts (.2); telephone conferences with T. Schwartz and J. Gettleman re same (.8); revise TruPS insert and sale order (4.3); telephone conference with B. Ryan re sale order (.2); correspond with working group re revisions to same (.2). |
| 12/10/12 | Benjamin Rhode | 9.20 | Draft response brief (5.1); telephone conference with T. Schwartz and J. Gott re same (.2); legal research re response brief issues (3.9). |
| 12/10/12 | Jason Gott | 4.00 | Draft brief re sub rosa objections to proposed asset sale. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/10/12 | Jeffrey Gettleman | 5.90 | Conferences and correspond with working group re reply brief (1.5); legal research re same (1.6); correspond with T. Schwartz re sale hearing issues (.5); telephone conference and correspond with B. McIlwain re sale hearing issues (.7); review and revise sale order (.4); telephone conference and correspond with J. Kunetka re same (1.2). |
| 12/10/12 | Todd M Schwartz | 5.00 | Review and analyze issues re sale order (.9); correspond with working group re same (.2); review and revise response brief (2.3); correspond and telephone conferences with working group re same (.5); draft and revise deal comparison (.8); correspond with working group re same (.3). |
| 12/11/12 | Julie Kunetka | 1.30 | Telephone conference with J. Gettleman re sale objection (.5); telephone conference with S. Ramsey re comments to sale order (.3); telephone conference with J. Gettleman re comments and revisions to same (.3); telephone conference with J. Gettleman re trustee fees (.2). |
| 12/11/12 | Benjamin Rhode | 10.90 | Draft and revise reply brief (7.5); correspond with working group re same (.4); revise motion for leave to file a reply (1.8); office conferences with J. Gettleman and J. Gott re reply brief (1.2). |
| 12/11/12 | Jason Gott | 2.50 | Draft arguments re sub rosa objections in asset sales. |
| 12/11/12 | Marc Kieselstein, P.C. | .80 | Analyze issues re sale objection deadline, revised order, and regulatory issues. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/11/12 | Jeffrey Gettleman | 8.30 | Correspond with D. Mondell re marketing process (.2); telephone conferences and correspond with working group, committee and B McIlwain re revisions to sale order (1.8); office conferences and correspond with B. Rhode and J. Gott re reply brief (1.6); legal research re same (1.1); review and revise same (.4); telephone conferences and correspond with working group and B. McIlwain re sale hearing issues (1.2); review and revise chart comparing terms of original and revised APA (.3); office conference and correspond with B. Rhode re same (.2); review and revise motion for leave to file reply (.7); correspond with B. Rhode re same (.8). |
| 12/11/12 | Todd M Schwartz | 4.60 | Review and analyze issues re possible TARP objection (2.1); correspond with working group re same (.6); legal research re same (1.6); telephone conferences with working group re same (.3). |
| 12/12/12 | Edwin S del Hierro, P.C. | 1.40 | Review and analyze comments to sale order and revise same (.5); telephone conference with J. Kunetka re same (.6); telephone conference with Talmer re same (.3). |
| 12/12/12 | Julie Kunetka | 5.90 | Telephone conference with T. Schwartz and J. Gettleman re $55 million option for sale order (1.3); office conference with E. del Hierro re same (.4); review and analyze TruPS documents and sale order and revise same (1.5); telephone conference with P. Haley re same (.1); correspond with working group re comments to sale order and revise same (2.6). |
| 12/12/12 | Benjamin Rhode | 3.80 | Analyze and revise chart comparing APA to agreement as read into record (2.1); legal research re process for electing a chapter 7 trustee (1.7). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/12/12 | Jeffrey Gettleman | 6.60 | Telephone conferences and correspond with working group, committee and purchaser re revisions to sale order (3.4); review and analyze trust documents re same (.8); review and revise chart comparing terms of original and revised APA (.6); review B. Rhode's analysis of mechanics of chapter 7 trustee election (.2); correspond with B. Rhode re same (.2); correspond with working group re sale motion CNO (.3); analyze implications of Lewis action (.4); correspond with M. Kieselstein and D. Seligman re same (.3); telephone conferences with M. Kieselstein and T. Schwartz re Talmer's desire for sale hearing (.4). |
| 12/12/12 | Todd M Schwartz | 3.30 | Telephone conferences with J. Kunetka re sale order (.7); draft and revise same (1.9); review and analyze issues re deal comparison (.4); correspond with J. Gettleman re same (.3). |
| 12/12/12 | Todd M Schwartz | 2.60 | Travel from San Francisco, CA to Philadelphia, PA for sale hearing (billed at half time). |
| 12/13/12 | Edwin S del Hierro, P.C. | 1.60 | Review and analyze sale order (1.1); telephone conferences with J. Kunetka re regulatory limitations on deferral rights and review regulations re same (.5). |
| 12/13/12 | Julie Kunetka | 6.70 | Telephone conference with T. Meyers and S. Ramsey re comments to sale order (1.4); telephone conference with P. Haley re same (.2); revise same (3.5); correspond with working group re same (.6); review and analyze documents re Extension Interest (.3); office conference with E. del Hierro re Extension Interest (.2); research re TruPS regulatory requirements (.2); correspond with working group re same (.3). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/13/12 | Benjamin Rhode | .50 | Telephone conference with Holdco re sale status (.1); telephone conference with working group re sale order (.2); correspond with T. Schwartz re same (.2). |
| 12/13/12 | Marc Kieselstein, P.C. | 1.00 | Analyze issues re revised sale order and reserve for priority claims |
| 12/13/12 | Jeffrey Gettleman | 7.00 | Telephone conferences and correspond with working group, committee, B. McIlwain and P. Haley re revisions to sale order (4.3); review and revise sale order (.4); review and revise summary for committee re same (.5); correspond with M. Kieselstein and E. del Hierro re sale hearing issues (.3), review B. Rhode's analysis of "materially adverse" issue re trustee election (.5); correspond with S. Powers re litigation issues (.1); office conferences with T. Schwartz, D. Pacitti and M. Branzburg re preparation for sale hearing (.9). |
| 12/13/12 | Jeffrey Gettleman | 2.20 | Travel from Valparaiso, IN to Philadelphia, PA re attendance at sale hearing (billed at half time). |
| 12/13/12 | Todd M Schwartz | 6.80 | Prepare for sale hearing (4.7); review and analyze sale order (1.0); telephone conferences with J. Kunetka re same (.4); office conference with J. Gettleman re same (.7). |
| 12/14/12 | Edwin S del Hierro, P.C. | 1.10 | Attend sale hearing by telephone (.5); follow-up re same with J. Kunetka (.6). |
| 12/14/12 | Julie Kunetka | .80 | Review final revisions to the order (.3); attend sale hearing by telephone (.5). |
| 12/14/12 | Benjamin Rhode | .50 | Attend sale hearing telephonically. |
| 12/14/12 | David Seligman, P.C. | .50 | Attend and address follow-up matters re 363 sale hearing. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/14/12 | Marc Kieselstein, P.C. | 2.30 | Travel to and from Wilmington for sale hearing (billed at half time). |
| 12/14/12 | Marc Kieselstein, P.C. | 2.30 | Prepare for and participate in sale hearing (1.4); review final order and mechanics of assumption and partial redemption of trust preferred securities (.9). |
| 12/14/12 | Jeffrey Gettleman | 3.90 | Correspond with T. Schwartz, committee and P. Haley re revisions to sale order (.3); prepare tor sale hearing (2.3); attend sale hearing (.9); office conference with T. Schwartz re summary of hearing (.3); review docketed version of approved sale order (.1). |
| 12/14/12 | Jeffrey Gettleman | 1.90 | Travel from Wilmington, DE to Chicago, IL re attendance at sale hearing (billed at half time. |
| 12/14/12 | Todd M Schwartz | 4.80 | Prepare for and attend sale hearing. |
| 12/14/12 | Todd M Schwartz | 2.70 | Travel from Philadelphia, PA to San Francisco, CA re sale hearing (billed at half time). |
| 12/17/12 | Jeffrey Gettleman | .20 | Review article re sale hearing (.1); correspond with R. Curtis re same (.1). |
| 12/18/12 | Jeffrey Gettleman | .60 | Telephone conference and correspond with T. Schwartz and B. Rhode re litigation strategy. |
| 12/19/12 | Andrew Brniak | .50 | Prepare and compile precedent re reimbursement of committee members' expenses (.4); correspond with B. Rhode re same (.1). |
| 12/19/12 | Marc Kieselstein, P.C. | .50 | Analyze issues re status of closing/regulatory approval. |
| 12/19/12 | Jeffrey Gettleman | .50 | Conferences and correspond with B. Rhode re closing date for Talmer transaction. |
| 12/21/12 | Andrew Brniak | .30 | Prepare and compile precedent re committee professionals compensation (.2); correspond with B. Rhode re same (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/22/12 | Jeffrey Gettleman | .10 | Correspond with E. del Hierro re Talmer regulatory approvals for closing. |
| 12/28/12 | Jeffrey Gettleman | .60 | Correspond with D. Mondell and B. Ryan re date of Talmer closing (.5); correspond with B. Rhode re closing issues (.1). |
| | | 1,308.70 | TOTAL HOURS |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

## Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 11/10/12 | Secretarial Overtime, Maryam A Afshar - Courier Services, Print. | 7.14 |
| 11/15/12 | Eliot Adelson, Airfare, Newark, NJ 11/17/2012 to 11/21/2012, (Attend Deposition) | 1,703.04 |
| 11/15/12 | Eliot Adelson, Travel Agency Fee, (Attend Deposition) | 58.00 |
| 11/15/12 | COURTCALL, LLC - Appearance Fees - CCID #5248698 11/01/2012 Hearing - David Seligman, U.S. Bankruptcy Court-Delaware. | 37.00 |
| 11/15/12 | COURTCALL, LLC - Appearance Fees - CCID #5248714 11/01/2012 Hearing - Jeffrey Gettleman, U.S. Bankruptcy Court-Delaware. | 30.00 |
| 11/15/12 | COURTCALL, LLC - Appearance Fees - CCID #5274203 11/13/2012 Hearing - David Seligman, U.S. Bankruptcy Court-Delaware. | 30.00 |
| 11/15/12 | COURTCALL, LLC - Appearance Fees - CCID #5274211 11/13/2012 Hearing - Jeffrey Gettleman, U.S. Bankruptcy Court-Delaware. | 30.00 |
| 11/15/12 | COURTCALL, LLC - Appearance Fees - CCID #5274206 11/13/2012 Hearing - Eliot Adelson, U.S. Bankruptcy Court-Delaware. | 30.00 |
| 11/16/12 | Jeffrey Gettleman, Cell Phone Calls, 10/17/2012 to 11/16/2012, (Cellular Calls) | 17.82 |
| 11/16/12 | Andrew Wiener, Taxi, (Overtime Transportation) | 59.00 |
| 11/16/12 | SEAMLESS NORTH AMERICA INC, Andrew Wiener, Overtime Meals - Attorney, 11/16/2012 | 37.82 |
| 11/17/12 | Benjamin Rhode, Airfare, New York, NY 11/18/2012 to 11/21/2012, (Attend Deposition) | 1,027.86 |
| 11/17/12 | Benjamin Rhode, Travel Agency Fee, (Attend Deposition) | 58.00 |
| 11/17/12 | PACIFIC LIMOUSINE & SEDAN SERVICE - Transportation to/from airport - 11/17/2012 Eliot Adelson Walnut Creek, CA to SFO. | 176.00 |
| 11/17/12 | Jeffrey Gettleman, Copies, (Draft Agreements) | 14.68 |
| 11/17/12 | Secretarial Overtime, Carmalita Blackwell - Revise/Update MS Word. | 97.86 |
| 11/18/12 | BOSTON COACH CORPORATION, Transportation to/from airport, ELIOT ADELSON, Newark Liberty Airport to New York, NY | 188.44 |
| 11/18/12 | Eliot Adelson, Travel Meals, (Attend Deposition) New York, NY | 12.40 |
| 11/19/12 | Standard Prints | 4.10 |
| 11/19/12 | Scanned Images | 3.40 |
| 11/19/12 | Scanned Images | .70 |
| 11/19/12 | Scanned Images | 3.10 |
| 11/19/12 | Eliot Adelson, Travel Meals, (Attend Deposition) New York, NY | 5.70 |
| 11/19/12 | Eliot Adelson, Travel Meal with Others, (Attend Deposition) New York, NY, Meal with Sarah Farley | 150.00 |
| 11/19/12 | Jeffrey Gettleman, Working Meal/K&E Only, (Overtime Meal-Attorney) Chicago, IL | 8.85 |
| 11/20/12 | Eliot Adelson, Travel Agency Fee, (Court Hearing) | 58.00 |
| 11/20/12 | Eliot Adelson, Airfare, Philadelphia, PA 11/24/2012 to 11/26/2012, (Court Hearing) | 1,800.00 |
| 11/21/12 | Standard Prints | 1.50 |
| 11/21/12 | Standard Prints | .30 |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   2 - Asset Sale

