## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

'013 SEP 25  AM 10: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re                                      :    Chapter 7
                                           :
First Place Financial Corp.,               :    Case No. 12-12961 (BLS)
                                           :
                              Debtor.       :
                                           :
                                           :
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

I, Mark C. Ellenberg, on behalf of United States Department of the Treasury (the "Claimant"), hereby withdraw proof of claim number 15 filed by Claimant on September 23, 2013, for the following reason: proof of claim number 15 was filed as the result of a clerical error and is substantively duplicative of proof of claim number 16.

Dated: September 24, 2013

Mark C. Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
700 6th Street, NW
Washington, DC 20001
(202) 862-2200