IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br><br>FIRST PLACE FINANCIAL CORP., )<br><br>Debtor. ) | Chapter 7<br><br>Case No. 12-12961 (BLS)<br><br>Re: Docket No. 388 |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S CLAIM OBJECTION TO PROOF OF CLAIM NO. 16 FILED BY UNITED STATES DEPARTMENT OF TREASURY**

Upon the Objection of George L. Miller, Chapter 7 Trustee of the bankruptcy estate of First Place Financial Corp., to Proof of Claim No. 16 filed by United States Department of Treasury (the "USDT"); and after due consideration of the Objection and any responses and objections thereto; and upon finding that the Court has jurisdiction over this matter; and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Objection is hereby SUSTAINED.

2. The USDT's Proof of Claim No. 16 against First Place Financial Corp.'s bankruptcy estate is hereby RECLASSIFIED as an Allowed proof of interest and any unsecured claim by the USDT related to the Proof of Claim is hereby DISALLOWED.

Dated: Jan. 14, 2015

HONORABLE BRENDAN L. SHANNON
CHIEF U.S. BANKRUPTCY JUDGE

4509373 v1