IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| FIRST PLACE FINANCIAL CORP., | ) Case No. 12-12961 (BLS) |
| | ) |
| Debtor. | ) |
| | ) Related to DI No. 261 ¦ 30 2 |

## ORDER GRANTING THIRD INTERIM AND FINAL APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TRUST PREFERRED SECURITIES FOR THE PERIOD FROM NOVEMBER 9, 2012 THROUGH MARCH 31, 2013

Upon consideration of the application (the "Application") of Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), co-counsel to the Official Committee of Trust Preferred Securities (the "Committee") of First Place Financial Corp., (the "Debtor") debtor and debtor in possession in the above-caption chapter 11 case, for entry of an order allowing, approving on a final basis, and directing the Debtor and Talmer Bancorp, Inc. (the "Purchaser") to pay and compensate Klehr Harrison for services rendered and reimburse Klehr Harrison for expenses incurred for the period from November 9, 2012 through March 31, 2013 (the "Pre-Closing Period"); and it appearing to the Court that all of the requirements of sections 328, 330, 331, 503(b) and 1103 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §1334; and consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Committee gave due and proper notice of the Application and that no other or further notice is required; and such relief being in the best interest of the Debtor, its estate, and creditors; and after due deliberation, and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Application is approved.

2. The amount of $59,099.50 is reasonable compensation for actual, necessary services (the "Services") rendered by Klehr Harrison on behalf of the Committee and is allowed to Klehr Harrison on a final basis pursuant to sections 330 and 331 of the Bankruptcy Code for the period from November 9, 2012 through March 31, 2013.

3. The amount of $1,700.51 is reasonable reimbursement for actual, necessary expenses (the "Expenses") incurred in connection with the Services rendered by Klehr Harrison and are allowed on a final basis to Klehr Harrison pursuant to sections 330 and 331 of the Bankruptcy Code.

4. The amount of $59,099.50 as compensation for the Services and $1,700.51 as reimbursement for the Expenses is hereby approved on a final basis, and the Debtor and Purchaser are directed to promptly pay such sums that remain unpaid, $8,485.49, to Klehr Harrison.

Dated: March 8, 2016
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge