**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: FIRST PLACE FINANCIAL CORP.  § Case No. 12-12961- BLS
  §
  §
  §
   Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $364,465.20 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $325,137.86 | | |

3) Total gross receipts of $689,603.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $689,603.06 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $496,519.96 | $296,317.97 | $296,317.97 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $325,137.86 | $325,137.86 | $325,137.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $3,889.73 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $843,506.16 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $64,467,398.30 | $66,556,453.98 | $3,109,101.48 | $68,147.23 |
| **TOTAL DISBURSEMENTS** | $64,467,398.30 | $68,225,507.69 | $3,730,557.31 | $689,603.06 |

4) This case was originally filed under chapter 11 on 10/29/2012, and it was converted to chapter 7 on 03/25/2013. The case was pending for 77 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2019     By: /s/ George L. Miller
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REFUNDS | 1229-000 | $234.26 |
| Earn out Payment - USI APA | 1229-000 | $30,000.00 |
| Purchaser Administrative Funding | 1290-000 | $50,000.00 |
| Tax Refund - 2012 Form 1120 | 1224-000 | $16,978.15 |
| Interest Earned - State of Michigan Tax Refund | 1229-000 | $4,214.67 |
| Refund - Unused SEC Filing Fees | 1229-000 | $109.90 |
| Interest Earned - Federal Tax Refund (2008 Form | 1229-000 | $378.04 |
| Tax Refund - 2012 (State of Michigan) | 1224-000 | $171,548.00 |
| PREFERENCES AND FRAUDULANT CONVEYANCES | 1241-000 | $290,000.00 |
| Tax Refund - 2008 Form 1120 | 1224-000 | $7,452.16 |
| Tax Refund - 2011 Form 1120 | 1224-000 | $95,746.95 |
| Deposit - Computershare | 1229-000 | $22,940.93 |
| **TOTAL GROSS RECEIPTS** | | **$689,603.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Chartis Specialty Insurance Company | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | USI Midwest, Inc. | 4210-000 | $0.00 | $200,201.99 | $0.00 | $0.00 |
| TBI | Talmer Bancorp Inc. | 4210-000 | $0.00 | $296,317.97 | $296,317.97 | $296,317.97 |
| | **TOTAL SECURED** | | **$0.00** | **$496,519.96** | **$296,317.97** | **$296,317.97** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $37,730.15 | $37,730.15 | $37,730.15 |
| Trustee, Expenses - George L. Miller | 2200-000 | NA | $262.98 | $262.98 | $262.98 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 3310-000 | NA | $128,184.00 | $128,184.00 | $128,184.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 3320-000 | NA | $1,112.45 | $1,112.45 | $1,112.45 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Fees, United States Trustee | 2950-000 | NA | $315.12 | $315.12 | $315.12 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $176.43 | $176.43 | $176.43 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $5,091.80 | $5,091.80 | $5,091.80 |
| Attorney for Trustee Fees (Other Firm) - Flaster/Greenberg P. C. | 3210-000 | NA | $149,223.00 | $149,223.00 | $149,223.00 |
| Attorney for Trustee Expenses (Other Firm) - Flaster/Greenberg P. C. | 3220-000 | NA | $2,341.93 | $2,341.93 | $2,341.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$325,137.86** | **$325,137.86** | **$325,137.86** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional Fees - Donlin, Recano & Co. Inc. | 6700-000 | NA | $3,889.73 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$3,889.73** | **$0.00** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | State of Michigan | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Department of the Treasury | 5800-000 | $0.00 | $843,506.16 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$843,506.16** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State of Michigan | 7300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Wilmington Trust Company, as Truste | 7100-000 | $16,321,915.74 | $16,382,572.17 | $918,572.17 | $22,154.41 |
| 5 | Wilmington Trust Company, as Truste | 7100-000 | $16,321,915.74 | $16,382,572.17 | $918,572.17 | $22,154.41 |
| 6 | Wilmington Trust Company, as Truste | 7100-000 | $31,823,566.82 | $31,876,394.56 | $948,394.56 | $22,873.68 |
| 8 | Reason Consulting Systems, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Steven R Lewis | 7100-000 | $0.00 | $1,119,352.50 | $0.00 | $0.00 |
| 10 | Reason Consulting Systems, Inc. | 7100-000 | $0.00 | $72,000.00 | $0.00 | $0.00 |
| 14 | Joe Johnson | 7100-000 | $0.00 | $400,000.00 | $0.00 | $0.00 |
| 15 | United States Department of the Tre | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 -2 | Department of the Treasury | 7300-000 | $0.00 | $283,562.58 | $283,562.58 | $0.00 |
| 18 | Ernst & Young LLP | 7100-000 | $0.00 | $40,000.00 | $40,000.00 | $964.73 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$64,467,398.30** | **$66,556,453.98** | **$3,109,101.48** | **$68,147.23** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 12-12961- BLS
Case Name: FIRST PLACE FINANCIAL CORP.