| | | |
|---|---|---:|
| 11/21/12 | Standard Prints | 6.70 |
| 11/21/12 | Standard Prints | 1.40 |
| 11/21/12 | Eliot Adelson, Lodging, New York, NY 11/17/2012 to 11/21/2012, (Attend Deposition) | 1,340.96 |
| 11/21/12 | Benjamin Rhode, Lodging, New York, NY 11/18/2012 to 11/21/2012, (Attend Deposition) | 871.14 |
| 11/21/12 | Eliot Adelson, Transportation To/From Airport, (Attend Deposition) | 60.00 |
| 11/24/12 | Eliot Adelson, Transportation To/From Airport, (Court Hearing) | 131.10 |
| 11/24/12 | Eliot Adelson, Travel Meal with Others, (Court Hearing) Philadelphia, PA, Meal with Todd Schwartz | 48.00 |
| 11/26/12 | Standard Prints | 4.50 |
| 11/26/12 | Standard Prints | 3.80 |
| 11/26/12 | Eliot Adelson, Lodging, Wilmington, DE 11/24/2012 to 11/26/2012, (Court Hearing) | 305.80 |
| 11/26/12 | Eliot Adelson, Transportation To/From Airport, (Court Hearing) | 40.00 |
| 11/26/12 | PACIFIC LIMOUSINE & SEDAN SERVICE - Transportation to/from airport - 11/26/2012 - Eliot Adelson SFO to Walnut Creek, CA | 206.80 |
| 11/27/12 | Standard Prints | 4.30 |
| 11/27/12 | Standard Prints | .20 |
| 11/27/12 | VITAL TRANSPORTATION INC, Passenger: SELIGMAN DAVID, Transportation to/from airport, Date: 11/19/2012 | 65.42 |
| 11/28/12 | Standard Prints | 22.60 |
| 11/28/12 | Standard Prints | 17.10 |
| 11/28/12 | Standard Prints | 7.60 |
| 11/29/12 | WEST, Computer Database Research, RHODE,BENJAMIN, 11/29/2012 | 99.24 |
| 11/30/12 | INTERCALL - Third Party Telephone Charges, J. Gettleman, 11/30/12 | 126.42 |
| 11/30/12 | INTERCALL - Third Party Telephone Charges, B. Rhode, 11/30/12 | 241.95 |
| 11/30/12 | INTERCALL - Third Party Telephone Charges, T. Schwartz, 11/30/12 | 8.42 |
| 12/03/12 | Standard Prints | 2.10 |
| 12/03/12 | Standard Prints | 33.60 |
| 12/03/12 | Standard Prints | 2.60 |
| 12/03/12 | Standard Prints | 10.70 |
| 12/03/12 | Standard Prints | .70 |
| 12/03/12 | Standard Prints | .50 |
| 12/03/12 | Standard Prints | .30 |
| 12/04/12 | Standard Prints | .90 |
| 12/04/12 | Jeffrey Gettleman, Airfare, Philadelphia, PA 12/13/2012 to 12/14/2012, (Hearing) | 605.60 |
| 12/04/12 | Jeffrey Gettleman, Travel Agency Fee, (Hearing) | 58.00 |
| 12/04/12 | WEST, Computer Database Research, ABELSON,STEVE, 12/4/2012 | 6.98 |
| 12/04/12 | WEST, Computer Database Research, SCHMELING,TIM, 12/4/2012 | 53.50 |
| 12/05/12 | Standard Prints | .40 |
| 12/05/12 | Scanned Images | .10 |
| 12/05/12 | Scanned Images | 2.20 |
| 12/05/12 | Scanned Images | .80 |
| 12/05/12 | Scanned Images | 2.40 |
| 12/05/12 | Scanned Images | 18.20 |
| 12/06/12 | Standard Prints | .20 |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    2 - Asset Sale

| | | |
|---|---|---:|
| 12/06/12 | Standard Prints | .20 |
| 12/06/12 | Standard Prints | .50 |
| 12/06/12 | WEST, Computer Database Research, RHODE,BENJAMIN, 12/6/2012 | 242.78 |
| 12/07/12 | Standard Prints | 3.60 |
| 12/07/12 | Standard Prints | 2.10 |
| 12/07/12 | Standard Prints | 18.20 |
| 12/07/12 | Scanned Images | .20 |
| 12/07/12 | WEST, Computer Database Research, RHODE,BENJAMIN, 12/7/2012 | 18.05 |
| 12/08/12 | WEST, Computer Database Research, RHODE,BENJAMIN, 12/8/2012 | 280.90 |
| 12/10/12 | Standard Prints | 13.10 |
| 12/10/12 | Standard Prints | 12.90 |
| 12/10/12 | WEST, Computer Database Research, GETTLEMAN JEFFREY, 12/10/2012 | 55.53 |
| 12/10/12 | WEST, Computer Database Research, GOTT,JASON, 12/10/2012 | 12.17 |
| 12/10/12 | WEST, Computer Database Research, RHODE,BENJAMIN, 12/10/2012 | 16.17 |
| 12/11/12 | WEST, Computer Database Research, GETTLEMAN JEFFREY, 12/11/2012 | 346.33 |
| 12/12/12 | Standard Prints | 12.30 |
| 12/12/12 | Standard Prints | 3.00 |
| 12/12/12 | Standard Prints | 8.00 |
| 12/12/12 | Standard Prints | 12.60 |
| 12/13/12 | BOSTON COACH CORPORATION, Transportation to/from airport, JEFFREY W GETTLEMAN, Philadelphia Airport to 99 S 17th St, Philadelphia, PA | 118.82 |
| 12/13/12 | CROWN CHAUFFEURED TRANSPORTATION INC, Transportation to/from airport, 12/13/2012, JEFFREY GETTLEMAN, VALPARAISO, IN TO MDW | 132.65 |
| 12/14/12 | Jeffrey Gettleman, Lodging, Philadelphia, PA 12/13/2012 to 12/14/2012, (Hearing) | 298.37 |
| 12/14/12 | CROWN CHAUFFEURED TRANSPORTATION INC, Transportation to/from airport, 12/14/2012, JEFFREY GETTLEMAN, MDW TO VALPARAISO, IN | 132.65 |
| 12/14/12 | Jeffrey Gettleman, Travel Meals, (Hearing) Philadelphia, PA | 2.15 |
| 12/16/12 | Jeffrey Gettleman, Cell Phone Calls, 11/17/2012 to 12/16/2012, (Cellular Calls) | 25.60 |
| 12/19/12 | Standard Prints | 4.90 |
| 12/19/12 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 12/2012, Andrew Brniak | 66.00 |

TOTAL EXPENSES                                   $ 11,903.71

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

FEIN 36-1326630

January 29, 2013

Jim Brennan
Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY 10019

Invoice Number: 4024744

---

## REMITTANCE ADVICE

For Professional Services Rendered Through December 31, 2012

Client Matter: 14779 - 2
In the Matter of     Asset Sale

| | |
|---|---|
| Total Fees | $ 896,344.00 |
| Total Expenses | $ 11,903.71 |
| **TOTAL INVOICE** | **$ 908,247.71** |

To ensure proper credit to your account please return this remittance with your payment.

## TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
ABA# 271070801
Acct. Name: Kirkland & Ellis LLP
Account number: 800418399
Ref No. 14779-2

Wire Transfer From a Non U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
Swift Code: CITIUS33
Acct. Name: Kirkland & Ellis LLP
Account number: 800418399
Ref No.14779-2

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

January 29, 2013

Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019


Attention:  Jim Brennan

**Invoice Number:  4024746**
**Client Matter: 14779-4**

---

**In the matter of    Corporate & Securities Issues**


For legal services rendered through December 31, 2012
(see attached Description of Legal Services for detail)                                    $ 1,278.00


For expenses incurred through December 31, 2012
(see attached Description of Expenses for detail)                                          $ 189.40

Total legal services rendered and expenses incurred                                        $ 1,467.40

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    4 - Corporate & Securities Issues

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Nader R Boulos, P.C. | .30 | 815.00 | 244.50 |
| Jeffrey Gettleman | 1.30 | 795.00 | 1,033.50 |
| **TOTALS** | **1.60** | | **$1,278.00** |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    4 - Corporate & Securities Issues

### Description of Legal Services

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/12 | Jeffrey Gettleman | .60 | Correspond with D. Seligman and N. Boulos re D&O policy issues (.4); correspond with B. McIlwain re transfer of debtor's cash to Comerica Bank (.1); correspond with working group re same (.1). |
| 11/19/12 | Nader R Boulos, P.C. | .30 | Correspond with J. Gettleman re tail coverage. |
| 11/21/12 | Jeffrey Gettleman | .20 | Telephone conference and correspond with T. Schwartz re D&O insurance term sheet. |
| 11/25/12 | Jeffrey Gettleman | .50 | Review and analyze J. Sicsu's summary of TruPS indenture terms re redemption (.4); correspond with T. Schwartz re D&O insurance issues (.1). |
| | | 1.60 | TOTAL HOURS |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    4 - Corporate & Securities Issues

### Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 11/19/12 | Standard Prints | 38.90 |
| 11/21/12 | Standard Prints | 118.50 |
| 11/21/12 | Standard Prints | 30.80 |
| 11/21/12 | Standard Prints | 1.20 |

TOTAL EXPENSES      $ 189.40

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

FEIN 36-1326630

January 29, 2013

Jim Brennan
Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019

Invoice Number:  4024746

---

## REMITTANCE ADVICE

For Professional Services Rendered Through December 31, 2012

Client Matter: 14779 - 4
In the Matter of    Corporate & Securities Issues

| | |
|---|---|
| Total Fees | $ 1,278.00 |
| Total Expenses | $ 189.40 |
| **TOTAL INVOICE** | **$ 1,467.40** |

To ensure proper credit to your account please return this remittance with your payment.

### TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
ABA# 271070801
Acct. Name:  Kirkland & Ellis LLP
Account number: 800418399
Ref No. 14779-4

Wire Transfer From a Non U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Account number: 800418399
Ref No.14779-4

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

January 29, 2013

Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019

Attention:  Jim Brennan

**Invoice Number:  4024747**
**Client Matter: 14779-8**

---

**In the matter of    Fee/Employment Applications**

For legal services rendered through December 31, 2012
(see attached Description of Legal Services for detail)                    $ 120,252.00

For expenses incurred through December 31, 2012
(see attached Description of Expenses for detail)                          $ 256.10

Total legal services rendered and expenses incurred                       $ 120,508.10

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Eliot A Adelson | 1.70 | 745.00 | 1,266.50 |
| Andrew Brniak | 3.20 | 240.00 | 768.00 |
| Jeffrey Gettleman | 57.20 | 795.00 | 45,474.00 |
| Jason Gott | 3.20 | 430.00 | 1,376.00 |
| Chad J Husnick | 1.80 | 745.00 | 1,341.00 |
| Benjamin Rhode | 121.10 | 430.00 | 52,073.00 |
| Todd M Schwartz | 24.60 | 710.00 | 17,466.00 |
| David Seligman, P.C. | .50 | 975.00 | 487.50 |
| **TOTALS** | **213.30** | | **$120,252.00** |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

### Description of Legal Services

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/09/12 | Benjamin Rhode | .70 | Review and revise K&E retention application. |
| 11/09/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode re K&E retention application. |
| 11/11/12 | Jeffrey Gettleman | .30 | Correspond with T. Meyers re K&E engagement letter (.1); correspond with B. Rhode re billing issue (.1); correspond with B. Rhode re reviewing invoices when generated (.1). |
| 11/11/12 | Jeffrey Gettleman | .20 | Correspond with B. Rhode re drafting retention applications for investment banker and financial advisor. |
| 11/12/12 | Jeffrey Gettleman | 1.30 | Correspond with D. Seligman and B. Rhode re K&E engagement letter (.2); correspond with B. Rhode re K&E retention application (.2); review and revise billing memorandum and correspond with working group re same (.8); office conference with B. Rhode re comments to same (.1). |
| 11/12/12 | Jeffrey Gettleman | .40 | Correspond with M. Branzburg re drafting Committee advisor retention applications (.1); correspond with V. Ghei re Committee comments to Holdco fee schedule (.2); correspond with B. Rhode and M. Branzburg re Holdco retention application (.1). |
| 11/13/12 | Benjamin Rhode | .30 | Review and analyze conflicts report. |
| 11/13/12 | Jeffrey Gettleman | .30 | Correspond with D. Seligman, B. Rhode and T. Schwartz re engagement letter with Committee. |
| 11/13/12 | Todd M Schwartz | 1.60 | Review and analyze issues re retention (1.4); correspond with working group re same (.2). |
| 11/14/12 | Benjamin Rhode | 2.30 | Review and revise K&E's retention application. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   8 - Fee/Employment Applications