For Period Ending: 09/09/2019

Trustee Name: (280160) George L. Miller
Date Filed (f) or Converted (c): 03/25/2013 (c)
§ 341(a) Meeting Date: 05/01/2013
Claims Bar Date: 07/30/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REFUNDS (u) | 234.26 | 234.26 | | 234.26 | FA |
| 2 | Void | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Refund - Unused SEC Filing Fees (u) | 109.90 | 109.90 | | 109.90 | FA |
| 4 | Purchaser Administrative Funding (u) | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 5 | PREFERENCES AND FRAUDULANT CONVEYANCES (u) | 1,973,016.94 | 250,000.00 | | 290,000.00 | FA |
| 6 | Earn out Payment - USI APA (u) | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 7 | Tax Refund - 2012 (State of Michigan) (u) | 171,548.00 | 171,548.00 | | 171,548.00 | FA |
| 8 | Interest Earned - State of Michigan Tax Refund (u) | 4,214.67 | 4,214.67 | | 4,214.67 | FA |
| 9 | Tax Refund - 2011 Form 1120 (u) | 95,728.04 | 95,728.04 | | 95,746.95 | FA |
| 10 | Tax Refund - 2012 Form 1120 (u) | 16,978.15 | 16,978.15 | | 16,978.15 | FA |
| 11 | Tax Refund - 2008 Form 1120 (u) | 7,452.16 | 7,452.16 | | 7,452.16 | FA |
| 12 | Interest Earned - Federal Tax Refund (2008 Form (u) | 378.04 | 378.04 | | 378.04 | FA |
| 13 | Deposit - Computershare (u) | 19,704.15 | 19,704.15 | | 22,940.93 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$2,369,364.31** | **$646,347.37** | | **$689,603.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 05/31/2016          **Current Projected Date Of Final Report (TFR):** 05/09/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 12-12961- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FIRST PLACE FINANCIAL CORP. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***0130 | Account #: | ******1735 CHECKING |
| For Period Ending: | 09/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/13 | {1} | GREAT LAKES BANC CARD, LLC | Refund - 4th qtr 2012 commission | 1229-000 | 234.26 | | 234.26 |
| 09/24/13 | {3} | US TREASURY | Refund of SEC unused monies for filing fees (Form 8-K) | 1229-000 | 109.90 | | 344.16 |
| 02/21/14 | {4} | TALMER BANK | Incoming Wire - Purchaser's Administrative funding | 1290-000 | 50,000.00 | | 50,344.16 |
| 03/18/14 | {5} | AUSTIN ASSOCIATES LLC | Pref. collection prior to adv. filing. Collection represents full amount of demand. | 1241-000 | 15,000.00 | | 65,344.16 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.64 | 65,324.52 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 84.17 | 65,240.35 |
| 05/02/14 | {5} | KPMG LLP | PREF. SETT. PRIOR TO ADV. FILING Pursuant to Court Order dated 06/16/14 [D.I. 337] | 1241-000 | 85,000.00 | | 150,240.35 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 93.93 | 150,146.42 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 206.98 | 149,939.44 |
| 07/23/14 | 600001 | MILLER COFFEY TATE LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 07/23/14 [D.I. 343] | | | 62,393.50 | 87,545.94 |
| | | Miller Coffey Tate LLP | Fees             $61,607.00 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses             $786.50 | 3320-000 | | | |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 215.90 | 87,330.04 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 198.85 | 87,131.19 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 129.73 | 87,001.46 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 125.29 | 86,876.17 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 129.28 | 86,746.89 |
| 12/10/14 | 600002 | Miller Coffey Tate LLP | 2nd Interim Fee and Expense Application pursuant to Court | | | 28,147.80 | 58,599.09 |
| | | | **Page Subtotals** | | **$150,344.16** | **$91,745.07** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 12-12961- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FIRST PLACE FINANCIAL CORP. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***0130 | Account #: | ******1735 CHECKING |