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|------|-----------|-------|-------------|
| 11/14/12 | Jason Gott | 1.00 | Legal research re Committee expense reimbursement. |
| 11/14/12 | Jeffrey Gettleman | 1.20 | Correspond with T. Schwartz re conflicts issues (.3); correspond with D. Seligman and T. Schwartz re engagement letter (.5); review and analyze conflicts search results (.2); correspond with B. Rhode and T. Schwartz re supplemental conflicts results (.2). |
| 11/15/12 | Benjamin Rhode | 1.80 | Analyze conflicts report (.2); review and revise retention application for Holdco (1.6). |
| 11/15/12 | Jeffrey Gettleman | 1.10 | Review and revise engagement letter (.4); correspond with T. Schwartz re same (.3); review and revise K&E retention application (.3); correspond with B. Rhode re same (.1). |
| 11/15/12 | Jeffrey Gettleman | .30 | Correspond with D. Seligman, D. Pacitti and B. Rhode re Holdco retention application. |
| 11/15/12 | Jeffrey Gettleman | .10 | Correspond with working group re retention applications. |
| 11/15/12 | Todd M Schwartz | 2.80 | Review and revise engagement letters (1.3); review and analyze issues re retention (1.5). |
| 11/16/12 | Benjamin Rhode | 5.20 | Review and revise Holdco's retention application (.7); review and revise K&E's retention application (.5); correspond with working group re engagement letters and retention applications (.9); analyze conflicts report (.7); draft D. Seligman's declaration (2.4). |
| 11/16/12 | Jason Gott | 2.20 | Draft Rothschild retention application. |
| 11/16/12 | Andrew Brniak | .70 | Compile precedent re financial advisor retention pleadings and related engagement letters (.6); correspond with B. Rhode re same (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   8 - Fee/Employment Applications