| For Period Ending: | 09/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Order dated 12/02/14 [D.I. 378] | | | | |
| | | Miller Coffey Tate LLP | Fees $28,000.00 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses $147.80 | 3320-000 | | | |
| 12/10/14 | 600003 | Flaster/Greenberg P. C. | 1st Interim Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 379] | | | 42,855.41 | 15,743.68 |
| | | Flaster/Greenberg P. C. | Expenses $355.41 | 3220-000 | | | |
| | | Flaster/Greenberg P. C. | Fees $42,500.00 | 3210-000 | | | |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 124.92 | 15,618.76 |
| 01/07/15 | 600004 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment Bond #016026389 from 01/01/15 to 01/01/16 | 2300-000 | | 18.35 | 15,600.41 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 65.50 | 15,534.91 |
| 02/23/15 | {5} | Patton Boggs LLP and Squire Patton Boggs (US) LLP | PREF. SETT. ADV. NO. 14-50868 Pursuant to Court Order dated 02/04/15 [D.I. 391] | 1241-000 | 150,000.00 | | 165,534.91 |
| 02/24/15 | 600005 | Miller Coffey Tate LLP | 2nd Interim Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 378] | 3310-000 | | 11,577.50 | 153,957.41 |
| 02/24/15 | 600006 | Flaster/Greenberg P. C. | 1st Interim Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 379] | 3210-000 | | 2,140.50 | 151,816.91 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 23.18 | 151,793.73 |
| 03/09/15 | | Global Surety, LLC | Blanket Bond Premium Adjustment: Bond #016026389 from 01/01/15 to 01/01/16 | 2300-000 | | -7.11 | 151,800.84 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 62.34 | 151,738.50 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 225.70 | 151,512.80 |
| 05/08/15 | {5} | Ernst & Young, LLP | PREF. SETT. ADV. NO. 14-50376 Pursuant to Court Order dated 05/05/15 [D.I. 417] | 1241-000 | 40,000.00 | | 191,512.80 |
| 05/12/15 | {6} | USI Midwest, LLC | Earn-out payment pursuant to Court Order dated 04/24/15 [D.I. | 1229-000 | 30,000.00 | | 221,512.80 |
| | | | **Page Subtotals:** | | **$220,000.00** | **$57,086.29** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 12-12961- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FIRST PLACE FINANCIAL CORP. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***0130 | Account #: | ******1735 CHECKING |
| For Period Ending: | 09/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 415] | | | | |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 218.21 | 221,294.59 |
| 06/25/15 | 600007 | Miller Coffey Tate LLP | 3rd Interim Fee and Expense Application pursuant to Court Order dated 06/22/15 [D.I. 430] | | | 12,812.18 | 208,482.41 |
| | | Miller Coffey Tate LLP | Fees $12,705.00 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses $107.18 | 3320-000 | | | |
| 06/25/15 | 600008 | Flaster/Greenberg P. C. | 2nd Interim Fee and Expense Application pursuant to Court Order dated 06/22/15 [D.I. 431] | | | 83,311.41 | 125,171.00 |
| | | Flaster/Greenberg P. C. | Fees $82,364.50 | 3210-000 | | | |
| | | Flaster/Greenberg P. C. | Expenses $946.91 | 3220-000 | | | |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 292.73 | 124,878.27 |
| 07/07/15 | | State of Michigan | 2012 Tax Refund (Business Tax - CIT refund) | | 175,762.67 | | 300,640.94 |
| | {7} | State of Michigan | Tax Refund - 2012 (State of Michigan) $171,548.00 | 1224-000 | | | |
| | {8} | State of Michigan | Interest Earned - State of Michigan Tax Refund $4,214.67 | 1229-000 | | | |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 291.18 | 300,349.76 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 387.78 | 299,961.98 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 446.28 | 299,515.70 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 431.32 | 299,084.38 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 445.05 | 298,639.33 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507 | 2600-000 | | 430.06 | 298,209.27 |