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/16/12 | Jeffrey Gettleman | .50 | Correspond with B. Rhode re Holdco retention application (.1); correspond with T. Schwartz re Rothschild engagement letter (.2); review and revise Rothschild engagement letter (.1); correspond with B. Rhode re Holdco engagement letter (.1). |
| 11/16/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode and T. Schwartz re K&E retention application. |
| 11/16/12 | Todd M Schwartz | 2.60 | Review and analyze issues re retention. |
| 11/17/12 | Benjamin Rhode | 3.70 | Review and revise K&E's retention application (1.9); analyze conflicts report (.5); review and revise Rothschild's retention application (1.3). |
| 11/17/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode re engagement letter for local counsel. |
| 11/17/12 | Eliot A Adelson | 1.70 | Telephone conference with working group re retention of experts. |
| 11/18/12 | Benjamin Rhode | 7.90 | Review and revise retention applications and declarations (6.8); telephone conference and correspondence with J. Gettleman re same (1.1). |
| 11/18/12 | Jeffrey Gettleman | 3.50 | Correspond with working group re engagement letter (1.7); review and revise same (.8); correspond with T. Schwartz re K&E retention application and Seligman declaration (.4); review and revise same (.6). |
| 11/18/12 | Jeffrey Gettleman | 3.70 | Correspond with B. Rhode re Holdco retention application (.1); correspond with T. Schwartz re Rothschild engagement letter (1.1); legal research re indemnification language in same (.4); correspond with B. Rhode and T. Schwartz re Rothschild retention application (.7); review and revise same (.6); review and revise Holdco retention application (.6); correspond with B. Rhode re same (.2). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/12 | Todd M Schwartz | 2.50 | Review and analyze issues re retention (1.8); correspond with working group re same (.4); telephone conferences with working group re same (.3). |
| 11/19/12 | Benjamin Rhode | 5.60 | Analyze conflicts report (1.3); review and revise retention applications (3.6); correspond with working group re same (.7). |
| 11/19/12 | Andrew Brniak | 1.20 | Compile precedent re investment banker/financial advisor and debtor counsel retention pleadings (1.0); correspond with B. Rhode re same (.2). |
| 11/19/12 | Jeffrey Gettleman | .60 | Correspond with J. Kunetka re billing issue (.1); correspond with B. Rhode re engagement letter (.1); correspond with D. Seligman, B. Rhode and T. Schwartz re K&E retention application (.4). |
| 11/19/12 | Jeffrey Gettleman | 1.60 | Correspond with D. Pacitti re Klehr retention application (.1); correspond with working group and D. Mondell re Rothschild engagement letter (.6); review and revise same (.6); telephone conference with T. Schwartz re same (.3). |
| 11/19/12 | Jeffrey Gettleman | .70 | Analyze and correspond with working group re Rothschild retention issues. |
| 11/20/12 | Benjamin Rhode | 10.10 | Review and revise retention applications and declarations (8.9); correspond with working group re same (1.2). |
| 11/20/12 | Andrew Brniak | 1.30 | Prepare and compile precedent re investment banker/financial advisor retention orders (1.2); correspond with B. Rhode re same (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/20/12 | Jeffrey Gettleman | 1.50 | Review and analyze T. Meyers comments on K&E engagement letter (.4); correspond with D. Seligman and B. Rhodes re same (.5); review and revise same (.4); telephone conference with T. Schwartz and B. Rhode re filing deadline for K&E retention application (.2). |
| 11/20/12 | Jeffrey Gettleman | 5.40 | Telephone conferences and correspond with working group and Committee re engagement letters and retention applications (3.8); review and revise Rothschild retention application (.4); review and revise Rothschild engagement letter (.4); review and revise Holdco retention application (.8). |
| 11/20/12 | Jeffrey Gettleman | 1.00 | Telephone conference and correspond with T. Meyers and working group re Rothschild engagement letter. |
| 11/20/12 | Todd M Schwartz | 2.70 | Review and analyze issues re retention. |
| 11/21/12 | Benjamin Rhode | 7.10 | Review and revise retention applications and declarations (5.4); correspond with Committee chairperson and advisors re execution of same (1.7). |
| 11/21/12 | David Seligman, P.C. | .50 | Telephone conferences and correspond with Committee re professional retention matters. |
| 11/21/12 | Jeffrey Gettleman | .60 | Correspond with T. Schwartz, C. Husnick and Committee re execution of K&E engagement letter (.2); correspond with D. Seligman and C. Husnick re billing rate disclosure on K&E engagement letter (.4). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/21/12 | Jeffrey Gettleman | 2.80 | Telephone conference with B. Rhode and T. Schwartz re status of retention applications (.2); correspond with working group and Committee re execution of same (1.0); telephone conference with D. Pacitti and T. Schwartz re scheduling hearing on retention applications (.2); telephone conferences and correspond with working group and Committee re Rothschild engagement letter (1.4). |
| 11/21/12 | Jeffrey Gettleman | .60 | Correspond with Committee and working group re Rothschild engagement letter. |
| 11/21/12 | Chad J Husnick | .90 | Review and revise retention motion (.6); correspond with working group re same (.3). |
| 11/21/12 | Todd M Schwartz | 4.50 | Review and analyze issues re retention (1.7); review and analyze issues re Rothschild engagement letter (2.8). |
| 11/22/12 | Jeffrey Gettleman | .10 | Correspond with C. Husnick re modified disclosure language for 2013 billing rates. |
| 11/23/12 | Benjamin Rhode | 2.30 | Analyze conflicts report (.9); review and revise K&E retention application (1.4). |
| 11/24/12 | Benjamin Rhode | 3.50 | Review and revise K&E retention application (1.3); compile Rothschild and Klehr retention application packages (.7); factual research re debtor's equity holders with greater than 5% interest (1.5). |
| 11/24/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode and T. Schwartz re K&E retention application. |
| 11/25/12 | Benjamin Rhode | 2.20 | Review and revise K&E retention application (1.1); telephone conference with M. Zaitzeff re Holdco's retention application (.3); review and revise Holdco's retention application (.8). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/12 | Jeffrey Gettleman | 1.00 | Correspond with E. Adelson re billing issue (.1); correspond with B. Rhode, T. Schwarz and C. Husnick re K&E retention application and declaration (.9). |
| 11/25/12 | Jeffrey Gettleman | .60 | Correspond with T. Schwartz re Holdco retention application and declaration (.2); review and revise same (.4). |
| 11/25/12 | Todd M Schwartz | 2.20 | Review and analyze issues re retention. |
| 11/26/12 | Benjamin Rhode | 3.50 | Review and revise K&E's retention application (2.3); analyze additional conflicts names received from debtor (.3); review conflicts report (.5); correspond with Committee re retention applications (.4). |
| 11/26/12 | Jeffrey Gettleman | 2.40 | Correspond with B. Rhode re K&E retention application (.1); correspond with working group re date for hearing on retention applications (.7); telephone conference with B. Rhode re additional conflicts search (.2); correspond with working group re K&E retention application (1.4). |
| 11/26/12 | Jeffrey Gettleman | .60 | Correspond with T. Schwartz re Holdco retention application and declaration (.2); review and revise same (.4). |
| 11/26/12 | Chad J Husnick | .90 | Review and revise retention application (.7); office conference with B. Rhode re same (.2). |
| 11/27/12 | Benjamin Rhode | 1.80 | Correspond with Committee re K&E and Holdco's retention applications (1.1); review and revise retention applications (.7). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/27/12 | Jeffrey Gettleman | 1.30 | Telephone conferences and correspondence with working group re execution of Seligman declaration (.3); correspond with D. Seligman re execution of Holdco and Rothschild retention applications (.1); office conference with C. Husnick and T. Schwartz re disclosure language in K&E retention application (.1); review and revise K&E retention application (.2); telephone conference with B. Rhode re same (.2); correspond with working group and Committee re same (.4). |
| 11/27/12 | Jeffrey Gettleman | .60 | Correspond with working group and Committee re Holdco and Rothschild retention applications (.5); office conference with T. Schwartz re interim compensation procedures (.1). |
| 11/27/12 | Todd M Schwartz | 2.00 | Review and analyze issues re retention applications. |
| 11/28/12 | Benjamin Rhode | 4.70 | Review and revise K&E's retention application (.8); compile and finalize all retention applications (3.9). |
| 11/28/12 | Jeffrey Gettleman | 1.70 | Review and revise additional disclosure for K&E retention application (.2); correspond with T. Schwartz and B. Rhode re same (1.2); correspond with B. Rhode re execution of Seligman declaration (.1); correspond with B. Rhode and D. Pacitti re filing of K&E retention application (.2). |
| 11/28/12 | Jeffrey Gettleman | .80 | Correspond with working group re precedential application to reimburse Committee members expenses (.2); correspond with B. Rhode and M. Zaitzeff re execution of Holdco retention application (.2); correspond with working group re filing of Holdco and Rothschild retention applications (.4). |
| 11/28/12 | Todd M Schwartz | 1.40 | Review and revise retention applications. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/03/12 | Benjamin Rhode | .20 | Correspond with Holdco re status of its retention application. |
| 12/03/12 | Jeffrey Gettleman | .20 | Office conference with D. Seligman re billing issue (.1); correspond with B. Rhode re same (.1). |
| 12/04/12 | Benjamin Rhode | 1.10 | Draft summary re distinctions between Holdco's and Rothchild's roles. |
| 12/04/12 | Jeffrey Gettleman | .60 | Correspond with B. Rhode re testimony of retention applicants (.1); correspond with T. Schwartz re filing retention application CNOs (.1); correspond with working group re U.S. Trustee inquiry re retention applications (.4). |
| 12/05/12 | Jeffrey Gettleman | 1.50 | Telephone conferences and correspond with U.S. Trustee and working group re U.S. Trustee inquiry re retention applications. |
| 12/06/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode re likelihood of objections to retention applications. |
| 12/06/12 | Todd M Schwartz | .80 | Review and analyze retention issues (.6); correspond with working group re same (.2). |
| 12/07/12 | Benjamin Rhode | .40 | Correspond with D. Pacitti re certificates of no objection to retention applications (.2); correspond with Holdco and Rothschild re retention applications (.2). |
| 12/07/12 | Jeffrey Gettleman | 1.50 | Review CNO re debtor's counsel retention applications (.2); correspond with D. Seligman and T. Schwartz re Committee expenses (.3); correspond with working group re billing issues (.4); correspond with B. Rhode and committee professionals re CNOs for retention applications (.6). |
| 12/07/12 | Todd M Schwartz | .60 | Review and analyze retention issues (.4); correspond with working group re same (.2). |
| 12/10/12 | Jeffrey Gettleman | .20 | Correspond with V. Ghei re committee's professional fees. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/11/12 | Jeffrey Gettleman | .80 | Correspond with B. Rhode re CNO for K&E retention application (.1); correspond with B. Rhode and committee professionals re filing CNOs for retention applications (.7). |
| 12/12/12 | Jeffrey Gettleman | .50 | Correspond with D. Pacitti re entry of K&E retention order (.1); correspond with B. Rhode and committee professionals re entry of order approving retention applications (.4). |
| 12/14/12 | Benjamin Rhode | 4.60 | Review and revise invoices re applicable protocols. |
| 12/14/12 | Jeffrey Gettleman | 1.00 | Correspond with S. Mag re billing issue (.1); correspond with B. Rhode re chart of committee professionals' fees (.1); correspond with B. Rhode re review of November invoice (.1); correspond with B. Rhode and V. Ghei re Holdco fee estimate (.3); correspond with T. Schwarz and committee professionals re interim compensation motion (.2); telephone conference with B. McIlwain and others re same (.2). |
| 12/15/12 | Benjamin Rhode | 2.20 | Review and revise invoices in accordance with applicable protocols. |
| 12/16/12 | Benjamin Rhode | 5.60 | Review and revise invoices in accordance with applicable protocols. |
| 12/17/12 | Benjamin Rhode | 9.90 | Review and revise invoices in accordance with applicable protocols. |
| 12/17/12 | Jeffrey Gettleman | .50 | Correspond with T. Schwartz re drafting of initial interim fee application and review of invoices (.2); correspond with B. Rhode re obtaining final estimates of fees of committee professionals (.3). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/18/12 | Benjamin Rhode | 7.90 | Review and revise invoices re applicable protocols (1.8); review and analyze debtor's proposed interim compensation motion (.8); office conference and correspond with J. Gettleman re same (.6); telephone conferences and correspond with B. Smith re same (.7); revise same (1.8); draft summary of Committee expenses to date (1.6); correspond with Committee re submitting expense reports (.6). |
| 12/18/12 | Jeffrey Gettleman | 2.40 | Conferences and correspond with B. Rhode and B. Smith re interim fee application issues (1.1); review and revise interim compensation motion (.8); telephone conference and correspond with B. Rhode re procedures for submitting committee's expenses (.5). |
| 12/18/12 | Jeffrey Gettleman | 1.00 | Correspond with B. Rhode re revisions to November invoice (.1); correspond with B. Rhode re billing issue (.1); correspond with T. Wallace re same (.1); review November invoice (.7). |
| 12/18/12 | Jeffrey Gettleman | 2.40 | Correspond with T. Schwartz, B. Rhode and B. Smith re interim compensation motion (.7); review and analyze same (.6); correspond with B. Rhode and committee re expenses for reimbursement (.5); correspond with M. Kieselstein, D. Seligman and B. Rhode re cumulative estimate of committee expenses (.6). |
| 12/18/12 | Todd M Schwartz | .90 | Review and revise interim compensation motion (.8); correspond with working group re same (.1). |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    8 - Fee/Employment Applications