| | | | **Page Subtotals:** | | **$175,762.67** | **$99,066.20** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 12-12961- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FIRST PLACE FINANCIAL CORP. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***0130 | Account #: | ******1735 CHECKING |
| For Period Ending: | 09/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | (a)(2) | | | | |
| 01/06/16 | 600009 | International Sureties LTD | Blanket Bond Payment Bond #016026389 from 01/01/16 to 01/01/17 | 2300-000 | | 165.19 | 298,044.08 |
| 01/25/16 | 600010 | Flaster/Greenberg P. C. | 3rd Interim Fee and Expense Application pursuant to Court Order dated 01/22/16 [D.I. 464] | | | 20,133.72 | 277,910.36 |
| | | Flaster/Greenberg P. C. | Fees $19,242.50 | 3210-000 | | | |
| | | Flaster/Greenberg P. C. | Expenses $891.22 | 3220-000 | | | |
| 01/25/16 | 600011 | Miller Coffey Tate LLP | 4th Interim Fee and Expense Application pursuant to Court Order dated 01/22/16 [D.I. 465] | | | 7,321.50 | 270,588.86 |
| | | Miller Coffey Tate LLP | Fees $7,284.50 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses $37.00 | 3320-000 | | | |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 443.78 | 270,145.08 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 432.86 | 269,712.22 |
| 02/29/16 | {9} | United State Treasury | Tax refund - 2011 Form 1120 | 1224-000 | 95,728.04 | | 365,440.26 |
| 02/29/16 | {10} | United Treasury | Tax refund - 2012 Form 1120 (United States Treasury) | 1224-000 | 16,978.15 | | 382,418.41 |
| 02/29/16 | | Union Bank | Reversal of Bank Fees | 2600-000 | | -432.86 | 382,851.27 |
| 03/02/16 | 600012 | Talmer Bancorp Inc. | Turnover of tax refund from the State of Michigan (2012) pursuant to Court Order dated 12/14/12 [D.I. 157] Refund - $171,548.00 Interest - $4,214.67 | 4210-000 | | 175,762.67 | 207,088.60 |
| 03/02/16 | 600013 | Talmer Bancorp Inc. | Turnover of tax refund from the United States Treasury (2011) pursuant to Court Order dated 12/14/12 [D.I. 157] | 4210-000 | | 95,728.04 | 111,360.56 |
| 03/02/16 | 600014 | Talmer Bancorp Inc. | Turnover of tax refund from the United States Treasury (2012) pursuant to Court Order dated 12/14/12 [D.I. 157] | 4210-000 | | 16,978.15 | 94,382.41 |
| 12/01/16 | {9} | United States Treasury | Refund - 2011 Form 1120 | 1224-000 | 18.91 | | 94,401.32 |
| 12/01/16 | | United States Treasury | Refund - 2008 Form 1120 | | 7,830.20 | | 102,231.52 |
| | {11} | United States Treasury | Tax Refund - 2008 Form 1120 $7,452.16 | 1224-000 | | | |

Page Subtotals: $120,555.30   $316,533.05

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 12-12961- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FIRST PLACE FINANCIAL CORP. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***0130 | Account #: | ******1735 CHECKING |
| For Period Ending: | 09/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {12} | United States Treasury | Interest Earned - Federal Tax Refund (2008 Form 1120) $378.04 | 1229-000 | | | |
| 10/03/17 | {13} | Computershare | Wire-in: Return of funds held by Computershare | 1229-000 | 19,704.15 | | 121,935.67 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 121,935.67 | 0.00 |
| | | **COLUMN TOTALS** | | | **686,366.28** | **686,366.28** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 121,935.67 | |
| | | **Subtotal** | | | **686,366.28** | **564,430.61** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$686,366.28** | **$564,430.61** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**                                                                                  *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 12-12961- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FIRST PLACE FINANCIAL CORP. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0130 | Account #: | ******9466 Checking Account |
| For Period Ending: | 09/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 121,935.67 | | 121,935.67 |