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/19/12 | Benjamin Rhode | 5.40 | Prepare for and participate in telephone conference with J. Gettleman and B. Smith re debtor's interim compensation motion (.6); office conference and correspond with working group re timely capturing all fees and expenses (1.4); review and analyze precedent and draft application for reimbursement of Committee member expenses (3.4). |
| 12/19/12 | Jeffrey Gettleman | 3.20 | Correspond with B. Rhode and T. Wallace re processing expenses for interim fee application (.4); conferences and correspond with M. Kieselstein and D. Seligman re payment of professionals' fees/expenses (.6); telephone conference and correspond with B. Rhode and B. Smith re interim compensation motion (.5); review and revise same (.2); office conference and correspond with B. Rhode re same (.7); review and analyze APA re purchasers commitment to pay professionals' fees/expenses (.4); draft analysis of APA re payment of professionals' fees/expenses (.4). |
| 12/20/12 | Benjamin Rhode | 3.70 | Telephone conference and correspond with working group and Holdco re fee/expense estimate (.3); correspond with working group re billing issues (.5); telephone conferences with working group and B. Smith re interim compensation procedures (.2); draft application for committee member expense reimbursement (2.7). |
| 12/20/12 | Jeffrey Gettleman | 1.50 | Correspond with B. Rhode, B. Smith and .J. Edmonson re revisions to interim compensation motion (1.2); review and revise interim compensation motion (.3). |
| 12/20/12 | Jeffrey Gettleman | .10 | Correspond with T. Wallace re revised November invoices. |
| 12/20/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode re application for reimbursement of committee members' expenses. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   8 - Fee/Employment Applications

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/21/12 | Benjamin Rhode | 1.20 | Draft K&E's pre-closing fee application. |
| 12/22/12 | Jeffrey Gettleman | .30 | Correspond with D. Seligman and B. Rhode re timing of payment for invoices under interim compensation motion. |
| 12/27/12 | Benjamin Rhode | 5.20 | Draft Rothschild's pre-closing fee application. |
| 12/28/12 | Benjamin Rhode | 4.00 | Correspond with committee members re reimbursable expenses (.3); draft K&E's pre-closing fee application (3.2); telephone conference with V. Ghei and M. Zaitzeff re Holdco's aggregate fees (.2); correspond with working group re submitting all expenses (.3). |
| 12/28/12 | Jeffrey Gettleman | 1.20 | Correspond with S. Mag re outstanding fees/expenses (.2); correspond with B. Rhode re draft of K&E pre-closing fee statement (.3); review and revise same (.6); correspond with B. Rhode re same (.1). |
| 12/28/12 | Jeffrey Gettleman | .80 | Correspond with B. Rhode and committee re committee members' reimbursable expenses. |
| 12/29/12 | Benjamin Rhode | 6.30 | Draft K&E's pre-closing fee application (4.1); draft Holdco's pre-closing fee application (2.2). |
| 12/29/12 | Jeffrey Gettleman | .10 | Correspond with B. Rhode re K&E fee application. |
| 12/31/12 | Benjamin Rhode | .70 | Draft committee's pre-closing fee statements |
| | | 213.30 | TOTAL HOURS |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   8 - Fee/Employment Applications

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/19/12 | Standard Copies or Prints | 72.40 |
| 11/21/12 | Standard Prints | 2.70 |
| 11/21/12 | Standard Prints | .10 |
| 11/21/12 | Standard Prints | 12.00 |
| 11/21/12 | Scanned Images | .10 |
| 11/21/12 | Scanned Images | 1.70 |
| 11/27/12 | Standard Prints | 34.40 |
| 11/27/12 | Standard Prints | 4.80 |
| 11/28/12 | Standard Prints | 58.90 |
| 12/07/12 | Standard Prints | 17.00 |
| 12/19/12 | Standard Prints | 1.00 |
| 12/19/12 | Standard Prints | 3.00 |
| 12/19/12 | Standard Prints | 2.00 |
| 12/19/12 | Standard Prints | 4.20 |
| 12/19/12 | Standard Prints | 4.20 |
| 12/19/12 | Standard Prints | 20.40 |
| 12/19/12 | Standard Prints | .20 |
| 12/19/12 | Scanned Images | 17.00 |

TOTAL EXPENSES                                               $ 256.10

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

FEIN 36-1326630

January 29, 2013

Jim Brennan
Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY 10019

Invoice Number:  4024747

---

## REMITTANCE ADVICE

For Professional Services Rendered Through December 31, 2012

Client Matter: 14779 - 8
In the Matter of       Fee/Employment Applications

| | |
|---|---|
| Total Fees | $ 120,252.00 |
| Total Expenses | $ 256.10 |
| **TOTAL INVOICE** | **$ 120,508.10** |

To ensure proper credit to your account please return this remittance with your payment.

### TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
ABA# 271070801
Acct. Name:  Kirkland & Ellis LLP
Account number: 800418399
Ref No. 14779-8

Wire Transfer From a Non U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Account number:  800418399
Ref No.14779-8

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

January 29, 2013


Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019


Attention:  Jim Brennan

**Invoice Number:  4024751**
**Client Matter: 14779-13**

---

**In the matter of    Tax Issues**


For legal services rendered through December 31, 2012
(see attached Description of Legal Services for detail)          $ 19,092.00


For expenses incurred through December 31, 2012
(see attached Description of Expenses for detail)                      $ 3.20

Total legal services rendered and expenses incurred          $ 19,095.20

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    13 - Tax Issues

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Thad Davis | 13.40 | 735.00 | 9,849.00 |
| Jeffrey Gettleman | 7.10 | 795.00 | 5,644.50 |
| Julie Kunetka | 1.40 | 835.00 | 1,169.00 |
| Joel A Peters-Fransen | 4.30 | 565.00 | 2,429.50 |
| **TOTALS** | **26.20** | | **$19,092.00** |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
13 - Tax Issues

### Description of Legal Services

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/13/12 | Julie Kunetka | 1.40 | Review and analyze materials re tax issues. |
| 11/14/12 | Jeffrey Gettleman | .80 | Correspond with V. Ghei re tax refunds (.2); draft paragraph re tax sharing agreement for objection brief (.6). |
| 11/15/12 | Jeffrey Gettleman | .60 | Correspond with T. Davis re equity trading motion and analyze same (.3); correspond with V. Ghei and T. Davis re distressed tax asset (.3). |
| 11/15/12 | Jeffrey Gettleman | .10 | Correspond with T. Davis and J. Kunetka re estimate of distressed tax assets. |
| 11/15/12 | Thad Davis | 4.10 | Review APA and tax sharing agreement re tax issues (1.3); legal research re same (2.4); telephone conference with Holdco re same (.4). |
| 11/16/12 | Joel A Peters-Fransen | 4.20 | Telephone conference with T. Davis re eligibility of proposed purchase transaction for certain tax status (.3); legal research re same (3.9). |
| 11/16/12 | Jeffrey Gettleman | .40 | Correspond with M. Zaitzeff and V. Ghei re tax claims in bank holding company bankruptcy cases. |
| 11/16/12 | Thad Davis | 4.10 | Telephone conference with working group re objection to bid procedures (.6); office conference with J. Peters-Fransen re tax benefits of third party sale (.7); research re same (2.8). |
| 11/18/12 | Jeffrey Gettleman | .40 | Correspond with V. Ghei and M. Zaitzeff re tax issues in precedential cases. |
| 11/18/12 | Thad Davis | 1.00 | Draft memorandum re potential tax claims. |
| 11/19/12 | Joel A Peters-Fransen | .10 | Telephone conference with T. Davis re updated structure considerations. |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
   13 - Tax Issues

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/12 | Jeffrey Gettleman | 2.70 | Review and analyze other bank holding company cases re priority tax claims (.3); office conferences and correspond with J. Gott re same (.5); correspond with V. Ghei and T. Davis re deferred tax asset issue (.4); analyze same (.2); draft analysis re tax representations in APA (.8); correspond with working group re same (.5). |
| 11/19/12 | Thad Davis | 2.30 | Correspond with J. Gettleman re tax issues (.4); research re same (1.6); office conference with T. Maynes re same (.3). |
| 11/22/12 | Thad Davis | 1.00 | Telephone conference with working group re proposal to Talmer (.8); draft summary re same (.2). |
| 11/27/12 | Jeffrey Gettleman | .60 | Telephone conference and correspond with T. Davis re tax aspects of settlement (.2); correspond with working group re Michigan tax claim (.4). |
| 11/27/12 | Thad Davis | .10 | Telephone conference with J. Gettleman re status of negotiations. |
| 11/28/12 | Thad Davis | .80 | Review and analyze settlement term sheet. |
| 12/05/12 | Jeffrey Gettleman | 1.50 | Correspond with A. Brniak re obtaining tax proofs of claim (.1); review and analyze same (.5); correspond with working group re same (.9). |
| | | 26.20 | TOTAL HOURS |

Legal Services for the Period Ending December 31, 2012
Committee of TPS First Place Financial
    13 - Tax Issues

## **Description of Expenses**

| **Date** | **Description** | **Amount** |
|----------|-----------------|-----------:|
| 11/19/12 | Standard Prints | 3.20 |

TOTAL EXPENSES                                        $ 3.20

January 29, 2013


Jim Brennan
Committee of TPS First Place Financial
152 West 57th Street
35th Floor
New York, NY  10019

Invoice Number:  4024751

---

## REMITTANCE ADVICE

For Professional Services Rendered Through December 31, 2012

Client Matter: 14779 - 13
In the Matter of     Tax Issues

| | |
|---|---|
| Total Fees | $ 19,092.00 |
| Total Expenses | $ 3.20 |
| **TOTAL INVOICE** | **$ 19,095.20** |

To ensure proper credit to your account please return this remittance with your payment.

### TERMS: NET 30 DAYS

Wire Transfer From a U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
ABA# 271070801
Acct. Name:  Kirkland & Ellis LLP
Account number:  800418399
Ref No. 14779-13

Wire Transfer From a Non U.S. Bank:

Citibank
227 W. Monroe Street, Ste. 200
Chicago, IL 60606
Swift Code:  CITIUS33
Acct. Name:  Kirkland & Ellis LLP
Account number:  800418399
Ref No.14779-13

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.