| 02/27/18 | {13} | Computershare, Inc | Wire In: Return of funds held by Computershare | 1229-000 | 3,236.78 | | 125,172.45 |
| 06/13/19 | 700001 | Talmer Bancorp Inc. | Distribution payment - Claim #TBI Dividend paid at 2.65% of $296,317.97 pursuant to Court Order dated 06/11/2019 [D.I. 480] | 4210-000 | | 7,849.11 | 117,323.34 |
| 06/13/19 | 700002 | George L. Miller | Distribution payment - Claim #FEE Dividend paid at 100.00% of $37,730.15 pursuant to Court Order dated 06/13/2019 [D.I. 483] | 2100-000 | | 37,730.15 | 79,593.19 |
| 06/13/19 | 700003 | Office of the United States Trustee | Distribution payment - Claim #FEES-11 Dividend paid at 100.00% of $315.12 pursuant to Court Order dated 06/11/2019 [D.I. 480] | 2950-000 | | 315.12 | 79,278.07 |
| 06/13/19 | 700004 | Flaster/Greenberg P. C. | Combined dividend payments pursuant to Court Order dated 06/11/2019 [D.I. 480] | | | 3,123.89 | 76,154.18 |
| | | Flaster/Greenberg P. C. | Claims Distribution - Thu, 05-09-2019        $148.39 | 3220-000 | | | |
| | | Flaster/Greenberg P. C. | Claims Distribution - Thu, 05-09-2019        $2,975.50 | 3210-000 | | | |
| 06/13/19 | 700005 | Miller Coffey Tate LLP | Combined dividend payments pursuant to Court Order dated 06/11/2019 [D.I. 480] | | | 7,043.97 | 69,110.21 |
| | | Miller Coffey Tate LLP | Claims Distribution - Thu, 05-09-2019        $33.97 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Claims Distribution - Thu, 05-09-2019        $7,010.00 | 3310-000 | | | |
| 06/13/19 | 700006 | George L. Miller | Distribution payment - Claim #TE Dividend paid at 100.00% of $262.98 pursuant to Court Order dated 06/13/2019 [D.I. 483] | 2200-000 | | 262.98 | 68,847.23 |
| 06/13/19 | 700007 | Clerk of Court | Distribution payment - Claim # Dividend paid at 100.00% of $700.00 pursuant to Court Order dated 06/11/2019 [D.I. 480] | 2700-000 | | 700.00 | 68,147.23 |
| 06/13/19 | 700008 | Wilmington Trust Company, as Truste | Combined dividend payments for Claim #4, 5, 6 pursuant to Court Order dated 06/11/2019 [D.I. 480] | | | 67,182.50 | 964.73 |
| | | Wilmington Trust Company, as Truste | Claims Distribution - Thu, 05-09-2019        $22,154.41 | 7100-000 | | | |
| | | | **Page Subtotals:** | | **$125,172.45** | **$124,207.72** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 12-12961- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FIRST PLACE FINANCIAL CORP. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0130 | Account #: | ******9466 Checking Account |
| For Period Ending: | 09/09/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Wilmington Trust Company, as Truste | Claims Distribution - Thu, 05-09-2019  $22,154.41 | 7100-000 | | | |
| | | Wilmington Trust Company, as Truste | Claims Distribution - Thu, 05-09-2019  $22,873.68 | 7100-000 | | | |
| 06/13/19 | 700009 | Ernst & Young LLP | Distribution payment - Claim #18 Dividend paid at 2.41% of $40,000.00 pursuant to Court Order dated 06/11/2019 [D.I. 480] | 7100-000 | | 964.73 | 0.00 |
| | | **COLUMN TOTALS** | | | 125,172.45 | 125,172.45 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 121,935.67 | 0.00 | |
| | | **Subtotal** | | | 3,236.78 | 125,172.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,236.78** | **$125,172.45** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-12961- BLS | | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | FIRST PLACE FINANCIAL CORP. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0130 | | **Account #:** | ******9466 Checking Account |
| **For Period Ending:** | 09/09/2019 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $689,603.06 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $689,603.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1735 CHECKING | $686,366.28 | $564,430.61 | $0.00 |
| ******9466 Checking Account | $3,236.78 | $125,172.45 | $0.00 |
| | **$689,603.06** | **$689,603.06** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)